UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar
Honorable Thomas P. Smith, U. S. Magistrate Judge
450 Main Street
Hartford
Second Floor - Chambers Room 258

October 29, 2003

10:00 a.m.

3-03-cv-193   (DJS) Miller v Edward D. Jones
-------------------------------------------------------------

SETTLEMENT CONFERENCE

COUNSEL OF RECORD:

| | |
|---|---|
| Lewis D. Brey | Spitzer & Brey, 239 Main Street, Westport, CT 203-226-3266 |
| Peter E. Gillespie | 46 Riverside Ave., PO Box 3416, Westport, CT 203-227-7000 |
| Huma Khan | Spitzer & Brey, 239 Main Street, Westport, CT 203-226-3266 |
| Michael N. Lavelle | Pullman & Comley, 850 Main St., Po Box 7006, Bridgeport, CT 203-330-2000 |
| Vlad Gerard Spitzer | Spitzer & Brey, 239 Main Street, Westport, CT 203-226-3266 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Conf. held w/ TPS - Did not settle

Time: 5'30"