UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Marian Deborah Miller,
    Plaintiff

  - v -                    Civil No.3-03-CV-193(MRK)

Edward D. Jones, et al.,
    Defendants

### SETTLEMENT CONFERENCE MEMORANDUM

A lengthy settlement conference was held in this case today. The case has not settled. The parties intend to go forward with discovery.

Dated at Hartford, Connecticut, this 29th day of October, 2003.

/s/ Thomas P. Smith
Thomas P. Smith
United States Magistrate Judge