UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIAN DEBORAH MILLER, | : |
| Plaintiff, | : |
| v. | : No.  3:03cv193 (MRK) |
| EDWARD D. JONES & CO., L.P. MICHAEL MAHONEY, MICHAEL CUMMMINS, BARBARA MOSCA, and STEVEN RARICK, | : |
| Defendants. | : |

**REVISED SCHEDULING ORDER**

The parties having conferred telephonically with the Court on November 18, 2003 in the above-captioned matter, the following dates shall hereby apply:

1)  The defendants shall disclose all expert witnesses by **January 15, 2004**;

2)  The plaintiffs shall depose the defendants' expert witnesses by **February 15, 2004**;

3)  The defendants shall inform the Court no later than **November 25, 2003** whether they consent to a denial of their Motion to Dismiss and Strike Filed on Behalf of Defendants Edward D. Jones & Co., L.P., Michael Cummins, Barbara Mosca, and Steven Rarick [doc. #16] without prejudice to renewal and without consideration of the merits in the expectation that the issues will be resolved through the filing of dispositive motions.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
         U.S.D.J.

Date at New Haven, Connecticut: November 18, 2003.