# United States District Court
# District of Connecticut

|   |   |
|---|---|
| Miller | : |
| *Plaintiff* | : |
| v. | : Case No. 3:03cv193 |
| Jones | : |
| *Defendant* | : |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

____ A ruling on the following motions which are currently pending: (orefm.)
Doc#

**✖** A settlement conference (orefmisc./cnf.)

____ A conference to discuss the following: (orefmisc./cnf.)

____ Other: (orefmisc./misc)


SO ORDERED this  18th  day of  November , 2003  at New Haven, Connecticut.


/s/           Mark R. Kravitz
UNITED STATES DISTRICT COURT JUDGE