UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Tuesday November 18, 2003

3:30 p.m.

CASE NO. 3:03cv193 MRK    Miller v Jones

Huma Khan
Spitzer & Brey
239 Main Street
Westport, CT 06880

Lewis D. Brey
Spitzer & Brey
239 Main Street
Westport, CT 06880

Vlad Gerard Spitzer
Spitzer & Brey
239 Main Street
Westport, CT 06880

Michael N. Lavelle
Pullman & Comley
850 Main St., Po Box 7006
Bridgeport, CT 06601-7006

Peter E. Gillespie
46 Riverside Ave., PO Box 3416
Westport, CT 06880

STATUS CONFERENCE HELD
DATE: 11/18/03
30 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK