UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
DEC 1 3 10 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

MARIAN DEBORAH MILLER,

    Plaintiff,

vs.

EDWARD D. JONES & CO., L.P.,
MICHAEL MAHONEY, MICHAEL
CUMMINS, BARBARA MOSCA, and
STEVEN RARICK,

    Defendants.

CIV NO.
3:03CV 0193 (MRK)

November 26, 2003

### DEFENDANTS' CONSENT TO DENIAL OF DEFENDANTS' MOTION TO DISMISS AND STRIKE

COME NOW Defendants Edward D. Jones & Co., L.P. (Jones), Michael Cummins (Cummins), Barbara Mosca (Mosca) and Steven Rarick (Rarick) and file their consent to deny their motion without prejudice to renewal and without consideration of the merits as follows:

1.    On May 5, 2003, Defendants Jones, Cummins, Mosca, and Rarick filed their Motion to Dismiss and Strike.

2.    On September 4, 2003, this case was transferred from Judge Squatrito to United States District Judge Mark R. Kravitz.

3.    On November 18, 2003, Judge Kravitz conducted a status conference regarding this matter including a discussion of Defendants' outstanding Motion to Dismiss and Strike. The Court requested that Defendants consent to denial of their Motion without prejudice to renewal and without consideration of the merits because this case was recently transferred and because of

the approaching date for the filing of motions for summary judgment. The Court requested that Defendants notify the Court whether they will consent to such a denial without prejudice.

4. Accordingly, Defendants Jones, Cummins, Mosca, and Rarick hereby inform the Court of their consent to denial of their Motion to Dismiss and Strike without prejudice and without consideration of the merits.

Respectfully submitted,

THE DEFENDANTS: Edward Jones, Michael Cummins, Barbara Mosca and Steven Rarick

By: _____
Michael N. LaVelle, Esq.  06170
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
(203) 330-2000

By: _____
Fred A. Ricks, Jr., Esq.
Harris Dowell Fisher & Harris, L.C.
15400 South Outer Forty, Suite 202
St. Louis, Missouri 63017
(636) 532-0300

SO ORDERED:


_____
MARK R. KRAVITZ
UNITED STATES DISTRICT JUDGE


DATE: _____

## CERTIFICATE OF SERVICE

I hereby certify that I have this 26th day of November, 2003, served a true and correct copy of the foregoing upon the following by regular U.S. Mail:

Peter E. Gillespie, Esq.
Attorney at Law
46 Riverside Avenue
Westport, CT 06880
(203) 227-7000

Vlad Spitzer, Esq.
Huma Khan, Esq.
Spitzer & Brey, LLC
239 Main Street, 2nd Floor
Westport, CT 06880
(203) 226-3266 Ext. 14