UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIAN DEBORAH MILLER, | : | |
| Plaintiff, | : | |
| v. | : | No.   3:03cv193 (MRK) |
| EDWARD D. JONES & CO., L.P. MICHAEL MAHONEY, MICHAEL CUMMMINS, BARBARA MOSCA, and STEVEN RARICK, | : | |
| Defendants. | : | |

## ORDER

The Motion To Dismiss And Strike Filed On Behalf Of Defendants Edward D. Jones & Co., L.P., Michael Cummins, Barbara Mosca, And Steven Rarick [doc. # 16], dated May 5, 2003, is hereby **DENIED** without prejudice and without consideration of the merits in anticipation that Defendants will renew their arguments in a motion for summary judgment.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: December 18, 2003.

1