UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARIAN DEBORAH MILLER,

        Plaintiff,

vs.

EDWARD D. JONES & CO., L.P.,
MICHAEL MAHONEY, MICHAEL
CUMMINS, BARBARA MOSCA, and
STEVEN RARICK,

        Defendants.

CIV NO.
3:03CV 0193 (MRK)

December 23, 2003

### AFFIDAVIT OF FRED A. RICKS, JR.

1. I, Fred A. Ricks, Jr., hereby certify that I have conferred with opposing counsel in a good faith effort to resolve the discovery disputes outlined in the motion to compel discovery. In addition to numerous telephone calls and voicemail messages, I sent several letters to Plaintiff's attorney attempting to resolve these issues by setting dates for the completion of Plaintiff's deposition and the completion of her Rule 35 mental examination. These attempts to resolve the discovery issues have failed.

2. I, Fred A. Ricks, Jr., do hereby certify that the exhibits attached to the accompanying letter are true and correct copies of the following:

    A. Scheduling Order issued by the Court on October 9, 2003.

    B. Revised Scheduling Order issued by the Court on November 18, 2003.

C. Notice of Plaintiff's Deposition set for November 19, 2003 at 1:00 p.m., and set to continue the next day, November 20, 2003 at 9:00 a.m., served on Plaintiff and her attorney November 12, 2003.

D. November 13, 2003 letter to Plaintiff's attorney, Vlad Spitzer, from Fred A. Ricks, regarding Notice of Plaintiff's Deposition.

E. Pages 43-44 of Plaintiff's deposition, taken November 20, 2003, noting that Plaintiff failed to appear for the deposition as scheduled on November 19, 2003.

F. December 4, 2003 letter to Plaintiff's attorney, Vlad Spitzer, from Fred A. Ricks, Jr., regarding scheduling of Plaintiff's Rule 35 mental examination and the completion of Plaintiff's deposition.

G. Pages 260-261 of Plaintiff's deposition, taken November 20, 2003, noting that the parties will schedule a date to resume Plaintiff's deposition because Plaintiff needed to leave the deposition early.

H. December 4, 2003 letter to Plaintiff's attorney, Vlad Spitzer, from Fred A. Ricks, Jr., regarding Notice of Plaintiff's Deposition set for December 16, 2003.

I. Notice of Plaintiff's Deposition set for December 16, 2003 at 9:00 a.m., served on Plaintiff and her attorney December 4, 2003.

J. December 15, 2003, e-mail message to Plaintiff's attorneys, Vlad Spitzer and Huma Kahn, from Fred. A. Ricks, Jr., regarding Plaintiff's cancellation of her deposition and Plaintiff's continuing failure to cooperate with discovery.

K. December 18, 2003 letter to Plaintiff's attorney, Vlad Spitzer, from Fred A. Ricks, Jr., regarding cancellations of Plaintiff's deposition and Plaintiff's Rule 35 mental examination, and rescheduling the deposition and exam.

L.  December 19, 2003 letter to Plaintiff's attorney, Vlad Spitzer from Fred A. Ricks, Jr., regarding confirmation of dates scheduled for completion of Plaintiff's deposition and Rule 35 mental examination.

M.  Amended Notice of Plaintiff's Deposition, set for January 9, 2004, served on Plaintiff and her attorney on December 19, 2003.

N.  November 24, 2003 to letter to Plaintiff's attorney, Vlad Spitzer from Fred A. Ricks, Jr., regarding scheduling Rule 35 mental examination and psychological testing.

O.  November 24, 2003 letter to Fred A. Ricks, Jr. from Vlad Spitzer, regarding objections to schedule set for the Rule 35 mental examination.

P.  November 25, 2003 letter to Plaintiff's attorney, Vlad Spitzer, from Fred A. Ricks, Jr., regarding rescheduling Rule 35 mental examination.

Q.  December 2, 2003 letter to Plaintiff's attorney, Vlad Spitzer, from Fred A. Ricks, Jr., regarding setting dates for conclusion of Rule 35 mental examination.

R.  December 15, 2003 voicemail message to Fred A. Ricks, Jr. from Vlad Spitzer regarding rescheduling Plaintiff's deposition and Rule 35 examination.

The above statements are true and accurate to the best of my knowledge.

_____
Fred A. Ricks, Jr.

STATE OF MISSOURI ) 
                              ) SS. 
COUNTY OF ST. LOUIS )

Subscribed and sworn to before me this 23 day of December, 2003.

_/s/ Judith A. Cross_
Notary Public

JUDITH A CROSS
Notary Public - Notary Seal
STATE OF MISSOURI
ST. LOUIS COUNTY
MY COMMISSION EXP. OCT. 10, 2004

My Commission Expires: _____

Respectfully submitted,

THE DEFENDANTS: Edward Jones, Michael Cummins, Barbara Mosca and Steven Rarick

By: _/s/ Michael N. LaVelle (FAR)_
Michael N. LaVelle, Esq. 06170
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
(203) 330-2000

By: _/s/ Fred A. Ricks_
Fred A. Ricks, Jr., Esq.
Harris Dowell Fisher & Harris, L.C.
15400 South Outer Forty, Suite 202
St. Louis, Missouri 63017
(636) 532-0300

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed this 23rd day of December, 2003, postage prepaid by U.S. Mail to the following persons:

Peter E. Gillespie, Esq.
Attorney at Law
46 Riverside Avenue
Westport, CT  06880
(203) 227-7000

Vlad Spitzer and Huma Khan, Esq.
Spitzer & Brey, LLC
239 Main Street, 2nd Floor
Westport, CT  06880
(203) 226-3266 Ext. 14