# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Marian Deborah Miller,

    Plaintiff,

v.

Edward D. Jones & Co., L.P.,
Michael Mahoney, Michael Cummins,
Barbara Mosca, and Steven Rarick,

    Defendants.

## APPEARANCE

CASE NUMBER: 3:03-CV-0193(MRK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Defendants Edward D. Jones & Co., L.P., Michael Cummins, Barbara Mosca and Steve Rarick

---

December 23, 2003
Date

ct25435
Connecticut Federal Bar Number

(636) 532-0300
Telephone Number

(636) 532-0246
Fax Number

far@hdfh.com
E-mail address

_[signature]_
Signature

Fred A. Ricks Jr.
Print Clearly or Type Name

15400 South Outer Forty, Suite 202
Address

St. Louis, Missouri 63017-2063

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Vlad Spitzer, Spitzer & Brey, LLC, 239 Main Street, 2nd Floor, Westport, CT 06880
Michael N. LaVelle, Pullman & Comley, LLC, 850 Main St., P.O. Box 7006, Bridgeport, CT 06601
Peter E. Gillespie, 46 Riverside Avenue, Westport, CT 06880

_[signature]_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24