UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------X
MARIAN DEBORAH MILLER,

          Plaintiff,

  -against-                             CIV NO.
                                        3:03CV 0193 (MRK)

EDWARD D. JONES & CO., L.P.,
MICHAEL MAHONEY, MICHAEL
CUMMINS, BARBARA MOSCA, and
STEVEN RARICK,

          Defendants.                DECEMBER 30, 2003
-----------------------------------------------------------X

## PLAINTIFF'S MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to Federal Rules of Civil Procedure Rule 6(b), the Plaintiff Marian Deborah Miller ("Miller"), hereby respectfully requests an enlargement of time and/or modification of the Rule 26(f) Report of Planning Meeting with regard to Plaintiff's discovery, specifically, that Plaintiff be permitted to take the depositions of defendants and witnesses, up to and including February 28, 2004. Counsel entered into mediation in late October, and since then, Plaintiff's counsel, a small firm, with limited resources, and the intervening holidays, has experienced difficulty in scheduling matters in the remaining discovery time. In addition, Vlad Spitzer, the partner handling the case was away on vacation the last two weeks in December and thus it was necessary to notice the depositions for January. The depositions were noticed on December 22, 2003 for dates in January from the 21st through the 26th.

In support of this motion, the undersigned counsel for Plaintiff has contacted Edward Jones Defendants' counsel, Fred Ricks who stated that while he does not agree to the motion, he had no objection to proceeding with the depositions if the court approves the requested

enlargement of time. Additionally, he has indicated that he will be available for depositions after February 4, 2004.

                Respectfully Submitted,

                MARIAN DEBORAH MILLER
                PLAINTIFF

By: /s/ Huma Khan
            Huma Khan ct19295
            Spitzer & Brey L.L.C.
            239 Main Street
            Westport, CT 06880
            (203) 226-3266
            facsimile (203 226-3262
            email hkhan@spitzerbrey.com

## CERTIFICATION

I hereby certify that pursuant to section 5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing was mailed, postage prepaid to:

Fred A. Ricks, Jr. Esq.
Harris Dowell Fisher & Harris, L.C.
15400 South Outer Forty – Suite 202
St. Louis, Missouri 63017-2063

Michael N. LaVelle, Esq.
Pullman & Comley, LLC
850 Mail Street, P.O. Box 7006
Bridgeport, CT 06601-7006

Peter E. Gillespie, Esq.
46 Riverside Avenue
Westport, CT 06880

_____
Huma Khan, Esq.