UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIAN DEBORAH MILLER, | : |
| Plaintiff, | : |
| v. | : No. 3:03cv193 (MRK) |
| EDWARD D. JONES & CO., L.P. MICHAEL MAHONEY, MICHAEL CUMMMINS, BARBARA MOSCA, and STEVEN RARICK, | : |
| Defendants. | : |

**ENDORSEMENT ORDER [DOC. ## 42 and 46]**

The Defendants' Motion to Modify Scheduling Order [doc. # 42] and the Plaintiff's Motion for Modification of Scheduling Order [doc. #46] are GRANTED in part insofar as the following schedule shall hereby apply:

1) All discovery shall close on **March 31, 2004**;

2) The defendants shall disclose their expert reports by **February 28, 2004**;

3) The plaintiff shall complete all depositions by **March 31, 2004**;

4) Dispositive motions shall be filed no later than **April 30, 2004**.

**No further extensions will be granted absent a showing of extraordinary circumstances.**

IT IS SO ORDERED.

/s/        Mark R. Kravitz
              U.S.D.J.

Dated at New Haven, Connecticut: January 6, 2004.