UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X
MARIAN DEBORAH MILLER,

               **Plaintiff,**

  -against-                         CIV NO.
                                    3:03CV 0193 (MRK)
EDWARD D. JONES & CO., L.P.,
MICHAEL MAHONEY, MICHAEL
CUMMINS, BARBARA MOSCA, and
STEVEN RARICK,

               **Defendants.**                  **JANUARY 4, 2004**
-----------------------------------------------------------X

## PLAINTIFF'S STATUS REPORT

Pursuant to the Court's Endorsement Order dated October 9, 2003, the Plaintiff, Marian Deborah Miller, (hereinafter "Plaintiff" or "Miller") respectfully submits the following Status Report on the above-captioned matter:

      A)    The parties have completed the deposition of Plaintiff's expert witness and treating physician: Dr. Jeffrey Cohen. The parties have also completed one day of Plaintiff's deposition.

      Defendants previously indicated their intent to complete the deposition of Plaintiff, which they intend to do after the close of discovery date of December 31, 2003. Plaintiff has informed Defendants that she wishes to depose Steven Rarick, Michael Mahoney, Michael Cummins, Barbara Mosca, and Kristin Commander and has noticed their depositions for dates in January from the 21st through the 26th. In December 2003, parties filed individual motions requesting modification of their existing deadlines of the scheduling order. Plaintiff requested she be permitted to take the depositions of defendants and witnesses, up to and including February 28, 2004. Counsel entered into mediation in late October, and since then, Plaintiff's counsel, a small firm, with limited resources, and the intervening holidays, has experienced difficulty in scheduling matters

in the remaining discovery time. Both motions require ruling in order to proceed with discovery as Plaintiff's deposition has been rescheduled for January 9, 2004, which is after the close of discovery.

   Defendants intend to have their expert Dr. Howard Zonana examine Plaintiff pursuant to Rule 35. However, Dr. Zonana has failed to examine Plaintiff as of this date and has not rescheduled the examination to date. Although Defendants represent that they attempted to reschedule the examination for January 2, 2004, after Dr. Zonana failed to attend the examination due to his illness, Plaintiff never confirmed that she would be able to attend at such a late date and on such short notice. Plaintiff intends to depose Dr. Zonana once she receives a report from Dr. Zonana and he has been properly disclosed pursuant to Rule 26;

   B) The Plaintiff is interested in referral for settlement purposes to a United States Magistrate Judge;

   C) The Plaintiff <u>does not</u> contest to a trial before a United States Magistrate Judge; and

   D) The Plaintiff estimates length of trial of 4 days.

Dated: Westport, Connecticut
   January 5, 2004

                Respectfully Submitted,
                The Plaintiff,
                MARIAN DEBORAH MILLER,

                _____
                Vlad G. Spitzer, Esq.
                Federal Bar No. ct14260
                Spitzer & Brey, LLC.
                239 Main Street, 2nd Floor
                Westport, CT 06880
                (203) 226-3266

**CERTIFICATION**

    I hereby certify that pursuant to section 5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing was mailed, postage prepaid to:

Fred A. Ricks, Jr. Esq.
Harris Dowell Fisher & Harris, L.C.
15400 South Outer Forty – Suite 202
St. Louis, Missouri  63017-2063

Michael N. LaVelle, Esq.
Pullman & Comley, LLC
850 Mail Street, P.O. Box 7006
Bridgeport, CT 06601-7006

Peter E. Gillespie, Esq.
46 Riverside Avenue
Westport, CT  06880

_____
Huma Khan, Esq.