UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


FILED
MAR 1  10 34 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

MARIAN DEBORAH MILLER,

Plaintiff,

vs.

EDWARD D. JONES & CO., L.P.,
MICHAEL MAHONEY, MICHAEL
CUMMINS, BARBARA MOSCA, and
STEVEN RARICK,

Defendants.

CIV NO.
3:03CV 0193 (MRK)

February 27, 2004

### DEFENDANTS' UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

COME NOW Defendants, Edward D. Jones & Co., L.P., Michael Mahoney, Michael Cummins, Barbara Mosca, and Steven Rarick (hereinafter collectively "Defendants"), pursuant to Rule 26 of the Federal Rules of Civil Procedure, and Local Rule 37, and, for the reasons outlined below, move for an Order:

1. Extending Defendants' date for disclosing the expert witness' report of Howard Zonana, M.D. from February 28, 2004 to Friday, April 2, 2004;

2. Extending the deadline for Plaintiff to complete the deposition of Defendant's expert, Howard Zonana, M.D., from March 31, 2004 to Friday, April 30, 2004.

3. This Unopposed Motion is with consent of opposing counsel and does not change or effect any other date on the Scheduling Order.

The Court issued an Order January 6, 2004 modifying the discovery schedule, including the date for Defendants to disclose the written report of their expert, Howard Zonana, M.D., a forensic psychiatrist. Before completing his report, Dr. Zonana needs to review Plaintiff's deposition. For the reasons set forth below, Defendants have been unable to complete Plaintiff's deposition. Therefore, Dr. Zonana can not yet review her deposition and can not yet complete his expert written report.

Defendants began Plaintiff's deposition on November 20, 2003. Plaintiff's deposition was reset for completion on December 16, 2003, January 9, 2004, and again on February 19, 2004. Plaintiff cancelled the December 16, 2003 date. On January 9, 2004 Plaintiff appeared for her deposition but was so ill she could not go forward with her deposition. Her deposition was set by agreement to resume on February 19, 2004. However, on February 17, 2004 Plaintiff cancelled her deposition February 19 deposition date because it conflicted with her work schedule. The Parties then reset the Plaintiff's deposition to resume on Thursday, March 11, 2004.

Extending Defendants' date for disclosing the expert witness' report of Howard Zonana, M.D. from February 28, 2004 to Friday, April 2, 2004, will make it possible for Dr. Zonana to read and review Plaintiff's deposition transcript before completing his written report. Again, Plaintiff's deposition is set to resume on March 11, 2004.

At the request of Peter Gillespie, attorney for Defendant Michael Mahoney, separate Defendant Michael Mahoney specifically joins in this motion brought on behalf of all Defendants.

WHEREFORE, Defendants move the Court for an Order modifying the Scheduling Order as set forth above.

2

Respectfully submitted,

THE DEFENDANTS: Edward Jones, Michael Cummins, Barbara Mosca and Steven Rarick

By: _____
Michael N. LaVelle, Esq. 06170
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
(203) 330-2000

By: _____
Fred A. Ricks, Jr., Esq.
Federal Bar No.: ct25435
Harris Dowell Fisher & Harris, L.C.
15400 South Outer Forty, Suite 202
St. Louis, Missouri 63017
(636) 532-0300

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed this 27th day of February, 2004, postage prepaid by U.S. Mail to the following persons:

Peter E. Gillespie, Esq.
Attorney at Law
46 Riverside Avenue
Westport, CT 06880
(203) 227-7000

Vlad Spitzer and Huma Khan, Esq.
Spitzer & Brey, LLC
239 Main Street, 2nd Floor
Westport, CT 06880
(203) 226-3266 Ext. 14

_____

3