## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIAN DEBORAH MILLER, | : |
| Plaintiff, | : |
| v. | : No. 3:03cv193 (MRK) |
| EDWARD D. JONES & CO., L.P. MICHAEL MAHONEY, MICHAEL CUMMMINS, BARBARA MOSCA, and STEVEN RARICK, | : |
| Defendants. | : |

## ENDORSEMENT ORDER [DOC. # 50]

The Defendants' Unopposed Motion To Modify Scheduling Order [doc. #50] is **GRANTED**.

The deadline for filing dispositive motions shall remain **April 30, 2004**. **There will be no further extensions.**

IT IS SO ORDERED.

/s/     Joan G. Margolis
U.S. Magistrate Judge

Dated at New Haven, Connecticut: March 3, 2004.