UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| MARIAN DEBORAH MILLER, | \* | |
| Plaintiff, | \* | Civil No. 3:03CV 0193 (MRK) |
| v. | \* | |
| | \* | |
| EDWARD D. JONES & CO., L.P., ET AL. | \* | APRIL 30, 2004 |
| Defendants. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT MICHAEL MAHONEY'S MOTION
FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 et seq., Defendant Michael Mahoney moves for summary judgment on Counts Six, Seven, Eleven, Thirteen and Fourteen to the extent such counts are directed against him. This motion is accompanied by a

memorandum of law, a Local Rule 56(a)(1) statement, excerpts from the deposition of the Plaintiff and an affidavit from Defendant Mahoney.

                THE DEFENDANT
                MICHAEL MAHONEY


                By:_____
                Peter E. Gillespie   (ct06554)
                46 Riverside Avenue
                P. O. Box 3416
                Westport, CT 06880
                Tel: (203) 227-7000
                Fax: (203) 454-5508
                E-mail: petelaw@attglobal.net

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was served this 30th day of April, 2004 by U. S. Post, postage pre-paid upon the following:

Vlad Spitzer, Esq.
Spitzer & Brey
239 Main Street  - 2d Floor
Westport, CT 06880

Michael N. LaVelle, Esq.
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06604

Fred A. Ricks, Jr., Esq.
Harris, Dowell, Fisher & Harris, L.C.
15400 South Outer Forty, Suite 202
St. Louis, MO 63017

_____
Peter E. Gillespie