UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*****************************************

MARIAN DEBORAH MILLER,             *

          Plaintiff,                    *        Civil No. 3:03CV 0193 (MRK)

      v.                                        *

                               *

EDWARD D. JONES & CO., L.P.,         APRIL 30, 2004
ET AL.                                       *

          Defendants.     *
*****************************************

## AFFIDAVIT OF DEFENDANT MICHAEL MAHONEY IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT

I Michael Mahoney, being duly sworn, depose and state as follows:

1. I am over 18 years of age and I believe in the obligations of an oath.

2. In 2001 I was employed as an Investment Representative by Edward D. Jones & Co., L.P. Jones is a research and investment advisor. Jones has a particular business model. It is a highly centralized organization with its headquarters in St. Louis, Missouri. It then establishes local branch offices and stations one Investment Representative and one branch office administrator in each office.

The Investment Representative is basically a stock broker while the branch office administrator is the broker's assistant.

3. While working for Jones I was assigned to the Stamford branch office. On or about July 14, 2001 the Plaintiff began work as my branch office administrator. Ms. Miller and I were the only two individuals assigned to work at the Stamford branch.

4. Ms. Miller left work on November 9, 2001. On that day she had arrived late for work. I addressed her, telling her that this was inappropriate and that I could not continue to tolerate late arrivals. She raised her voice to me. I responded in the same way and she walked out. I never worked with Ms. Miller again. I did not even see her again until after this suit had been started.

5. After Ms. Miller walked out on November 9, 2001 she began to interact with headquarters personnel in St. Louis. I had no continuing authority over her, nor did I try to exercise any authority over her.

6. Steve Rarrick, a Jones official in St. Louis called me and he asked me several questions about how I had interacted with Ms. Miller which she was working in my office. His questions were general in nature and I answered them as best I could. Having become aware of Plaintiff's specific allegations through this proceeding, I deny that I did any of the things she alleges as discriminatory. I

specifically note that I have never opened or looked through her purse, although there may have been an occasion when I needed something from her desk and I physically moved the purse while getting what I needed.

7. On a later occasion, about a month after Ms. Miller had left my office, I spoke with Rarrick, again by telephone. I believe that this was sometime in December, 2001. I remember Mr. Rarrick making some reference to Miller having made a claim of discrimination, but I do not recall him giving me any particular information or details. This was the very first time I ever heard a reference to Ms. Miller claiming to have been discriminated against.

8. I was not given any copies of the correspondence between Ms. Miller and Jones. The first time I saw any of those letter was during the processing of this case.

9. I voluntarily left my employment at Jones on March 10, 2002.

10. I have reviewed that allegations of the Complaint and there is a very significant difference between my recollection and the claims made by Ms. Miller. In fact, I did not do any of the things that she complains about.

11. I do recall that Ms. Miller was a big fan of the television comedy Will & Grace. Frequently she would come into work on the day after the show and talk about it. On occasion these conversations were somewhat off-color due to the nature

of the show itself.  From time to time, but not infrequently, she would also lounge back in her chair, clasp her hand behind her neck and say: "Oh ! Can I be Karen today?"  Karen was a character from the show.

    I have read the foregoing affidavit and I swear that it is true to the best of my knowledge and belief.

                                            _____
                                            Michael Mahoney

Subscribed and sworn to before
me this 30th day of April, 2004.


_____
Peter E. Gillespie
Commissioner of the Superior Court

4

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was served this 30th day of April, 2004 by U. S. Post, postage pre-paid upon the following:

| | |
|---|---|
| Vlad Spitzer, Esq.<br>Spitzer & Brey<br>239 Main Street - 2d Floor<br>Westport, CT 06880 | Michael N. LaVelle, Esq.<br>Pullman & Comley, LLC<br>850 Main Street<br>Bridgeport, CT 06604 |

Fred A. Ricks, Jr., Esq.
Harris, Dowell, Fisher & Harris, L.C.
15400 South Outer Forty, Suite 202
St. Louis, MO 63017

_____
Peter E. Gillespie