UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARIAN DEBORAH MILLER,

    Plaintiff,

vs.

EDWARD D. JONES & CO., L.P.,
MICHAEL MAHONEY, MICHAEL
CUMMINS, BARBARA MOSCA, and
STEVEN RARICK,

    Defendants.

CIV NO.
3:03CV 0193 (DJS)

April 29, 2004

## MOTION FOR SUMMARY JUDGMENT FILED ON BEHALF OF DEFENDANT BARBARA MOSCA

COMES NOW Defendant Barbara Mosca, by undersigned counsel, and pursuant to Fed. R. Civ. P. 56 and Local Rule 56, moves for summary judgment for reasons set forth in the accompanying Memorandum, as supported by the affidavits, exhibits, and deposition testimony referred to therein.

Respectfully submitted,

DEFENDANT Barbara Mosca

By: _____
Michael N. LaVelle, Esq.  06170
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
(203) 330-2000
(203) 330-2288 (Facsimile)

By: _____
Fred A. Ricks, Jr., Esq.
Harris Dowell Fisher & Harris, L.C.
15400 South Outer Forty, Suite 202
St. Louis, Missouri  63017
(636) 532-0300
(636) 532-0246 (Facsimile)

## CERTIFICATION

This is to certify that a copy of the foregoing, along with the accompanying Local Rule 56(A)1 Statement, Memorandum, affidavits, exhibits, and deposition testimony was mailed, postage prepaid, to the following parties:

Peter E. Gillespie, Esq.
Attorney at Law
46 Riverside Avenue
Westport, CT  06880
(203) 227-7000

Vlad Spitzer, Esq.
Spitzer & Brey, LLC
239 Main Street, 2nd Floor
Westport, CT  06880

_____