Miller v. Edward Jones

3/11/2004 Barbara Mosca

Page 63

```
1      A    No.
2      Q    Did she ever mention any comments or conduct
3   by Michael Mahoney regarding the plaintiff's age?
4      A    No.
5      Q    Or the plaintiff's religion?
6      A    No.
7      Q    Or any sex discrimination by Michael Mahoney
8   against the plaintiff?
9      A    No.
10     Q    Or any discrimination or issues in any way by
11  Michael Mahoney concerning the plaintiff's sexual
12  orientation?
13     A    No.
14          MR. RICKS:  No further questions.
15          MR. GILLESPIE:  Thank you.
16          MR. RICKS:  Ms. Mosca will read her
17  deposition.
18          (Deposition concluded:  4:30 p.m.)
19
20
21
22
23
24
25
```

8a6b4569-b11f-4b86-b884-b17e9a14e9b5