Page 1

```
 1              UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF CONNECTICUT
 2

 3                                         COPY

 4
                                    )
 5   MARIAN DEBORAH MILLER,         )
              Plaintiff,            )
 6                                  )     Civil Action No.
     VS                             )     3:03CV0193-DJS
 7                                  )
     EDWARD D. JONES & CO, L.P.,    )
 8   MICHAEL MAHONEY, MICHAEL       )
     CUMMINS, BARBARA MOSCA, and    )
 9   STEVEN RARICK,                 )
              Defendants.           )
10                                  )

11

12

13

14
              DEPOSITION OF:  KRISTEN COMMANDER
15
              DATE:           MARCH 10, 2004
16
              HELD AT:        ACTON PUBLIC LIBRARY
17                            60 OLD BOSTON ROAD
                              OLD SAYBROOK, CONNECTICUT
18

19

20

21

22

23      Reporter:  JAMES A. SCALLY, RPR, CRR, LSR #80
               BRANDON SMITH REPORTING SERVICE
24                   44 Capitol Avenue
                Hartford, Connecticut 06106
25                    (860) 549-1850
```

Page 6

```
1    A    I'm not really good with dates.  A year and a
2    half ago.
3    Q    Okay.
4    A    Basically, yes.
5    Q    Why did you leave Edward Jones?
6    A    I was doing part-time work for Michael at the
7    time, and this opportunity came up that was a better
8    opportunity for me.
9    Q    When you say Michael, do you mean Michael
10   Cummins?
11   A    Michael Cummins.
12   Q    Where did you work?
13   A    Old Saybrook.
14   Q    Could you tell me the address of the office?
15   A    15 Elm Street.
16   Q    What was your position for Mr. Cummins?
17   A    Branch office administrator.
18   Q    Can you tell me what that entails?
19   A    Basically, it's like a office assistant.  All
20   branch office assistants are the same at Edward Jones.
21   I happened to work there part time rather than full
22   time because he needed extra marketing help.
23   Basically, it's greeting customers when they come in,
24   assisting them with any transactions, basically taking
25   as much work away from the broker as possible so that
```

Page 7

```
 1    they can basically use their time on selling.
 2       Q    When did you first start working at Edward
 3    Jones?
 4       A    I don't remember the dates, but it was
 5    probably 1999, 2000.
 6       Q    Okay.
 7       A    1999, I think.
 8       Q    And were you -- from the beginning of your
 9    employment at Edward Jones, were you working for Mr.
10    Cummins?
11       A    Yes.
12       Q    And it was part time?
13       A    Yes.
14       Q    And how often did you work?
15       A    I worked Monday through Friday 8:30 to three
16    o'clock.
17       Q    And during that time, did Mr. Cummins have
18    any other staff that worked with him?
19       A    Yes.  Lynn Vasil.
20       Q    Was she full time or part time?
21       A    Full time.
22       Q    What was her position?
23       A    Senior branch office administrator.
24       Q    So the both of you worked together in that
25    capacity helping Mr. Cummins?
```

Miller v. Edward Jones
3/10/2004                                                    Kristen Commander

Page 8

1    A    Yes.

2    Q    And as you understood Mr. Cummins'
3    responsibilities, what were they?

4    A    When I worked there, he was regional leader
5    and also an investment representative.

6    Q    When you say regional leader, what do you
7    mean?

8         MR. RICKS: Objection. Foundation, but
9    you may answer.

10   A    They basically have one representative in
11   each region that organizes regional meetings. Just
12   more of a voluntary position.

13   Q    Okay. I'm going to ask you to direct your
14   attention, if I could, to the fall of 2001. Did you --
15   do you remember at that time meeting Debbie Miller?

16   A    I believe it was in the summer, the end of
17   the summer, that I met her.

18   Q    Okay. When did you first meet Debbie Miller?

19   A    When I went out there to help in their
20   office, and I believe it was the end of August.

21   Q    Okay. And when you say "went out there,"
22   where did you go?

23   A    To their Stamford office.

24   Q    And at the time when you went to the Stamford
25   office, that was August of 2001?

Page 9

```
 1      A     2001.

 2      Q     Who was the investment representative there?

 3      A     Michael Mahoney.

 4      Q     Have you -- prior to going out there, had you
 5   ever had contact with Mr. Mahoney?

 6      A     Yes.

 7      Q     When did you first meet Mr. Mahoney?

 8      A     I don't know what year it was, but he
 9   would -- only brokers always would come to the regional
10   leader's office when they first began employment with
11   Edward Jones.  So whenever he had started is when I had
12   met him.

13      Q     And so by the time you went to Stamford, you
14   had already met Mr. Mahoney --

15      A     Yes.

16      Q     -- more than once?

17      A     Yes, more than once.

18      Q     Okay.  Had you ever had an opportunity to
19   have any discussions with Mr. Mahoney?

20            MR. RICKS:  Objection.  Discussions,
21   vague.

22      Q     What, if any, discussions had you had with
23   Mr. Mahoney?

24            MR. RICKS:  Same objection.  You may
25   answer.
```

Page 10

1   Q   Prior to the --

2   A   Nothing in particular. Just when he would
3   come in, "How's the weather today?" You know. "How
4   was your trip here?"

5   Q   So it was just banter type stuff?

6   A   Uh-huh.

7   Q   Okay. When you -- when you went out to the
8   Stamford office, what was your purpose in going?

9   A   To organize their office, show her what a
10  branch office administrator's expectations are.

11  Q   And in the sense of you were training Ms.
12  Miller?

13  A   Uh-huh.

14  Q   And what did the training accomplish? What
15  did you do?

16  A   Well, when we first went in there, their
17  office was a little messy because there hadn't been a
18  branch office administrator there in several months.
19  So it wasn't overly organized. So I basically wanted
20  to let her know what needed to be in files, how your
21  desk arrangement needs to be set up.

22       Edward Jones has in their training for
23  BOA's -- that's what we were called -- certain ways
24  things should be as far as your desk setup, where your
25  phone should be, where you can best help your IR in

Page 11

1    organization.  And that's basically what I was going

2    there to do.

3        Q    And how many times were you present at the

4    Stamford office?

5        A    I went there twice.

6        Q    And when you say twice, do you mean two full

7    days or --

8        A    The first time I went was a full day.  Well,

9    a full day, it took me an hour and a half travel time

10   each way.  The second time I believe I only stayed

11   until a little after lunch time only because I didn't

12   feel there was that much that I needed to do.

13       Q    The first day that you were there, was that

14   the first time you met Debbie Miller?

15       A    Yes.

16       Q    What did you do on that day, the first day?

17       A    Basically showed her what needs to get done

18   in the morning because there is a routine at Edward

19   Jones where you go through your mail, anything that

20   your IR is going to give you to plan for the day, if he

21   has meetings, what you need to get prepared for those

22   meetings, basically going over what your daily agenda

23   needs to be.

24       Q    Okay.  And did you -- strike that.

25            And anything else that comes to mind as to

Page 12

1   what you might have done that day?

2   A   We ate lunch, went through, there were piles
3   of statements on the floor. I told her we had to
4   alphabetize them, put them away because they couldn't
5   be out when customers came in. Going through some old
6   prospectee material, old forms that shouldn't be in
7   there because if you have an audit, your office can get
8   written up for that, which she was not aware of.

9   Q   The next time that you went there was the day
10  after that?

11  A   No. It was a couple weeks after. I don't
12  know the exact time.

13  Q   Okay. And during that time, did you have any
14  telephone discussions with Ms. Miller?

15  A   She used to call. I told her she could call
16  if she ever needed anything, as we do with every new
17  branch office administrator.

18  Q   And did she call you during that time?
19  A   Yes.
20  Q   What -- did anything come to mind as to what
21  those discussions were about?

22  A   Well, she would call, you know, "If a
23  customer just came in with a check, what do I do?"
24  Office administration of things.

25  Q   Okay. Did you have an occasion during the

Miller v. Edward Jones

3/10/2004                                                  Kristen Commander

Page 14

1    complaints.
2            MR. SPITZER: Okay.
3       A   I mean she would call and say he's very
4    demanding, but she was very vague on what it was that
5    he was being demanding for.
6       Q   Anything else that you might be able to
7    recall about those conversations that you haven't told
8    us so far?
9       A   No.  We told her if there was anything she
10   needed in terms of operations, we would help her, but
11   everything she needed was on the Edward Jones system.
12      Q   Sometime in -- strike that.
13          Do you know who Steven Rarick is?
14      A   Yes.
15      Q   Who is he?
16      A   He works in the human resource department in
17   St. Louis.
18      Q   Did you have occasion to speak to Mr. Rarick
19   about --
20      A   I've spoken with him.
21      Q   Did you ever have an occasion to speak to him
22   about Ms. Miller?
23      A   I believe once.
24      Q   Do you recall what that conversation was?
25      A   Just that she seemed to be having trouble in

Miller v. Edward Jones

3/10/2004 Kristen Commander

Page 15

1   the office and that I had -- I had called him to let
2   him know that I had referred her to call him.
3       Q   Okay.  Do you recall whether or not the
4   conversation took place sometime in November of 2001?
5       A   I don't remember the date.
6       Q   In Mr. Rarick's notes of that conversation,
7   he relates a conversation that he had with you on
8   November 16 of 2001 in which he says that --
9               MR. RICKS:  Objection.  If you're going
10  to read from something, why don't you show the witness
11  what you're reading from.
12              MR. SPITZER:  Well, I think I can read
13  from it.  If I have questions, I'd be glad to show it
14  to her afterwards.  I'll mark it as an exhibit, but let
15  me just ask my questions.
16              MR. RICKS:  Do you mind if I show her
17  what you're reading from?
18              MR. SPITZER:  Sure.  I'm reading from
19  the notes that were given to me by you, Mr. Ricks,
20  having to do with conversations between Mr. Rarick and
21  various Edward Jones employees.  It's a five-page --
22              MR. RICKS:  This is a document
23  previously marked Exhibit 16 in some of the defendant's
24  exhibits.
25              MR. SPITZER:  Correct.

Page 16

```
 1            MR. RICKS:  These are branch notes.
 2   BY MR. SPITZER:
 3       Q   In that case, I'm going to refer to you page
 4   2 of that exhibit.
 5            If you look at November 16, 2001, I'm going
 6   to ask you to read that first paragraph there and ask
 7   you, first of all, if that refreshes your recollection
 8   about a conversation you had with Mr. Rarick on that
 9   date?
10            MR. GILLESPIE:  Objection.  She hasn't
11   exhausted her recollection.  Go right ahead.
12            MR. SPITZER:  Okay.  (Pause.)
13       Q   Do you recall having that conversation with
14   Mr. Rarick?
15       A   We were on speaker phone, all three of us.
16       Q   The three of you, Mr. Cummins, yourself, Lynn
17   Vasil?
18       A   Yes.
19       Q   And Mr. Rarick's notes indicate that you said
20   that environment in the office was -- the word that you
21   used was "demanding"; is that correct?
22       A   Yes.
23       Q   Okay.  What did you mean by that?
24       A   That when he wanted something done, he would
25   come out, and if she was in the middle of something, he
```

```
 1   would ask her to stop what she was doing and do it, but
 2   that's what bosses do.
 3        Q    And you also say that he -- you described Mr.
 4   Mahoney as having, quote, unquote, zero patience.  Did
 5   you say that to Mr. Rarick at the time?
 6        A    Yes.
 7        Q    Meaning what?
 8        A    He has zero patience, but that's his
 9   personality.
10        Q    Okay.  And you also described him as
11   condescending?
12        A    He can be.  I don't think it's purposely
13   done, but there are things certain people say in
14   certain tones that they don't mean to say them.
15        Q    And the tone that you observed was you
16   characterized as condescending?
17             MR. GILLESPIE:  Objection.  Which
18   statement, time?  All the time, some of the time, part
19   of the time.
20             MR. SPITZER:  I didn't ask about time.
21   I asked what she said.
22             MR. GILLESPIE:  That's the problem with
23   the question.
24             MR. RICKS:  Objection to the form of the
25   question.
```

Page 18

1   BY MR. SPITZER:

2       Q    You used the word "condescending" at the
3   time?

4       A    Yes.

5       Q    In describing what Mr. Rarick described in
6   this conversation?

7       A    Yes.

8       Q    Okay. You also said that -- to Mr. Rarick,
9   did you not, that he sometimes says things that could
10  be offensive to people?

11      A    I guess I said that. I don't remember saying
12  that, but apparently I did.

13      Q    Okay. Do you have any recollection of
14  what -- what Mr. Mahoney -- what you meant when you
15  said that he says things that would be offensive to
16  people?

17      A    No.

18      Q    Any specific recollection of any statements
19  that he made that you would have interpreted that way?

20      A    Not that I can recall.

21      Q    Okay. Now, you also say that both of them,
22  meaning, I suppose, both Ms. Miller and Mr. Mahoney,
23  would complain about each other to you?

24      A    That's correct.

25      Q    And do you remember what those complaints

Page 19

```
1    were?
2        A    Same thing: "He's asking me to do this and I
3    don't want to do it"
4             Then he would call saying, "I'm asking her to
5    do it and she won't do it."
6        Q    Okay. The conversation on the speaker phone,
7    would -- that you just mentioned, was it that Mr.
8    Rarick was talking to you, to Lynn Vasil, and to Mr.
9    Cummins all at once?
10       A    At one point in the conversation he was. In
11   the end, we all had picked up our own separate lines
12   because Michael has a separate phone off of his office.
13   Then at the end, we kind of put it all on speaker
14   phone.
15       Q    Okay. Were you able to listen to the
16   questions or the discussion that Mr. Rarick had with
17   Lynn?
18       A    No, I did not hear Lynn's conversation.
19       Q    Okay. Other than the questions that he asked
20   you here, were there any other discussions that you may
21   have had with -- with Mr. Rarick regarding -- regarding
22   Ms. Miller or Mr. Mahoney?
23       A    No.
24       Q    Did you have any discussions with Mr. Cummins
25   about this particular conversation that you had with
```

Page 20
1   Mr. Rarick?
2       A   No.
3       Q   Did you and him -- did you and either Lynn
4   Vasil or Mr. Cummins have any further discussion about
5   the subject of the November 16, 2001 conversation --
6       A   No.
7       Q   -- other than what's reported in these notes?
8       A   No.  Because it was -- there's nothing else
9   to talk about.  We referred it to St. Louis, and that
10  was it.
11      Q   Okay.  Did you say you reported it to St.
12  Louis?
13      A   I didn't report anything.  I just called to
14  let him know that I had told Debbie to call him if
15  there was anything further she wanted to make a
16  complaint about.
17      Q   You called Mr. Rarick to let him know that
18  you had told Debbie Miller to call him?
19      A   Uh-huh.
20      Q   Okay.  You mentioned at one point that both
21  Ms. Miller and Mr. Mahoney would complain about him
22  being demanding or her not doing what -- couldn't do
23  what he wanted her to do, that kind of thing.  Is -- do
24  you recall any specifics of the complaints that Ms.
25  Miller had at the time?