Page 39

```
 1      Q     Did the problems have any -- do you have any
 2   knowledge or information that the problems between Ms.
 3   Bogus and Mr. Mahoney had to do with any conduct of a
 4   sexual nature or inappropriate language being used in
 5   the office?
 6      A     Not that I'm aware of, no.
 7      Q     So nothing that you would -- would understand
 8   to be in any way discriminatory or improper --
 9      A     No.
10      Q     -- as far as language or the conduct between
11   the two of them?
12      A     No.  And I never witnessed their relationship
13   anyway.  I wouldn't have any idea.
14      Q     Between Ms. Bogus and Mr. Mahoney?
15      A     Right.
16            MR. RICKS:  No further questions.
17
18         FURTHER REDIRECT EXAMINATION BY MR. SPITZER:
19
20      Q     So you have no idea of the specific
21   complaints that Shannon Bogus had?
22      A     I have no idea.
23            MR. SPITZER:  Nothing further.
24            MR. GILLESPIE:  Thank you very much.
25            (Deposition concluded:  4:01 p.m.)
```