Page 35

1   A    So, but Mike clearly had an understanding,
2   because it was given to him by John and Cyndi, and if
3   that behavior that they were offering interpersonal
4   skills coaching on was not reconciled, and it did
5   recur, his employment would end.
6   Q    Let me ask you, Mr. Cummins, in your
7   conversations, and you mentioned two different ones
8   that you had with John Sullivan, first one being the
9   one that you mentioned where you took the notes on
10  Exhibit 9, and the second one being the conversation
11  that you took the notes of from Exhibit 8, did Mr.
12  Sullivan ever tell you what the particular issues were
13  pertaining to Mr. Mahoney's treatment of the BOA in
14  question?
15  A    No.
16  Q    Okay.  Did he have -- did you come to have
17  any understanding of what those issues were at a
18  subsequent time?
19  A    No.
20  Q    None, okay.  And after the -- strike that.
21       The notes on Exhibit 8 also refer to what you
22  wrote to be the words "reasonable expectations."  Let
23  me show you that, at the bottom of your notes.  What is
24  your understanding of what you were saying there?
25  A    That the -- the expectations of, you know, of

Page 52

```
 1      A     I don't know specifically.
 2      Q     Did you ever speak to Mr. Mahoney about his
 3   leaving Edward Jones?
 4      A     No.
 5      Q     Were you ever told by anyone in HR why Mr.
 6   Mahoney was going to leave Edward Jones?
 7      A     No.
 8      Q     And you yourself had no conversations with
 9   Mr. Mahoney after you were no longer regional leader;
10   is that right?
11      A     That's my recollection.
12      Q     Okay.  Barbara Mosca, who was she?
13      A     Regional leader for the Metropolitan New York
14   area.
15      Q     And she at one point took the role of
16   regional leader over Fairfield County that you
17   testified to about, right?
18      A     Yes.
19      Q     And she would have been the one that would
20   have been Mr. Mahoney's regional leader at the time of
21   his leaving Edward Jones?
22      A     Yes.
23            MR. SPITZER:  Thank you, Mr. Cummins.  I
24   have no further questions.  Thanks for coming by.
25            MR. GILLESPIE:  I have no questions.
```