Page 1

```
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF CONNECTICUT
 2

 3                                              COPY

 4

 5   MARIAN DEBORAH MILLER,      )
           Plaintiff,            )
 6                               )
                                 )   Civil Action No.
     VS                          )   3:03CV0193-DJS
 7                               )
     EDWARD D. JONES & CO, L.P., )
 8   MICHAEL MAHONEY, MICHAEL    )
     CUMMINS, BARBARA MOSCA, and )
 9   STEVEN RARICK,              )
           Defendants.           )
10                               )

11

12

13

14
             DEPOSITION OF:  MICHAEL P. MAHONEY
15
             DATE:           MARCH 9, 2004
16
             HELD AT:        SPITZER & BREY, LLC
17                           239 MAIN STREET
                             WESTPORT, CONNECTICUT
18

19

20

21

22

23   Reporter:  JAMES A. SCALLY, RPR, CRR, LSR #80
             BRANDON SMITH REPORTING SERVICE
24                  44 Capitol Avenue
             Hartford, Connecticut 06106
25                  (860) 549-1850
```

Page 17

1  there any other discussions that you had with Price
2  Woodward that you can recall?
3       A    Not that I can recall, no.
4       Q    Okay. But there may have been others?
5       A    Other?
6       Q    Discussions on other subjects.
7       A    I mean, again, not that I recall. I mean
8  Price was a busy guy. You know, if you got him for ten
9  minutes, that was a lot.
10      Q    Okay. Let me go back for a second regarding
11 your employment history again. While you were at
12 Aetna, did you ever have any kind of -- was there
13 any -- ever any discipline taken against you in terms
14 of your employment at Aetna?
15      A    No, no.
16      Q    Okay. How about at Fleet Bank?
17      A    No.
18      Q    How about at RogersCasey?
19      A    No.
20      Q    First County?
21      A    No.
22      Q    Okay. What about Edward Jones?
23      A    No.
24      Q    There was never any kind of criticisms of
25 your performance at any of those places?

Page 28

1  Q   During the time that Ms. Bogus worked for
2  you, are you aware of any complaints that Ms. Bogus may
3  have made to Edward Jones regarding you?
4  A   Yes.
5  Q   And what were those complaints?
6  A   Specifics, I don't recall.  Vaguely, I
7  would -- I know that it had to do with how I ran the
8  office, you know, in terms of my expectations.
9  Q   What -- what about how you ran the office did
10 Ms. Bogus complain of?
11 A   Specifically my expectations with regard to
12 performance, with regard to task and duties.  We were
13 not on the same page with those.
14 Q   Did she ever complain about your demeanor?
15 A   Not to me specifically.
16 Q   Were you aware that she had made any
17 complaints about your demeanor?
18         MR. RICKS:  Objection.  Vague, demeanor.
19 A   I was aware she made a complaint.
20 Q   What was the complaint that you were aware
21 of?
22 A   It had to do with an incident that happened
23 with regard to a client file.
24 Q   And tell me what that was.
25 A   She was specifically asked to do a job, and

Page 29

```
 1   she had a child home sick.  She was very upset.  I
 2   heard the phone slam; I asked her what was wrong; she
 3   said her child was sick.  I said, "If your child is
 4   sick, I think you should go home."  I said, "Would you
 5   mind taking care of this one incident, this one file I
 6   wanted to have input, and then go home."
 7            And it was not done correctly.  She threw it
 8   on my desk, she left, and specifically I called to find
 9   out what had happened.  It was -- it was not a large
10   task, by any means.  It was probably ten minutes.  And
11   the next thing you know, she put in a complaint.
12      Q    Give me one second.  I just want to turn down
13   the heat, the noise.  (Pause.)
14            How did you find out about this complaint
15   that she had made?
16      A    Someone from human resources called.
17      Q    Do you recall who that was?
18      A    I don't specifically remember the name.  I
19   believe it was a woman, but I don't recall the name.
20      Q    And how many -- do you recall when it was
21   that you found out about this complaint?
22      A    Oh, it was the same day that the incident
23   happened.
24      Q    And which was when?
25      A    What day specifically?
```

Miller v. Edward Jones

3/9/2004                                                      Michael P. Mahoney

Page 30

```
1    Q    About what year?
2    A    Oh, that was in 2001.
3    Q    Okay.  And do you recall when approximately?
4  Was it spring, summer, fall, winter?
5    A    I want to say it was probably spring, summer.
6  I don't recall.
7    Q    Okay.  And so you received a call from a
8  woman at HR.
9    A    My recollection is it was a woman.  I don't
10 recall who it was specifically from the human
11 resources.
12   Q    And what did she tell you?
13   A    That Shannon had called to complain that I
14 had called her at home.  Again, my call specifically
15 was regarding a file, a task, and, you know, human
16 resources wanted to hear my side of the story.
17   Q    Okay.  And you told them your side of the
18 story?
19   A    Yes.
20   Q    And did you have any more dealings with human
21 resources or anyone at Edward Jones regarding the
22 complaint that Ms. Bogus brought after that phone call?
23   A    Yes.
24   Q    What -- what happened?
25   A    Well, she never returned to the office.  She
```

Brandon Smith Reporting

Page 31

1  was transferred to an office that was looking for a BOA
2  specifically, and that was -- that was pretty much
3  about it as far as, you know, we went back and forth
4  about, you know, certain jobs and duties and so forth.
5  I'm sure that's all documented.
6      Q    You went back and forth with who?
7      A    With human resource.
8      Q    Sir, who at human resources?
9      A    I don't remember names.
10     Q    How many discussions did you have with human
11 resources about what you just talked about, going back
12 and forth on these issues?
13     A    Specifically how many, I don't know.  The way
14 it was really resolved was she had moved to another
15 office in Wilton, I believe, and that was pretty much
16 the end of it.
17     Q    And what, if anything, did human resources --
18 did they -- did human resources take any actions
19 against you for the complaints that she made?
20     A    No.
21     Q    Were you advised to receive any counseling
22 from human resources regarding the complaints that she
23 made?
24     A    I don't know that you would say counseling.
25 I was assigned a coach.