1

# ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \*

MARIAN DEBORAH MILLER,        \*
    Plaintiff,
                                      \* Civil No. 3:03CV0193(MRK)
    vs.                    November 20, 2003
                                      \*

EDWARD D. JONES & CO.,
L.P., MICHAEL MAHONEY,         \*
MICHAEL CUMMINS, BARBARA
MOSCA, AND STEVEN RARICK,      \*
    Defendants.
\* \* \* \* \* \* \* \* \* \*

DEPOSITION OF MARIAN DEBORAH MILLER

Appearances:

    FOR THE PLAINTIFF:

        SPITZER & BREY, L.L.C.
        239 Main Street
        Westport, Connecticut  06880
          By: Vlad G. Spitzer, Esq.

    FOR THE DEFENDANTS EDWARD D. JONES & CO.,
    L.P., MICHAEL CUMMINS, BARBARA MOSCA AND
    STEVEN RARICK:

        HARRIS DOWELL FISHER & HARRIS, L.C.
        15400 South Outer Forty, Suite 202
        St. Louis, Missouri  63017
          By: Fred A. Ricks, Jr., Esq.

    FOR THE DEFENDANT MICHAEL MAHONEY:

        PETER E. GILLESPIE, ESQ.
        46 Riverside Avenue
        Westport, Connecticut  06880

POST REPORTING SERVICE
Hamden, Connecticut  (800)262-4102

Page 6

1  hold there?
2       A    Investment representative.
3       Q    Okay.  How long were you at Edward Jones?
4       A    Three years.
5       Q    Do you remember -- do you remember the date
6  that you left Edward Jones?
7       A    Yes.  March of '02.  I don't recall the exact
8  date.
9       Q    Okay.
10      A    And I started in March of '99.
11      Q    And prior to your employment at Edward Jones,
12 where did you work?
13      A    First County Bank in Stamford.
14      Q    How long were you at First County Bank?
15      A    I was at First County Bank from April of '97
16 through March of '99.
17      Q    Prior to First County Bank, where did you
18 work?
19      A    For a very short stint, I worked at
20 RogersCasey Barra in Darien.  About six months.  So
21 that had to be about October of '96 through March of
22 '97.
23      Q    And at -- did you say RogersCasey Barra?
24      A    Yes.
25      Q    What is that?

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1         Q    Just approximately how many years ago was
 2    that?
 3         A    I don't recall how many years.
 4         Q    I mean, approximately five years, ten
 5    years?
 6         A    I think it's more like seven or eight years
 7    ago.
 8         Q    How's your mother's health?
 9         A    My mother suffers from -- well, she had a
10    brain tumor, so she, you know, suffers, still suffers
11    from headaches.  But otherwise ...
12         Q    Was it a benign tumor?
13         A    Yes.  It was an acoustic neuroma, if that
14    means anything to you.
15         Q    How old are your parents?
16         A    I always forget how old.  I always try to
17    keep them younger than they are.
18              My dad is 83 and my mom is 77.
19         Q    What's your marital status?
20         A    I'm divorced.
21         Q    When were you divorced?
22         A    In 1995.
23         Q    When were you married?
24         A    1980.
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

| | | |
|---|---|---|
| 1 | Q | Do you have children? |
| 2 | A | Yes.  Two. |
| 3 | Q | What are their names? |
| 4 | A | Steven and Alexander. |
| 5 | Q | What is Steven's birth date? |
| 6 | A | September 9th, 1981. |
| 7 | Q | And Alexander's birth date? |
| 8 | A | April 7th, 1989. |
| 9 | Q | How is -- how's their health? |
| 10 | A | Good.  For the most part, their health is |
| 11 | good. | |
| 12 | | My son -- I'm sorry. |
| 13 | Q | Go ahead. |
| 14 | A | My son, Alexander suffers from ADHD. |
| 15 | Q | Does Alexander currently live with you? |
| 16 | A | Yes. |
| 17 | Q | Is he in college, or out of college, or |
| 18 | what? | |
| 19 | A | Alexander is 14. |
| 20 | Q | I'm sorry.  He's the younger of the two? |
| 21 | A | Yes. |
| 22 | Q | That's right.  I'm sorry. |
| 23 | | And Steven, is he in college? |
| 24 | A | Yes, he is. |

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1     differences?
 2          A     What were the irreconcilable differences?
 3                MR. SPITZER:  Give him some idea of
 4     what it was that led to the divorce, if you want to.
 5          A     My husband was impotent.
 6          Q     Yes?
 7          A     That was it.
 8          Q     That was it?
 9          A     Um-hum.
10          Q     So lack of a sexual relationship?
11          A     Yes.
12          Q     And you had -- if I understand your
13     question, you had a higher desire for sexual activity
14     than he?
15                MR. SPITZER:  That's a different
16     question.
17                THE WITNESS:  Yes, it is.
18     BY MR. RICKS:
19          Q     Was that an accurate statement?
20          A     Would that be -- that I had a higher -- can
21     repeat your question, please?
22          Q     So you were dissatisfied because you wanted
23     to have a sexual relationship and he either couldn't
24     or wouldn't?
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1         A    That's correct.
 2         Q    Okay.  And that was the primary reason that
 3    you had a divorce?
 4         A    That's correct.
 5         Q    Had you had any extramarital affairs while
 6    you were married to your husband?
 7         A    Extramarital affairs.  Can you be more
 8    specific?
 9         Q    What do you understand that term to mean?
10         A    That I would engage in sexual activity with
11    another individual.  That's what I -- is that what
12    you mean?
13         Q    Yes.
14         A    No.
15         Q    Okay.
16         A    I had a friend.
17         Q    Okay.  And what does that mean?
18         A    It means that we were friends, that I spoke
19    with him.  And we talked about having extramarital
20    affairs, but there was a problem with him, too.
21         Q    What does that mean?
22         A    It means that he had sexual dysfunction.
23         Q    He, too, was impotent?
24         A    (Witness nods.)  But we had become very
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1   good friends, very close, and we had -- I don't
2   know -- the way -- it really wasn't anything that --
3   we never engaged in sexual intercourse because he
4   couldn't.
5       Q   But you engaged in other sexual activity,
6   just not intercourse --
7       A   Yes.
8       Q   -- with him?
9           And how long had that gone on?
10          MR. SPITZER:  Object to form.  You
11  mean during the marriage, after the marriage?
12          MR. RICKS:  Well, I think we were
13  talking about during the marriage, right?
14          MR. SPITZER:  Just clarifying the
15  question.
16      A   I think it was seven years.
17      Q   And what was that person's name?
18      A   Harry.
19      Q   What was his last name?
20      A   Rilling.
21      Q   Also in Stamford, Connecticut?
22      A   No.
23      Q   Where does he reside?
24      A   I resided in Norwalk when I was married.

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1    Connecticut. My husband was from Connecticut. And I
2    got pregnant five months after I got married. And
3    the commute was difficult because I had morning
4    sickness, so I left there.
5        Q    When was the next time that you -- what was
6    the next job you had after you quit working at
7    DH Blair?
8        A    I helped my husband in the pharmacy.
9        Q    Okay. Let me back up and ask one other
10    question. With DH Blair, was that a voluntary
11    termination of employment, or was it involuntary?
12        A    I was -- it was voluntary.
13        Q    You just resigned?
14        A    Well, I took a leave of absence.
15        Q    And did not come back?
16        A    No. My husband didn't want me to go back.
17        Q    Okay.
18        A    He --
19        Q    Go ahead.
20        A    He wanted me to stay home with my son, with
21    our son.
22        Q    So then you started working in a pharmacy;
23    is that right?
24        A    Correct.

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1      this?
 2              (Whereupon, a document entitled
 3      "Employment At Will Acknowledgement was
 4      marked Defendant's Exhibit No. 10 for
 5      identification.)
 6      BY MR. RICKS:
 7          Q    I've handed you what's been previously
 8      marked as Exhibit 10.  Is this your signature at the
 9      bottom of this page?
10          A    Yes, it is.
11          Q    And the date -- is that your writing on the
12      date, as well, "July 23, 2001"?
13          A    Yes, it is.
14          Q    And do you remember reading and signing
15      this Employment At Will Acknowledgment form?
16              MR. SPITZER:  If you remember.
17          A    Do I remember it?
18              MR. SPITZER:  If you remember.  If you
19      don't, you don't.
20          A    I don't remember it.
21          Q    But it is your signature?
22          A    Yes.
23              MR. RICKS:  Okay.  Mark this?
24
```

47

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1           (Whereupon, a document entitled
2  "Nondiscrimination Policy was marked Defendant's
3  Exhibit No. 11 for identification.)
4  BY MR. RICKS:
5       Q    I've handed you what's been marked as
6  Exhibit 11.  This is a document that is labeled at
7  the top "Edward Jones Nondiscrimination Policy."
8            Is this your signature at the bottom
9  of the page?
10      A    Yes.
11      Q    And is that your handwriting, "July 18th,
12  2001" that shows the date?
13      A    Yes.
14      Q    Okay.  And do you remember receiving this
15  policy from Edward Jones?
16           MR. SPITZER:  Do you remember?
17           THE WITNESS:  I don't remember.  I
18  don't remember.
19           MR. SPITZER:  Okay.  That's perfectly
20  fine.  If you don't remember, you don't remember.
21  BY MR. RICKS:
22      Q    But that is your signature, right?
23      A    Yes.
24      Q    Okay.  Do you remember signing -- when

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1      you started employment with Edward Jones, do you
 2      remember signing a number of documents in a hiring
 3      packet?
 4           A    I remember a hiring packet.  I remember
 5      not -- I remember not getting a hiring packet at
 6      first.  It was never sent to me.  And then I remember
 7      getting something.  I also remember getting rushed
 8      through something very quickly because they were
 9      remiss in sending me the hiring packet.  And that's
10      what I remember.
11           Q    It occurs to me that in -- from a moment
12      ago, I was thinking that we had already covered this,
13      and now I'm remembering that we didn't cover this
14      before the break.  But -- and that is the start of
15      your employment at Edward Jones.  When did you, to
16      the best of your recollection, go to work for Edward
17      Jones?
18           A    July -- I believe it was July 7th.
19           Q    And where did you go to work for Edward
20      Jones?
21           A    In Stamford, Connecticut.
22           Q    And what was your job title?
23           A    Branch Office Administrator.
24           Q    What was the -- who was the person who
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1   Edward Jones?

2       A   I believe it was on the 7th.

3           (Whereupon, a document entitled

4   "Sexual Harassment Policy was marked Defendant's

5   Exhibit No. 12 for identification.)

6   BY MR. RICKS:

7       Q   I'm handing you what's been marked as

8   Exhibit 12.  This is labeled on the first page

9   "Sexual Harassment Policy" for Edward Jones.  And on

10  the second page it continues and there is a signature

11  line.  Is that your signature?

12      A   Yes.

13      Q   And is that your handwriting where it shows

14  the date?

15      A   Yes.

16      Q   And what is the date you signed this?

17      A   July 18th, 2001.

18      Q   You indicated you were hired as a Branch

19  Office Administrator.  Is it fair to refer to that as

20  a BOA position?

21      A   Yes.  As long as my attorney understands

22  that.

23          MR. SPITZER:  Yes.

24

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1    BY MR. RICKS:
 2        Q    Okay.  What were your job duties as a BOA?
 3        A    As a BOA I was an office administrator.  It
 4    meant handling telephone calls; it meant scheduling
 5    the broker for meetings.
 6        Q    Is that primarily meetings with customers
 7    or clients?
 8        A    Correct.  And it also meant, that for the
 9    first six months of my job, that I was to train
10    online on the computer for the position.  I was to
11    meet and greet clients.  I was responsible for
12    advertising any seminars that were held in the
13    office, responsible for mailings, responsible for
14    contacting --
15        Q    These are mailings to customers?
16        A    Yes.  Customers and perspective customers.
17             -- responsible for understanding new
18    products that were -- the firm was selling,
19    responsible for filling out new applications for new
20    clients.  Not applications, but just the paperwork
21    for new clients.
22        Q    To open up accounts and that sort of thing?
23        A    Yes.  Responsible for networking him any
24    way I possibly could.
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1           THE WITNESS:  That's how that came
2    about.
3    BY MR. RICKS:
4         Q    All right.  Now, there -- isn't it true
5    there was not, for example, some -- all the
6    administration for Edward Jones is handled out of
7    St. Louis; that's true, isn't it?
8         A    I don't know.
9         Q    Do you have some reason that you think that
10   may not be the case?
11              MR. SPITZER:  I think she said she
12   didn't know.
13        A    I don't know.
14        Q    Okay.  Do you have any knowledge -- do you
15   have some knowledge of there being some other type of
16   a regional or district administrative office?
17        A    Yes, sir.
18        Q    What is that?
19        A    I believe that there are regional offices
20   or team leaders, and the Saybrook office was the head
21   office for the particular region that we were a
22   member of.
23        Q    What does that mean, the head office of the
24   region you're a member of?

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1        A    It means Mr. Cummins was the regional
 2   leader.
 3        Q    To the best of your knowledge, isn't it
 4   true that Mr. Cummins -- his office was -- I think
 5   you said a while ago it was just another branch
 6   office, right?
 7             MR. SPITZER:  No, that's not what she
 8   said.
 9        A    That's not what I said, no.  I just said it
10   was a regional office.
11        Q    Do you have any idea what "a regional
12   office" means?
13        A    I mean that each region of the country
14   is -- falls under some auspices of a particular
15   branch office.  Mr. Cummins conducted business as a
16   broker, but he also was a regional leader.
17        Q    Okay.  Do you have any idea what the duties
18   or responsibilities of a regional leader are?
19        A    To educate, to offer advice, to offer
20   direction to brokers in other branch offices.
21        Q    But that was all directed to the investment
22   representative, right?
23        A    No.
24        Q    Why do you say "no"?
```