59

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1     A     Because his branch office administrators
2 instructed me to call them if I had any problems with
3 anything in the office.
4     Q     Who were his branch office administrators?
5     A     Kristin Commander and Lynn Vassal.  I
6 believe her last name was Vassal.
7     Q     Now, Kristin Commander and Lynn Vassal,
8 they're both branch office administrators --
9     A     Correct.
10    Q     -- right?
11    A     Um-hum.
12    Q     In the same branch office where Michael
13 Cummins was an investment representative?
14    A     Correct.
15    Q     Now --
16    A     And a regional leader.
17    Q     Okay.  But Kristin Commander, she was not
18 your supervisor, was she?
19    A     No.
20    Q     And Lynn Vassal was not your supervisor,
21 right?
22    A     No.
23    Q     They held -- they were hired as branch
24 office administrators, which is the same position you

POST REPORTING SERVICE
Hamden, Connecticut   (800)262-4102

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1    held, right?
 2         A    I didn't hold that position.
 3         Q    But you were working to -- I mean, that
 4    was --
 5         A    I was working towards that.
 6         Q    Right.
 7         A    I was a branch office administrator
 8    trainee.
 9         Q    Okay.
10              And, now, what contact had you had
11    with Kristin Commander and Lynn Vassal while you were
12    employed with Edward Jones?  For example, did they
13    come over to your office and assist you at all?
14         A    Kristin Commander came to our office in
15    Stamford on two separate occasions.
16         Q    Do you remember when that was?
17         A    Approximately three weeks after my
18    employment there, three to four weeks after I began
19    employment.
20         Q    What did she do at your branch office?
21              MR. SPITZER:  Objection.  I believe
22    she said the Stamford office.
23              THE WITNESS:  At the Stamford
24    office.
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1          A    Um-hum.
 2          Q    -- right?
 3               MR. SPITZER:  Say "yes."
 4               THE WITNESS:  Yes, yes.  I'm sorry.
 5               MR. SPITZER:  She can't take down
 6     "um-hum."
 7               THE WITNESS:  (To court reporter)  Do
 8     you know what "um-hum" means?
 9               MR. GILLESPIE:  No, she doesn't.
10               THE WITNESS:  I apologize.
11     BY MR. RICKS:
12          Q    Why did Ms. Commander come to your office
13     in August 2001?
14               Let me rephrase it.  What did she do
15     when she came to your office in August 2001?
16          A    She mostly spoke with Mr. Mahoney.
17          Q    How long was she there?
18          A    Approximately three hours.
19          Q    Did she work with you at all during that
20     period of time?
21          A    During the course of the three hours?
22          Q    Yes.
23          A    I believe she worked with me about 20
24     minutes.
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1   Q   What was your understanding about why she
2   had come to the Stamford branch office where you were
3   employed?
4   A   To help train me.
5   Q   And did she help you?
6   A   No.
7   Q   What was she doing during the time that she
8   did work with you on that occasion?
9   A   Discussing Mr. Mahoney.
10  Q   Disgusting him?
11  A   Discussing Mr. Mahoney.
12  Q   What was she saying?
13  A   She was asking me if he was gay.  She
14  discussed with me that there were a number of
15  employees that preceded me that had problems with
16  him.  She also told me that Mr. Mahoney was on
17  probation, and she also told me not to let him get
18  away with anything.  And she believed that I was
19  mature in my age to be able to handle Mr. Mahoney.
20  She also discussed the fact that the previous person
21  who was there, whose name was Shannon Bogus, had
22  befriended her -- had befriended Kristin Commander --
23  and that Mr. Mahoney tormented her?
24  Q   Tormented who?

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

| | | |
|---|---|---|
| 1 | A | Ms. Commander had told me that other people in the company had poked fun at the fact that Mr. Mahoney was gay, and she snickered about it, laughed about it. And she asked me, to my knowledge, was he gay. |
| 6 | Q | What did you say? |
| 7 | A | I was not aware of the fact that he was gay. That was my response. |
| 9 | Q | Anything else that you recall Ms. Commander saying on this occasion? |
| 11 | A | She also told me at that time, that if he could not work it out with me as a BOA, that he was going to get fired, and that he was on probation. |
| 14 | Q | Okay. Anything else that you remember Ms. Commander saying on this occasion? |
| 16 | A | I don't recall anything at this particular time. |
| 18 | Q | Did -- other than -- this all occurred in one conversation? |
| 20 | A | Yes. |
| 21 | Q | And other than the one conversation, what else did you and Ms. Commander do on this visit when Ms. Commander was at your branch office in Stamford, Connecticut? |

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1              "Question:  So at this point have
 2        you told me pretty much everything you
 3        remember about this first visit when
 4        Kristin Commander came to the Stamford
 5        branch office where you worked.")
 6        A     To the best of my recollection.  She did
 7   indicate that she needed to take a train back to
 8   Saybrook and that she had to leave before she even
 9   began to show me anything because she had to get home
10   to her daughter.  And that is all I can recall at
11   this particular time.
12        Q     Now, up until the time that Ms. Commander
13   visited your office on this first occasion in August
14   2001, how had your relationship with Mr. Mahoney
15   been?  Had it been satisfactory?  Had you had any
16   problems?
17        A     It was an odd sort of situation, an odd
18   situation.
19        Q     What does that mean?
20        A     It means that Mr. Mahoney was -- often
21   times interrupted me during the course of a workday
22   often more often than I could -- was able to get my
23   work done.
24        Q     What would be an example of interrupting
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1   you?
2       A    Asking me to get up and get him an
3   envelope.
4       Q    Can you give me a couple other examples of
5   how he would interrupt you?
6       A    Asking me to go out and get him something
7   to eat.
8       Q    Anything else?
9       A    Asking me to look out the window to see
10  the -- one of the gentlemen that happened to work at
11  the building where the office was located.  He often
12  times did that.
13      Q    Asked you to look out the window at someone
14  who --
15      A    Someone who was coming into the parking lot
16  who -- you know, these were individuals who worked at
17  the building.
18           Or at the landlord.  Whenever the
19  landlord came, he would make comments about his
20  Jaguar.  He would make comments about the weight
21  problem that the -- there was an accountant that
22  worked in the building he made comments about -- am I
23  boring you? -- about the accountant that worked in
24  the building and about the way he waddled.  Virtually

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1    about anybody.  He spent a good amount of time
 2    staring out the window.
 3         Q    Mr. Mahoney did?
 4         A    Yes.
 5         Q    Okay. Anything else?  You said that up to
 6    this point in August it had been an odd situation
 7    with Mahoney.  Anything else odd, other than he
 8    interrupted you?
 9         A    He had asked me if I thought he was gay.  I
10    thought that was odd.
11         Q    What did you say?
12         A    I said I was not aware of whether or not he
13    was gay, and I also mentioned that it didn't make any
14    difference to me.  I also said that had no -- that
15    beared no relevance to his job, nor did it bear any
16    relevance to mine.
17         Q    Okay. Anything else that -- you said this
18    was an odd situation with Mahoney up this point in
19    August 2001.  Anything else that was odd?
20         A    I found his mood to -- he had mood swings,
21    basically, where he was extremely euphoric at one
22    point and then very -- he would, basically, crash and
23    be very down soon after that.
24         Q    Anything else?
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
1       A    He asked me questions about my boyfriend --
2       Q    This was --
3       A    -- during that period of time.
4       Q    -- during the period before Commander came
5  the first time?
6       A    Yes.
7       Q    He asked questions about your boyfriend?
8       A    Yes.
9       Q    Who was your boyfriend?
10      A    His name was Michael.
11      Q    What's his last name?
12      A    Pironto, P-i-r-o-n-t-o.
13      Q    Spell it again?
14      A    P-i-r-o-n-t-o.
15      Q    Where does Mr. Pironto live?
16      A    Norwalk, Connecticut.
17      Q    What kind of questions did he ask you about
18  Mr. Pironto?  Did I understand you correctly that
19  Mr. Cummins asked you questions about --
20      A    Not Mr. Cummins.  Mr. Mahoney.
21      Q    Excuse me.  Thank you for correcting me.
22           Mr. Mahoney asked you questions about
23  Mr. Pironto?
24      A    Correct.
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
1       Q    What kinds of questions?  What were the
2  questions?
3       A    He asked me how he was, if I was still
4  seeing him.  He would ask me almost on a daily basis.
5       Q    You mean, "How's he doing?  Is he --
6       A    "How is Michael?  He is -- oh, he's so
7  gorgeous.  He's got a body like an adonis."  Am I
8  still seeing him, things of that nature.  That was
9  it.
10      Q    Okay.  Any -- so is that -- anything else
11 that was odd with Mr. Mahoney up to this point up
12 through -- we're now three, four weeks after you
13 started working, right, when Kristin Commander came?
14 Anything else odd about the situation with
15 Mr. Mahoney up to that point?
16      A    Well, my hours were from 8:30 to five, and
17 I thought it was odd that he would keep me till
18 seven o'clock at night.  I thought it was strange
19 that he suddenly got a burst of energy towards the
20 end of the day and inflicted that on me.  He also did
21 not want me to ask for overtime, so he, basically,
22 had me working for free.  After five o'clock I was
23 working for free.
24      Q    Okay.  How did you enter your time at
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

| | |
|---|---|
| 1 | Edward Jones?  You were an hourly employee, right, |
| 2 | You were paid by the hour? |
| 3 | A    No.  I was on salary. |
| 4 | Q    Okay. |
| 5 | A    But you were clocked -- you clock in and |
| 6 | you clock out. |
| 7 | Q    All right.  And how did you do that?  That |
| 8 | was on the computer, right? |
| 9 | A    Yes. |
| 10 | Q    And you were responsible for entering your |
| 11 | hours and reporting them, correct? |
| 12 | A    Correct. |
| 13 | Q    And was -- isn't it true that there's a |
| 14 | screen that comes up -- you call the screen to record |
| 15 | your hours on the computer? |
| 16 | A    Correct. |
| 17 | Q    And the computer connected back to the |
| 18 | company headquarters in St. Louis -- |
| 19 | A    Correct. |
| 20 | Q    -- as far as you understood it? |
| 21 | A    As far as I understand, understood. |
| 22 | Q    Do you remember that at the bottom of the |
| 23 | screen there was a -- it said something like that |
| 24 | you're certifying that the hours you're reporting are |

POST REPORTING SERVICE
Hamden, Connecticut   (800)262-4102

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1   accurate and that Edward Jones is directing you to
2   report all hours worked?
3       A   Don't recall that.  I do not recall that.
4       Q   So are you saying that you worked hours
5   that you never reported to Edward Jones?
6       A   That is correct.
7       Q   Did you -- did you ever tell anybody at the
8   company's headquarters that you were working hours
9   that you were not putting down on your timecard?
10      A   Yes, I did.
11      Q   When did you do that?
12      A   Approximately two months into the job.
13  Approximately, about September.
14      Q   In September.  Who is it that you told that
15  to?
16      A   I spoke with somebody at the office that
17  I -- and I don't -- don't remember the person's name.
18  I believe her name -- maybe it was Amy again.  And
19  then I received a notice that Edward Jones was not
20  paying for overtime.
21      Q   What?
22      A   I received a notice that Edward Jones would
23  not pay for overtime.
24      Q   Where did you receive this notice, and how?

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1    A    Over the printer. That Edward Jones was
2   not paying for overtime. And I also received a phone
3   call from somebody from human relations -- or not
4   human relations, but whoever handled these
5   applications -- that Edward Jones would not pay for
6   overtime. I received a telephone call, as well.
7    Q    That they wouldn't pay for overtime or that
8   you were supposed to have any overtime hours
9   approved?
10   A    That they would not pay for overtime.
11   Q    Do you have any documents that show that?
12   A    I am not certain if I have that particular
13  letter.
14        THE WITNESS: Do we have that letter?
15        MR. SPITZER: I don't think we do.
16   A    (Continuing) But I did receive a telephone
17  call from an Afro-American woman who explained this
18  to me.
19       So at that point Mr. Mahoney
20  instructed me to clock out at five o'clock, but to
21  remain in the office.
22   Q    Shortly after you started working in the
23  Stamford, Connecticut branch office with Mr. --
24   A    Mahoney.

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1   Q   -- Mahoney, isn't it true that he had a
2   period of absence because of some health issues
3   himself?
4   A   Yes.
5   Q   What was the health issue?
6   A   He hurt his back.
7   Q   How long was he out of the office?
8   A   I don't recall the exact period of time.
9   Q   Was he out continuously during this period
10  of time -- I mean a period of a week, two weeks --
11  what's your best recollection?
12  A   My best recollection would be approximately
13  two weeks.  Perhaps it was ten days.  I'm
14  approximating.
15  Q   So out ten days to two weeks?
16  A   Ten days to two weeks.
17  Q   With a back problem, right?
18  A   Um-hum.
19  Q   You said there was a second occasion when
20  Kristin Commander came back to the branch office.
21  When was this?
22          MR. SPITZER:  If you don't remember,
23  you don't remember.
24  A   I don't remember exactly when it was; I

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1    really don't.

2         Q    Okay.  What do you remember about this
3    second visit?

4         A    I remember him monopolizing her time again,
5    and at that point I spoke up because I had been there
6    for awhile.  And I had said, "I really think that she
7    came here to train me, and if I train on systems
8    you'll be able to ask me any questions that you need
9    to ask.  You won't need to bother her anymore."

10             Mr. Mahoney made a habit of calling
11   Kristin Commander and Lynn Vassal on a number of
12   occasions.  It was on a daily basis, sometimes
13   several times during the course of the day.  He also
14   called Lynn Cornida a number of times during the day.
15   He also spoke to headquarters a number of times
16   during the day.

17             I was also at this -- now, I mean, at
18   the same time I was training at the computer.  As my
19   employment continued, these were questions that I was
20   able to answer.  But he spent a good amount of time
21   doing that, calling other people, perhaps more time
22   spent on the telephone with others than, you know,
23   actually working.

24        Q    Well, I'm asking right now:  What else do