80

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1   you specifically recall about the second visit by
2   Kristin Commander?
3       A   As I said, he monopolized most of her time.
4   She threw out some old pamphlets that we had had, old
5   pamphlets from companies, different companies.
6       Q   Like, for example, a mutual fund company or
7   something like that?
8       A   Right. Outdated things from, you know, GE,
9   you know, other pamphlets that are kept on the walls
10  in offices that reps may have inadvertently forgotten
11  to do, you know, representatives from the companies
12  that would come in and speak with him.
13          She made up a couple of file folders
14  for me to help me prioritize my work. And that was
15  it.
16      Q   How long was she there?
17      A   Two and a half hours maybe.
18      Q   How many -- how long had she been there on
19  the first occasion?
20      A   Approximately three hours. She missed her
21  train the second time around, second visit, and then
22  she also had to pick up her daughter early that day.
23  So this was a very short visit.
24      Q   Okay. Now, do I understand correctly that

POST REPORTING SERVICE
Hamden, Connecticut   (800)262-4102

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1   A    Because he -- because Mr. Mahoney spoke to
2   her a number of times during the day.
3            Now, Mr. Mahoney would instruct me, if
4   I were not sure about a certain procedure, to call
5   over to that office.  Lynn -- either Lynn or Kristin
6   would answer the telephone.  So whoever answered the
7   telephone is whoever I would ask the question.
8   Q    Okay.  Do you recall any specific
9   conversations with Lynn Vassal?
10  A    Yes.
11  Q    What do you recall?
12           First of all, do you recall when?
13  A    Pardon me?
14  Q    Do you recall when?
15  A    When the conversations took place?
16  Q    Yes.
17  A    From the very beginning of my employment.
18  Q    All right.  Tell me about the first
19  conversation -- how many conversations do you think
20  you had with Lynn Vassal?
21  A    Dozens.
22  Q    Tell me what you remember.  And try to go
23  in chronological order so that --
24  A    I'll try.

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1    Q    -- "The first call I can remember," "The
2    second call I can remember," so forth.
3    A    In the beginning it was -- it was more
4    like, you know, introducing myself, and it was about,
5    you know, just beginning to learn their systems, and
6    just, you know, friendly conversation.  And then I
7    would ask the question.  It was more like, "Hi, this
8    is Debbie from Stamford.  How are you?"  You know,
9    "How is your day going?"  You know, friendly.  And
10   then I would ask whatever specifically I needed to
11   ask about the systems there.  Systems are very
12   complicated.
13   Q    Okay.
14   A    And she would help walk me through whatever
15   it is I needed to do.
16        And on the second conversation that I
17   had with Ms. Vassal, and I -- I asked her the
18   question, whatever it is that I needed to ask her,
19   she began to what I would refer to as snicker and ask
20   me, "How's it going over there?"
21   Q    Yes?
22   A    And I would reply -- replied that things
23   were going fine.
24   Q    All right.  Anything else that you recall?

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1   A   Yes. She asked me how he was behaving.

2   Q   Yes? Anything else? What did you say?

3   A   Fine, but I found him to be a bit odd. And
4   she said that she was aware of that.

5   Q   Anything else in these conversations with
6   Lynn Vassal?

7   A   She also indicated to me -- not indicated,
8   but stated to me, "Don't let him get the better of
9   you, and don't do anything you're not supposed to do.
10  Do not take your work home with you."

11      See, there were modules.

12  Q   Oh, so they're saying don't take the
13  training modules home?

14  A   Um-hum.

15  Q   Okay.

16  A   And don't do any extra work for him.

17  Q   Anything else?

18  A   With Ms. Vassal?

19  Q   Yes.

20  A   Yeah. She had told me that she had spoken
21  to Kristin Commander, and she was snickering again
22  about the fact that he was gay.

23  Q   This was -- who snickered: Lynn Vassal?

24  A   She was.

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1      Q    Lynn Vassal?
 2      A    Lynn Vassal.
 3      Q    Okay.  Anything else that you remember?
 4      A    I indicated to her that he sent me out
 5  every day to get his -- often times his breakfast and
 6  his lunch.  And she told me that -- and to make his
 7  coffee and to do personal work for him -- that I was
 8  not supposed to be doing any that.
 9      Q    All right.  Anything else?
10           (Pause.)
11           Anything else that you remember?
12      A    During my conversations with Lynn Vassal?
13      Q    Yes.
14      A    Yes.
15      Q    Is this --
16      A    And she --
17      Q    The conversation that we've been talking
18  about so far, this was -- I think you were in the
19  second conversation.  Anything you remember about the
20  second conversation, or were you finished --
21      A    No.
22      Q    Okay.  Now you remember another
23  conversation?
24      A    Yes.
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1     questions you had, right?
 2          A    Which I did also, yes.
 3          Q    And during your employment at Edward Jones
 4     did you become pretty proficient at the computer?
 5          A    To the point where I had finished
 6     everything I had trained for, yes.  I believe I
 7     scored the highest in the entire country on these
 8     tests in all their offices.
 9          Q    Good for you.
10          A    Well, thank you.
11          Q    Part of what you learned was that you
12     could, for example, do keyword searches on the
13     computer; if you had a question about a particular
14     topic, about how to make a deposit, for example, you
15     could find that out on the commuter, too, couldn't
16     you?
17          A    Yes, absolutely.
18          Q    And any other -- basically, any other
19     policy or procedure at Edward Jones you could find
20     out by doing a computer search, right?
21          A    Correct.  But that's not what I was
22     instructed to do by my boss.  I was instructed to
23     call over to Michael Cummins' office.  I was
24     instructed by him to call them.  I was also
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1    instructed by both of them and Mr. Cummins to call
 2    them.
 3         Q    If you wanted to talk with them?
 4         A    That's correct, if I wanted to ask a
 5    question.
 6         Q    Okay.  But you also said that you were
 7    calling St. Louis on almost a daily basis, I take it,
 8    with questions, as well?
 9         A    Well, if I didn't get an answer -- if I
10    couldn't get an answer -- Lynn or Kristin were busy.
11    If I couldn't get an answer to a question quickly --
12    I had to get answers very quickly for Mr. Mahoney.
13    Mr. Mahoney wanted things done very very quickly, and
14    when he didn't have them done very quickly he became
15    enraged.  So I was, actually, very fearful in not
16    getting an answer for him.  I did it the quickest
17    possible way I could because I felt very threatened
18    at that point.
19         Q    At what point?
20         A    At the point where I was into it about
21    maybe three weeks, that I needed to get questions --
22    get his questions answered very quickly.
23         Q    Now, I thought you told me earlier that
24    Kristin Commander had been there in your office three
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1    or four weeks in, right?
 2         A    That's correct.  That does not discount the
 3    fact that Mr. Mahoney wanted answers to questions
 4    very quickly.  And that was almost from the -- you
 5    know, almost from the very beginning.  It was
 6    probably -- I noticed that probably into the second
 7    week.  It was at that point where I said, you know, I
 8    have not been trained properly, and maybe we could
 9    get some help in here to get me a little organized,
10    so I would be able to give him -- you know,
11    facilitate his answers.
12         Q    You say he became enraged.  What does that
13    mean?
14         A    He started to yell.
15         Q    What would he yell?
16         A    "I need an answer to this right now.  You
17    better get me an answer to this right now.  You're
18    supposed to be my BOA.  You know, I would be a better
19    BOA than you would.  I'm going to call St. Louis."
20              He would call St. Louis.  He would
21    also -- you know, you call St. Louis; you get put on
22    hold for awhile.  So he would make lewd gestures
23    while he was waiting to speak with them, towards the
24    company.
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1   A   It was a small -- I wouldn't call it a
2   strip mall.  I would call it a -- just businesses in
3   a strip area.  You know, there was not any shopping
4   per se.  There were offices there.
5   Q   But there were common hallways and common
6   restrooms, and that sort of thing?
7   A   Yes.
8   Q   So when you say -- when you were saying
9   Mr. Mahoney would become enraged if you didn't get a
10  quick answer for him, by that, my understanding is,
11  that he would yell and say the things that you just
12  mentioned?
13  A   Um-hum.  Yes, he would.
14  Q   Anything else that you meant when you said
15  he would become enraged?
16  A   He would just, right there and then, pick
17  up the phone and call St. Louis.
18  Q   He never hit you or threatened to hit you
19  or anything like that, though, did he?
20  A   No.
21  Q   Okay.
22  A   No.  He hit me with paper.
23  Q   What does that mean?
24  A   It means he would crumple up a piece of

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1     him?"

2          Q    And?

3          A    And I said, "It's getting exceedingly more
4     difficult."

5          Q    What did you tell her -- other than more
6     difficult, what else did you say, if anything?

7          A    Well, I told her that he was very abusive,
8     I told her that he was requiring a lot of time from
9     me to do personal work for his condominium
10    association.  I indicated to her that he did -- am I
11    going too fast for you?

12         Q    No.  Go ahead.

13         A    Would you like me to --

14         Q    You said he was abusive, that he was
15    requiring you to do some personal business.  What
16    else?

17         A    Yes, personal business for him.  He also
18    asked me to ask my son to do some work on his
19    computer for him for a seminar that he was having,
20    and that he would pay him to do that, which he did
21    not pay him to do.  Having me stay late and stuff
22    envelopes and clock out.  Told me he did not want --
23    I told her that he did not want me to stay late.  I
24    mean that -- pardon me -- he wanted me to stay late

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1   because he wanted me to do mailings for him, and he
2   would start me on those mailings at five o'clock and
3   that I should go and clock out. I told her about
4   that.
5           I also mentioned that I needed to get
6   home to my son and that he was preventing me from
7   doing that. He also -- at that point he -- well,
8   actually, after -- I have to say after the second or
9   third conversation -- I have to backtrack a little
10  bit, if you don't mind. Is that all right?
11      Q   Go ahead.
12      A   After the second or third conversation that
13  I had with Lynn and with Kristin -- because Kristin
14  was privy to the information that -- or to the
15  conversation. I believe they had it on speakerphone
16  and I was speaking to both of them. They reported
17  this. They reported what I was saying to Michael
18  Cummins. Michael Cummins, in turn, called
19  Mr. Mahoney.
20      Q   Now, I don't know what -- when are you
21  talking about then?
22      A   This was after the third conversation.
23      Q   So after the third -- this would be, like,
24  the fourth conversation then?

POST REPORTING SERVICE
Hamden, Connecticut    (800)262-4102

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1      A    No. This was after the third conversation
 2   that I had with them.  So this is not a fourth
 3   conversation; this was after the third conversation
 4   that I had had with Lynn Vassal and Kristin
 5   Commander.
 6      Q    Okay.
 7      A    There was a telephone call that was made by
 8   Michael Cummins to Michael Mahoney.
 9      Q    How do you know that?
10      A    Because Mr. Mahoney told me about it.
11      Q    Okay.  Do you know what that conversation
12   was about?
13      A    The conversation was that he was told to
14   behave -- quote, behave himself, and that I was the
15   last BOA he was going to be given by the company.
16   And that he was asking me to do things that I was
17   not -- that were not part of my job description, and
18   that he was also --
19      Q    Mahoney told you all this?
20      A    Yes.
21      Q    Okay.
22      A    And he said to me, "If you had a problem
23   with me, why didn't you just come to me?"
24      Q    Okay.
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1      about four weeks after I was working there.
 2          Q    So perhaps late August --
 3          A    Somewhere --
 4          Q    -- 2001?
 5          A    Perhaps it was somewhere around there.
 6      Could have been mid August.  You know, like I said,
 7      this is just a guesstimation on my part.
 8          Q    Okay.  So mid to late August 2001?
 9          A    Yeah.
10          Q    All right.  Tell me about that.
11          A    He called me and asked me, you know, again,
12      you know, "How are things going over there?"  And I
13      indicated that there was -- you know, there was a
14      problem with Mr. Mahoney.  It was very demanding,
15      very condescending, and he was also keeping me
16      overtime, and he was also asking me for a number of
17      personal favors, that he was -- I told him that he
18      made a couple of wisecracks, if you will, and that I
19      was feeling that I was not in a professional
20      atmosphere.
21          Q    Okay.  Anything else that you told
22      Mr. Cummins?
23          A    I told him that I had known that he had
24      already spoken to him, and I said that -- I told him
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1   that didn't seem to make much of a difference.  He
2   was on good behavior for a couple days, but then went
3   right back to the way he was.
4           Now, I also recall, after the
5   conversation that he had had with Mr. Cummins, the
6   following day Mr. Mahoney brought me flowers to
7   apologize.
8       Q    All right.  Anything else that you recall?
9       A    Nothing that I can recall at this
10  particular time.
11      Q    Okay.  So you've told me everything that
12  you remember telling Michael Cummins --
13      A    Correct.
14      Q    -- during that telephone conversation?
15      A    Correct.
16      Q    And that was the only time you talked
17  directly with Michael Cummins, right?
18      A    I had spoken to him before whenever -- if I
19  had called their office, if he had happened to have
20  answered the telephone.
21      Q    Other than to say hello and --
22      A    "Hi, how are you?  Is Lynn there" or "Is
23  Kristin there?"  And he had asked -- he always asked
24  me how things were going, and my answers were not

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1   favorable.  But -- they were not favorable, meaning
 2   that things were difficult with Mr. Mahoney.
 3        Q    So he would always ask --
 4        A    There were only -- Mr. Ricks, there were
 5   only a couple of times when Mr. Cummins would answer
 6   the telephone.  It was -- you know, that was on a
 7   rare occasion.  So, as I indicated to you before, it
 8   may have happened twice, a couple of times, twice.
 9        Q    So because -- that would be because
10   Mr. Commander or Ms. Vassal would normally answer the
11   telephone?
12        A    Yes, exactly.
13        Q    So on a rare occasion --
14        A    On a rare occasion.
15        Q    -- Mr. Cummins might answer?
16        A    Correct.  They might have both been out at
17   lunch.  It was weird that they would be out at lunch
18   simultaneously, but that did happen on a rare
19   occasion.
20        Q    So -- and these conversations that you
21   would have with Mr. Cummins when he answered the
22   telephone once or twice --
23        A    Um-hum.
24        Q    -- and he asked you, "How's it going," what
```