DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
1    exactly did you say to him?
2         A    "Things are difficult over here."
3         Q    You would say --
4         A    With Mr. Mahoney.
5         Q    -- "things are difficult"?
6         A    Um-hum.
7         Q    Anything else?
8              Then he would give you to Ms. Vassal
9    or Commander?
10        A    Well, if they were out of the office, then
11   he would say they were either out to lunch or some
12   sort of errand.  One of them may have gone to the
13   bank and the other -- to do a deposit -- and the
14   other one may have been at lunch.  So he would say
15   that they would call me back.  However, he did
16   acknowledge that he knew what I meant:  "I know what
17   you mean."
18        Q    He would say, "I know what you mean"?
19        A    Yes.
20        Q    Have you told me now about every
21   conversation that you had with Michael Cummins during
22   your employment at Edward Jones?
23        A    As to the best of my recollection.
24        Q    Okay.
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1  A   I don't recall a whole -- a lot of
2  conversations with him.  I did make it very clear to
3  him that things were not going well there, that
4  Mr. Mahoney was a very difficult person, and, as I
5  said to you, he acknowledged that.
6  Q   So you had one conversation in mid to late
7  August 2001 that we talked about, and then there was
8  the one -- once or twice where he answered the phone?
9  A   Correct.
10 Q   And he would just say to you, "How is it
11 going?"
12 A   Right.
13 Q   And you would say, "Things are difficult
14 over here," and he'd say something like, "I know what
15 you mean"?
16 A   That's correct.
17 Q   All right.
18 A   He also said to me, "I've already spoken to
19 him about it."
20 Q   That sounds like that pretty much -- that
21 is as much as you remember about any conversations
22 you had with Mr. Cummins; is that correct?
23 A   Conversation, yes, that I had with him.  I
24 had other conversations with Lynn Vassal and with

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1   Kristin Commander, and they both told me that they
2   would relay the information to Mr. Cummins.
3       Q   I thought we had already covered all the
4   conversations with Kristin Commander.
5       A   No. No, we didn't. We covered the
6   conversations about -- about for which you asked,
7   Mr. Ricks. We did not cover all the conversations.
8       Q   Okay. Let's -- have we finished all the
9   conversations now with Lynn Vassal?
10      A   No.
11      Q   Let's finish those.
12      A   Okay.
13      Q   So we had gotten already to the fifth or
14  six conversation you had with Lynn Vassal where you
15  would call with questions.
16      A   And then there were subsequent --
17      Q   And you --
18      A   There were -- sorry.
19      Q   And you had said -- you had gotten to the
20  point where you said something like, "Things are
21  still difficult," or something like that.
22      A   "Things are very difficult over here."
23      Q   All right. What's the next conversation
24  that you remember --

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1      A    Next conversation --
 2      Q    -- with Lynn Vassal?
 3      A    -- I believe I said -- well, no, I don't
 4  believe I said.  I am absolutely positively sure that
 5  I said, "I can't take this guy anymore."
 6      Q    When was this?
 7      A    Sometime at the end of September or the
 8  beginning of October.
 9      Q    All right.  So you said, "I can't take this
10  guy anymore."  Anything else?
11      A    She offered to tell Mr. Cummins to talk to
12  him again.  And she said, "Don't take any crap from
13  him."
14      Q    Okay.
15      A    I said to her, "Don't tell -- don't say
16  anything to Mr. Cummins because -- or Michael," as we
17  called him, "because I got in trouble for it last
18  time."
19      Q    So you told Lynn Vassal not to talk with
20  Michael Cummins?
21      A    I said, "Don't say anything because I'm
22  going to -- you know, I got in trouble last time.
23  I'm fearful of losing my job because I don't want to
24  make him angry."  I said, "He has fits of anger
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1    anyway.  I don't need to fuel that fire."
 2       Q    Okay.  Anything else you recall from this
 3    conversation at the end of September, early October?
 4       A    With Lynn?
 5       Q    Yes.
 6       A    She said, "Go home when you're supposed to
 7    go home.  Don't take any work home with you."
 8                 I indicated to her that he was
 9    trying -- he was having me clean the office.  She
10    said, "Don't you dare clean the office.  Don't you
11    dare get him coffee.  Don't you dare get him lunch."
12    And she said, "This is what always happens with
13    everybody that works there."
14       Q    Okay.  So, "Don't clean the office,
15    Don't" --
16       A    "Don't get him lunch."
17       Q    "Don't get him lunch."
18       A    "Don't get him coffee.  Don't answer your
19    phone in the morning when he calls to bring him
20    breakfast."
21       Q    Anything else?
22       A    Not that I can recall at this particular
23    time.
24       Q    Okay.  Do you recall any other telephone
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1    conversations with Lynn Vassal during your employment
 2    at Edward Jones?
 3         A    She made references to his sexual
 4    preference on a number of occasions during our
 5    conversations, that I can recall.  She found it to
 6    be, actually, amusing.  I told her that he had put my
 7    coat on and kind of pranced and danced around the
 8    room.
 9         Q    When is this?  Is this, like, a winter coat
10    or a -- a light coat?
11         A    A light fall coat.
12         Q    Okay.
13         A    I told her and Kristin that he would put my
14    coat on and prance around the room and swing it
15    about, including my scarf, and that I found that to
16    be odd behavior.
17         Q    All right.  Anything else that you told --
18         A    That I told either one of them?
19         Q    Yes.  Well, let's try to finish with Lynn
20    Vassal first.
21         A    I cannot recall just yet about any other
22    conversations that I may have had with Lynn.  I spoke
23    mostly -- I'd say the bulk of my conversations were
24    held with Kristin.
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1    Commander than I did with Lynn Vassal. Kristin and
2    Lynn were very nice. In the beginning they said, "If
3    you have any questions, please call us. We'll be
4    glad to help you."
5        Q    Okay. With Lynn Cornida, if I have
6    understood you correctly, though, all of your
7    telephone conversations with her were just questions
8    of, "How do I do a particular thing," or "How should
9    Mr. Mahoney do a particular transaction," for
10   example; is that right?
11       A    It didn't regard transactions so much as it
12   regarded a procedure on how to go about perhaps
13   understanding a particular document. Documents went
14   in often to the company, you know, accompanied by
15   copies in to difference departments. He was very
16   unclear on how to complete these documents.
17       Q    But you weren't calling Lynn Cornida to
18   talk about Mr. Mahoney, right?
19       A    I did not bring up Mr. Mahoney to Lynn
20   Cornida. Lynn Cornida brought up Mr. Mahoney to me.
21       Q    "How do you like working there?"
22       A    "How do you like working there," she asked
23   me. "I know he's very difficult." I replied, "Yes,
24   he is very difficult." And she said, "You wouldn't

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1    be the first person to say that.  He's gone through a
2    lot of people before you."
3              And Ms. Vassal said the same thing:
4    "He's gone through a lot of people before you."  And
5    so did Kristin Commander went as far as telling me --
6    naming names of people who had been there prior to
7    myself.
8         Q    Okay.  Any other -- anything else that you
9    remember about any conversations with Lynn Cornida?
10        A    She told me that he was a pain in the ass.
11        Q    Lynn Cornida said this?
12        A    Yes.  And that he called her too much and
13   she didn't have time to talk to him anymore, and that
14   she -- he was interrupting her too much.
15        Q    Does that conclude everything you remember
16   about the conversation --
17        A    No.
18        Q    -- with Lynn Cornida?
19        A    No.
20        Q    Oh, okay.  What else?
21        A    There's more.
22        Q    Okay.  Tell me.
23        A    Mr. Mahoney wanted me to --
24        Q    Can you put a time frame on any of these

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1    conversations with Lynn Cornida, or is it just --
 2        A    This was probably in October.
 3        Q    Okay.  So you're telling me now about
 4    October?
 5        A    October, yeah.  Probably like the second
 6    week in October.
 7        Q    Okay.
 8        A    He had asked me to call Lynn to get answers
 9    on the test that I was taking online for my training.
10    And I said to him:  Are you asking me to cheat?"  And
11    he said, "Yes."
12        Q    These are on the BOA online training
13    modules that you're talking about?
14        A    Yes.  And he said, "Well, she did very very
15    well on it, and she took the information home with
16    her, and she studied at night, and she had kids," and
17    she did this, that and other thing, and, you know,
18    "She knows all the answers.  Just call her for the
19    answers so you can get through this very quickly."
20    Because I was getting -- I was becoming behind
21    because I was attending to Mr. Mahoney's needs.
22        Q    All right.  So --
23        A    And he asked me to do that.  I called her
24    and reported that to her.
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1    inappropriate.  His demeanor was inappropriate.  His
 2    conversations with me were inappropriate.  I
 3    discussed this with her.
 4         Q    Okay.  You told Ms. Commander that his --
 5    that he was difficult.  What -- did you tell
 6    her anything else about --
 7         A    Difficult, I mean, meaning that I would sit
 8    down and try to do some work, work on my module,
 9    answer the telephone, maybe do a mailing, maybe send
10    out a check to a client, doing all those things.  And
11    then right in the middle of everything, he would say,
12    "Go get me an envelope."  Envelopes were, like, maybe
13    four feet away from him.  He wanted me to get up, go
14    around my desk and get him an envelope.  Okay?
15              And in a middle of maybe doing a
16    module or something, he would, you know -- or in the
17    middle of a conversation, you know, he would -- you
18    know, we could communicate through the computer,
19    "What are you -- what are we getting for lunch?  You
20    know, get me something to eat.  I'm very hungry," you
21    know.  Or maybe the telephone would ring, and he'd
22    say, "See who that is.  I don't want to talk to
23    anybody."
24              There were times when he would have
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1    conversation with some of his friends.  And I told
 2    this to her.  And --
 3         Q    You would have conversations with his
 4    friends -- I'm not sure if that's what you're say --
 5    or he would have --
 6         A    He would have conversations with his
 7    friends.
 8         Q    Okay.
 9         A    And he would refer -- are you okay?
10              He would refer to the people that he
11    was speaking with as "she."  And I -- you know, he
12    was speaking to some of his other friends who were
13    also homosexual.
14         Q    Male homosexuals?
15         A    Yes, male homosexuals.  And I believe he
16    knew female homosexuals, as well --
17         Q    Okay.
18         A    -- and had conversations with them, too.
19              His tone changed at those times.
20    There were office -- there were people who would
21    enter the office and hear this.
22         Q    Okay.
23         A    And I would -- I indicated to him -- I
24    mean, I would very graciously get up and close his
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1   door.  And I told her this.  I said, you know,
 2   sometimes he's on the phone.  I mean, you know, there
 3   was a client in the office and he's having these, you
 4   know, flamboyant conversations with people and they
 5   can hear him.  So I graciously would get up from my
 6   desk and close his -- you know, tell him there was a
 7   client in the office.  Because this was a walk-in
 8   place.
 9       Q   Right.
10       A   I would close his door and say, you know,
11   that he needed to keep it down.
12       Q   Okay.  So those are the things that you
13   would tell --
14       A   I told her --
15       Q   -- Ms. Commander about --
16       A   Ms. Commander --
17       Q   -- him being difficult?
18           COURT REPORTER:  Don't speak at the
19   same time, please.
20           THE WITNESS:  I apologize.
21       A   Ms. Commander was very very much aware of
22   all these things, because she was friends with
23   Shannon Bogus.
24       Q   Okay.  Just one at the time.
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1                   Anything else that you told
 2   Ms. Commander about how Mr. Mahoney was difficult?
 3        A    Besides getting his coffee, besides getting
 4   his lunch.  I told her that, you know, he used to
 5   throw paper at me.  She told me that he threw a
 6   garbage can at Shannon Bogus and to be careful:  I
 7   should be careful.
 8        Q    Are these the same things that -- you used
 9   a couple of phrases before.  You said that he was
10   difficult and -- "he" meaning Mahoney -- was
11   difficult, inappropriate, intrusive.  Now, are these
12   the specific examples that you then gave her that you
13   just were telling me about?
14        A    I indicated to her that he had asked me
15   about my boys, my children.
16        Q    And what had he -- "he" meaning
17   Mr. Mahoney?
18        A    Mr. Mahoney asked me if I thought one of my
19   children might be gay.  And she was flabbergasted
20   that he would ask something like that.  And she told
21   Lynn about that also.
22        Q    So he asked you, what, whether either of
23   your sons was gay?
24        A    Yes.
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1        Q    Okay.  Anything else about that that he
 2   ever said?
 3        A    What did you ask me?  I didn't hear you.
 4   I apologize.
 5        Q    Okay.  If I've understood you correctly,
 6   Mr. Mahoney asked you once whether you thought either
 7   of your kids was gay, and you reported that to
 8   Ms. Vassal and to Ms. Commander.
 9        A    Um-hum.
10        Q    Okay.  Anything else?
11        A    Anything else regarding what?
12        Q    Well, that you told Ms. Commander -- I'm
13   trying to ask you everything that you told
14   Ms. Commander about what you were unhappy with
15   concerning Mr. Mahoney.
16        A    He would often times threaten my job.
17        Q    How would he threaten your job?
18        A    "If you don't clean this office, you're
19   going to get fired.  If you don't go and get my
20   lunch, you're going to get fired.  If you don't
21   complete this by a certain time, you know, the module
22   by a certain time, you're going to get fired."  He
23   told me, that if I didn't attend work on two separate
24   Jewish holidays, that I was going to get fired.
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1      Always threatening my job.
 2         Q    And --
 3         A    Mr. Ricks, I'm going to tell you that I'm
 4   very hungry and I'm going to just give you -- ask you
 5   in a few minutes if you're going to call a break.
 6         Q    Okay.  I am going to call a break here.
 7         A    Good.
 8         Q    Any other specifics that you told -- did
 9   you tell -- are you saying that you told
10   Ms. Commander that he was threatening your job or
11   just that he you?  I want to know what you told
12   Ms. Commander.
13         A    I told her that he was threatening my job.
14         Q    Okay.
15         A    She said to me, "You can't get fired.  If
16   anyone is going to get fired, it will be him."
17         Q    Okay.
18         A    "You're the" -- she also -- she added that
19   he was on probation and that, if anyone was going to
20   go, it was going to be him.
21         Q    Anything else that you remember specific --
22         A    Not that I can recall at this point because
23   I'm very hungry.
24                  MR. SPITZER:  I think we should take a
```