DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1   A   I just wrote that Mr. Mahoney gave me
2   reason to believe that, if I reported him to
3   Associate Relations, that I would get fired.
4   Q   What does that mean, he gave you reason to
5   believe?
6   A   He told me that, if I reported him to
7   Associate Relations, he would make sure that I got
8   fired.  But, you know, see, your line of questioning
9   is not bringing that into play.  So I have to make
10  notes to myself so, when you do ask me those
11  questions, perhaps I can answer them.
12  Q   I see.
13  A   He indicated to me on several occasions
14  that he had the power to fire me.  He also said the
15  day before, before my leaving the office, that
16  nobody -- "Nobody fucks with me and gets away with
17  it."  This is the kind of language that I needed to
18  deal with.
19  Q   Okay.  So there was a conversation where
20  Ms. Vassal -- was it Ms. Vassal or Ms. Commander, or
21  both, who told you to contact the Associate Relations
22  Department in St. Louis?
23  A   Both.
24  Q   Okay.  But you chose not to do that?

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1        A    Not at that time.
 2        Q    Not at that time.  And that was when, that
 3   they told you to contact the Associate Relations
 4   department?  When did this occur?
 5        A    I don't recall.
 6        Q    Okay.  Was it before you had contacted the
 7   Associate Relations Department about your son's
 8   automobile accident in Atlanta?
 9        A    At that point I told them that -- about his
10   conduct and asked for a transfer.
11        Q    Who?
12        A    I asked Amy, and asked for a transfer.
13        Q    What did you tell Amy about his conduct?
14        A    I said -- I told her everything that I had
15   told Ms. Commander and Ms. Vassal, that he was --
16   that he was almost tyrannical, that he was -- I
17   believed him to be what I termed as having some
18   problems, mental problems, that his swing of moods,
19   mood swings, rather, were intolerable and very
20   difficult to work in an investment office atmosphere.
21             I also told her that he would not
22   permit me to leave the office because of, you know,
23   what had happened to my son.  I also told her that I
24   was home sick a couple of days with bronchitis, and
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1   he called me into the office anyway.

2           I also told her that he had made fun
3   of Jewish holidays when I needed to leave for
4   Rosh Hashanah. He referred to it as Rush Ahama
5   (phonetic).

6       Q    You're sure you said this all to Amy
7   Draper?

8       A    I did. I told her that it was just
9   virtually impossible. I begged her -- I said, "I'm
10  begging you to transfer me into another office."
11  Just -- "whish" -- went right over her head. Okay?

12          At that point I called the employment
13  agency in tears, in tears, and I begged her to find
14  me another job. And she said, "Is it that bad over
15  there? I heard it was bad over there." I said,
16  "Well, then, why did you place me over here?" She
17  said, "Because I didn't know beforehand," but she had
18  heard through the grapevine that things were bad in
19  that office.

20      Q    So you talked to Amy Draper. Have you told
21  me everything that you told Amy Draper now?

22      A    To the best of my recollection.

23      Q    This is all in the conversation about you
24  wanting to leave to go -- the office because of your

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1      Amy --
 2           A     Amy.
 3           Q     -- in conjunction with your son being hit
 4      by an automobile.
 5           A     Yeah.  And there was also --
 6           Q     Anybody else?
 7           A     Well, there was Michael Cummins, as you
 8      know; there was Kristin Commander, there was --
 9           Q     You've already told me about --
10           A     Right.  I was just --
11           Q     You've already told --
12                 COURT REPORTER:  Excuse me.  You can't
13      talk at the same time.
14           A     At one point regions changed.  So this
15      office was linked with the New York office, and his
16      team leader was changed to a woman named Barbara
17      Mosca.
18           Q     Okay.  Did you talk with Ms. Mosca at one
19      point?
20           A     I talked to her a couple of times.
21           Q     All right.  When did you talk to Ms. Mosca
22      the first time?
23           A     The first time we had a -- we had a meeting
24      in our office.  That was the first time I spoke her.
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1         Q    But you didn't really talk to her on that
2    occasion, right?
3         A    No.  There were other people in the office.
4         Q    And then there were two phone calls.  What
5    was the first phone call?  First of all, when?
6         A    I don't remember.  I don't remember exactly
7    when.  It was probably, I would say, in October.
8         Q    Okay.  October 2001?
9         A    Um-hum.
10        Q    What occurred during that telephone
11   conversation?
12        A    Trying to remember.  I don't recall that
13   conversation.  I recall the second conversation; I
14   don't recall that one.
15        Q    Okay.  Tell me about the second call.
16        A    Second call, I had left the office.
17        Q    When was this?  This was ...
18        A    It was probably -- it was about a week
19   before I left.
20        Q    Okay.  So --
21        A    Probably like the very end of October.
22   Very end of October.
23        Q    Your last day in the office was
24   November 9th, as I recall.  Does that sound about

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
1    right?
2        A    Somewhere around there.
3        Q    So about a week before that?
4        A    Yeah, it was about a week before that,
5    yeah, about, roughly.
6        Q    So very late October, early November, right
7    in that time frame?
8        A    Very late October.  I called her from my
9    cell phone in tears.  I had left the office.  He was
10   just getting -- gotten finished badgering me.  And --
11       Q    What do you mean he was badgering --
12       A    -- I explained to her --
13       Q    What had he been saying to you?  "He"
14   meaning Mr. Mahoney?
15       A    Um-hum.
16       Q    Mr. Mahoney had badgered.  What does
17   "badgered" mean?
18       A    "Badgered" means calling me an idiot,
19   calling me stupid, telling me that I couldn't do my
20   job, telling me that -- you know, he had forgotten to
21   do a trade and the client was very very upset because
22   the money had not been transferred into their money
23   market.  So he tried to write a check on it.  And he
24   blamed me for that.
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1      Q    So what did Mr. --
 2      A    So I told --
 3      Q    He badgered you.  And you told me "idiot,
 4   stupid," said you continue do the job.
 5      A    Um-hum.
 6      Q    What else?
 7      A    I walked out.
 8      Q    Right.
 9      A    And I decided to run my errands.  I had to
10   run errands for the firm, and I had to go to the
11   bank, the post office to send things to headquarters,
12   and I had to go to do the deposit, you know, the
13   checks that had come in for, you know, payment of
14   securities.
15      Q    All right.  So you called Ms. Mosca?
16      A    I called her on my cell phone.
17      Q    And you said that he had badgered you?
18      A    I said, you know, "I don't know if you
19   notice, but I'm having a lot of trouble with him."
20   And she was aware of his --
21      Q    What did she say?
22      A    "I know about him.  I had been forewarned
23   about him," she told me.
24      Q    So what you told her is, "I'm having --
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1     "I'm having difficulties with him," or what?
 2          A    I don't remember my exact words, Mr. Ricks.
 3          Q    To the best of your recollection.
 4          A    I don't remember my exact words.
 5          Q    Okay.
 6          A    Just very upset, crying.  I said, "I can't
 7     go back there."  I said to her, "Associate
 8     Relations -- I mean Kristin and Lynn Vassal and
 9     Michael Cummins' office had told me to call Associate
10     Relations.  I said, "The only thing is, I'm afraid
11     I'll lose my job, because Mr. Mahoney told me I would
12     lose my job if I did something like that."
13               So she said, "Well, I don't know
14     if you'll lose your job or not," she said to me,
15     "but you probably should just go back to the office
16     and act like nothing happened."  And that's what I
17     did.
18          Q    Okay.  Did she --
19          A    So I did have reason to believe, if I
20     reported him, that I was going to get fired.
21          Q    Did she, likewise, urge you to call
22     Associate Relations?
23          A    I just told you, sir, she said, "I don't
24     know what will happen if you -- I don't know what
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1    office."  I said, "He's been -- he was screaming and
2    yelling at me."  I said, "I actually thought that he
3    was going to hit me."  And she replied to me, "What
4    took you so long?"
5         Q    What did you say?
6         A    I said, "What do you mean?"  She said, "You
7    lasted longer than any of us with him," you know,
8    working with Mr. Mahoney.
9         Q    What do you mean that you said you thought
10   he might hit you.  He didn't hit you, right?
11        A    He was in my face screaming and spitting.
12        Q    Were you yelling at him, too?
13        A    No.
14        Q    What was this disagreement about?
15        A    He said that -- it wasn't a disagreement.
16        Q    All right.  What was he saying?
17        A    He said that I had a message on the
18   answering machine which was for him.  It was for him;
19   it was not for me.  It was a client who stated that
20   her check from Edward Jones was deposited into her
21   account and it bounced.
22        Q    Yes?
23        A    And he started yelling and screaming at me
24   that her check bounced.

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1   Q    All right.  And so what happened?

2   A    I explained to Mr. Mahoney that Edward
3   Jones, nor no other investment checks bounce.  If the
4   moneys were available and a check is issued, it means
5   it's because it's available in that client's account.
6   So there was no way --

7   Q    You said this to who:  the customer --

8   A    Mr. Mahoney.

9   Q    Okay.

10  A    There was no way that the check could have
11  bounced.  However, this customer, this client, this
12  client's mother called me approximately ten days
13  prior to that and told me that she had gotten a
14  check -- this check was issued to this particular
15  client, and the client's name was Dana.  I don't
16  know her last name.  I think I have it, you know,
17  remember -- you know, until I remember it, her name
18  was Dana.

19       So a check was issued to her.  She,
20  evidently, gave it to her mother, because her mother
21  called me a few days after they received the check in
22  the mail and said that she didn't know what happened
23  to the check.  She thinks that she threw it into the
24  trash and the garbage man came and collected it.  I

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1    said, "Okay.  I can't do anything unless I hear
 2    directly from your daughter, because it's your
 3    daughter's account with her name on it."
 4              So about an hour later, I received a
 5    call from her daughter saying that the check had been
 6    misplaced and would I reissue another check.  And I
 7    said, "Fine."
 8              I called up St. Louis, because this
 9    was an urgent matter where a check is discarded and
10    another check needs to be issued.  And I went through
11    step-by-step on cancelling that check that was,
12    supposedly, discarded.  I had the check number in
13    my -- on my computer system, and gave them the check
14    number and went through, as I said, step-by-step with
15    the representative at Edward Jones.  And at that
16    point they reissued another check.
17              The only way any check -- and I
18    explained this to Mr. Mahoney --
19       Q    All right.  And that's when --
20       A    The only way that --
21       Q    -- he became angry with you about this?
22       A    I just wanted to finish, if that's all
23    right with you.
24       Q    Go ahead.
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1      A    The only way an investment check can bounce
 2   is if you try to deposit a check that's been
 3   canceled.  So if a canceled check goes into a
 4   checking account from any investment firm, it's going
 5   to bounce.  It was a canceled check.  And I tried to
 6   explain this to Mr. Mahoney, the only way that that
 7   check could have bounced is if she found the original
 8   check and tried to deposit it.  But this check was
 9   already canceled.
10             Are you following what I'm saying?
11      Q    I think so.
12      A    Okay.  Would you like me to clarify
13   anything for you?
14      Q    No, not about that.
15             So you told this to Mr. Mahoney?
16      A    (Witness nods.)
17      Q    And --
18      A    Went on a rampage.  "You idiot, you bitch."
19      Q    Okay.  And that's when you left the office?
20      A    I left the office.  He was up in my face.
21      Q    Okay.  And --
22      A    Now, I went --
23      Q    -- that's when you called Shannon Bogus?
24      A    I went home.
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1        Q    You left the office.  You walked out during
 2   the workday and -- right?
 3        A    Oh, yes.
 4        Q    And you -- first thing you did was, you
 5   went home and called Shannon Bogus?
 6        A    Um-hum.
 7        Q    Is this the same day that you called
 8   Barbara Mosca, too, or is this --
 9        A    No.  It's another day.
10        Q    Okay.  It's a different day.
11             And I think we got interrupted when we
12   were talking about Shannon Bogus.  You had told me a
13   couple of things about the Shannon Bogus telephone
14   call.  Is there anything else that you recall --
15        A    Well, she --
16        Q    -- Shannon Bogus saying to you or you
17   saying to Shannon Bogus?
18        A    Yes.  I can repeat the conversation to you,
19   if you like.
20        Q    Okay.
21        A    She asked me, "What took you so long to
22   call."
23        Q    You said that.
24        A    And she said, "You last longer than any of
```

POST REPORTING SERVICE
Hamden, Connecticut   (800)262-4102

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1   about it." She said, "He's got a big file there."
2   And, you know, she said, "You know he's on probation,
3   don't you?" And I said, "Oh, I was told he was on
4   probation." And he himself told me he was on
5   probation. He said if I -- he told me at one point,
6   "If I lose you, I lose my job." Yet he threatened my
7   job all the time.
8        Q    Anything else in this conversation with
9   Shannon Bogus, or is that it?
10       A    Well, you know, she had to excuse herself.
11  She called me the next night, and she told me that
12  the company had told her not to talk to me anymore,
13  that she would not be able to give me any more
14  information. She said the company -- they already
15  got to her.
16       Q    Anything else? Any other conversation with
17  Shannon Bogus, or is that all that you talked about
18  with her?
19       A    That was it. I didn't want to get her into
20  trouble any more and lose her job. She, as I said,
21  gave me the name of the person to contact. She said
22  he was a very nice guy. And he was, very nice guy.
23       Q    Do you remember who that was, the person in
24  Associate Relations who you talked to who was the

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1    nice guy?
 2        A    No.  You asked me that before and I said I
 3    don't remember his name.
 4        Q    Okay.  All right.  Does John Sullivan sound
 5    right?
 6        A    I don't recall.  I may have it in my notes
 7    at home.
 8        Q    So you -- when you called this person --
 9        A    I specifically asked for him.
10        Q    All right.  And did he ask you to write a
11    letter and write down what your complaints were?
12        A    He asked me to specifically write about the
13    events of that particular day -- "Write down and tell
14    me what happened that day" -- which I did.  But then
15    I included a couple of other things in there.
16             MR. RICKS:  Would you mark these as
17    separate exhibits?
18             (Whereupon, a Fax cover sheet dated
19    11/9/01 and a letter dated 11/9/01 were marked
20    Defendant's Exhibits Nos. 14 and 15 for
21    identification.)
22    BY MR. RICKS:
23        Q    I've handed you what's been marked Exhibit
24    14 and Exhibit 15.  First of all, is that your
```

POST REPORTING SERVICE
Hamden, Connecticut   (800)262-4102