DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1     handwriting on Exhibit 14, the fax cover sheet?
 2          A    Um-hum.
 3          Q    And did you, in fact, fax a letter to
 4     Mr. Steve Rarick?
 5          A    I faxed a letter, yes, to his attention.
 6          Q    And was that at the request of John
 7     Sullivan?
 8          A    Yes.
 9          Q    Is John Sullivan the person that you --
10     with whom you had spoken that you were referring to
11     as minute ago whose name you couldn't remember?
12          A    That's correct.
13          Q    Okay.  Referring now to Exhibit 15, is
14     this -- this is a letter dated November 9th, 2001
15     from you to Mr. Steve Rarick, right?
16          A    Um-hum.
17          Q    And is that your signature page on the
18     fourth page -- is that your signature on the fourth
19     page?
20          A    Yes, it is.
21          Q    And is this a letter that you wrote?
22          A    Yes, it is.
23          Q    It shows a fax number at the top, that this
24     was faxed on November 9th, at 2 p.m. from Debra
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1    Q    What is it that Mr. Mahoney was doing with
2    your personal belongings?
3    A    He was trying on my coats. He also -- when
4    I went to the -- he was trying on my coats. He was
5    sacheting around the room in my coats in a circle
6    and, you know, swirling the coat around with him. He
7    was trying on my scarves. Whenever -- there were
8    times when I went to the ladies' room when I noticed
9    that my purse had been moved from the position where
10   it was. I kept it under the desk. There were times
11   that it was not where I left it.
12   Q    Um-hum. Anything else about your personal
13   belongings?
14   A    He shuffled things around on the desk. He
15   would sit at my desk if I went to the ladies' room or
16   I went out to get something for lunch. My bag was
17   with me at that time, but he would go to my desk and
18   shuffle things around. There were no personal
19   belongings, though, on my desk. Or underneath by
20   desk I might have, like, an extra pair of shoes and a
21   bag under there. That was often times moved.
22   Q    Anything else about your personal
23   belongings?
24   A    No.

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1    Q    Okay. Then you mention, in the next
2    paragraph of Exhibit 15, the personal favors that
3    Mr. Mahoney was asking you for. I think -- are those
4    the same things that you've already talked about?
5    For example, him asking you to pick up breakfast on
6    the way into the office, and that sort of thing? Or
7    what are you referring to when you say "personal
8    favors"?
9    A    Besides asking me to pick up things for him
10   in the morning, he had also asked me to do some -- he
11   belonged to a condominium association. He was the
12   president of that association. He asked me, in the
13   office during working hours -- pardon me -- to send
14   and receive faxes from the management company. He
15   had also asked me to make copies on a number of
16   occasions of things that had to do with their
17   association meetings and, you know, things of that
18   nature, that had to do with his personal work with
19   his association at his condominium.
20   Q    And you objected to that?
21   A    I did.
22   Q    Why was that?
23   A    Because I needed time to study my modules.
24   Q    Okay. Any other reasons?

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1        A    As to?
 2        Q    Why you objected to helping Mr. Mahoney
 3   with things you considered to be --
 4        A    Out of the ordinary?
 5        Q    -- not directly related to the Edward Jones
 6   business.
 7        A    I objected to cleaning the office.  I
 8   objected to the fact he gave me Pledge and a rag and
 9   told me to clean the office.
10        Q    To dust the office?
11        A    Yes.
12        Q    Okay.
13        A    I objected to that.  That was not part of
14   my job description.
15        Q    All right.  Any other personal favors that
16   you objected to?
17        A    I objected to the fact that he had asked me
18   to ask my son to do some work for him.
19        Q    Was that computer work that you were
20   talking about earlier?
21        A    Yes.
22        Q    What was that specific job?
23        A    He was having a seminar and he wanted him
24   to do sort of a graphic design for him on that -- on
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1   the paper.
2       Q    Which son was this?
3       A    Alexander, my younger son.
4       Q    About how long did it take Alexander to do
5   this?
6       A    To get it all done, it took him a couple of
7   hours.  Maybe two to three hours.
8       Q    Okay.
9       A    Now, understand, my son has ADHD also.  So
10  it took him longer than most, but he did it.
11      Q    Did you ask Mr. Mahoney to pay?
12      A    I did.
13      Q    What did he say?
14      A    He said he would.
15      Q    But it just never happened?
16      A    It never happened.
17      Q    When did this occur that Mr. Mahoney had
18  had your son do this work?
19      A    The exact date, I don't recall.  I don't
20  recall the exact date.  It was probably sometime in
21  beginning of October, mid October.
22      Q    Okay.
23      A    There were other favors that he asked me,
24  also.

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1   Q   Such as?

2   A   He asked me to entertain his lesbian
3   clients.

4   Q   How many times did that occur?

5   A   Quite often. He had les -- he had a number
6   of lesbian clients that had -- one particular one
7   that had a lot of money who had a significant other
8   person in her life. He had mentioned to me that I
9   would make a wonderful lipstick lesbian, and that I
10  should frequent the bars -- lipstick lesbian bars in
11  New York and that I should pick up clients for him
12  that way. And that some of the lesbian clients would
13  like -- you know, would like me and that I should
14  take them out for dinner.

15  Q   And how many times did this occur?

16  A   Many times. And I don't know exactly how
17  many times. It happened enough times that -- I asked
18  him several times not to make those suggestions to
19  me.

20          He made discussions about my boyfriend
21  also.

22  Q   What were those suggestions?

23  A   Suggestions were that -- that if -- that --
24  well, my boyfriend and I had had a brief separation.

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
1      Q    Is this Michael?
2      A    Yes.
3      Q    Okay.
4      A    And he had -- he said, "Well, now that
5   you're not seeing him," he said, "maybe I can see
6   him."  He was very taken with him.  And I explained
7   to him that he is not gay; that would not be
8   possible.  He said, "Every man is one drink away from
9   being gay, and that he probably sucked better than I
10  did anyway," so that Mike would probably enjoy being
11  with him better -- he would enjoy being with him
12  better than he would with me.
13     Q    Okay.  You don't mention that anywhere in
14  this letter, do you?
15     A    I mention it -- I said it encompassed the
16  abusiveness and harassment.  Those are -- that's
17  where I mentioned it.  I did not, as a lady, feel
18  that I should have to get into that entire -- that it
19  was -- it was embarrassing to me to have to put that
20  into writing.  I would have preferred to speak with
21  somebody regarding this matter.
22     Q    How many -- going -- let's go back.  He
23  made -- you say he made a comment about lipstick --
24  that you -- something about "lipstick lesbian."  What
```

Case 3:03-cv-00193-MRK   Document 68-17   Filed 04/30/2004   Page 8 of 15

188

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1  he tell you about that, Mr. Mahoney?
2      A    What did he tell me about it?
3      Q    Yeah, how did he use that word?
4           MR. SPITZER:  She just told you.
5  Objection:  asked and answered.
6  BY MR. RICKS:
7      Q    How many times did this occur during your
8  employment?
9      A    Several.
10     Q    That he used the word "lipstick lesbian"?
11          "Several," does that mean three?
12     A    Perhaps four.  Perhaps a dozen times.  If I
13 were to make an accurate guesstimation, perhaps a
14 dozen times.  And, you know, I mean, that's an
15 oxymoron -- "an accurate guesstimation" -- isn't it?
16 He said it on several occasions, many occasions.  He
17 would say to me in the morning, "Oh, darling, you
18 look absolutely marvelous today.  You would make a
19 wonderful lesbian.  Are you sure you don't want to be
20 a lesbian?"
21     Q    Okay.
22     A    "You should be -- you make a perfect
23 lipstick lesbian.  You should go to this bar and that
24 bar" -- I'm not familiar with these bars -- in

POST REPORTING SERVICE
Hamden, Connecticut   (800)262-4102

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1  Manhattan, and I could find some really good clients
2  for him.  And, I mean, it got to be the point that he
3  would -- made me feel like there was something wrong
4  with me because I wasn't a lesbian.
5     Q   Um-hum.  All right.  How many times did he
6  mention this in conjunction with going to a bar for
7  clients or something like that?
8          MR. SPITZER:  Objection to form.
9  BY MR. RICKS:
10    Q   It seems to me that you're lumping several
11 different things together.  I thought you said
12 sometimes he would say you'd make a good lipstick
13 lesbian, and then on -- once or twice he said
14 something about you ought to go to a bar in New York.
15 It seems to me --
16    A   I think --
17    Q   -- you're lumping a lot of things together.
18          MR. SPITZER:  Wait for the question.
19          THE WITNESS:  Okay.  Go ahead.
20 BY MR. RICKS:
21    Q   Is my perception correct that you're
22 lumping several things together?
23    A   I'm not lump -- no, I'm not lumping them
24 together.  What I'm doing is saying that he started

POST REPORTING SERVICE
Hamden, Connecticut   (800)262-4102

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1    A    And I objected to that, and I objected to
2    that to him in the office on several occasions. Not
3    only did I -- and it became -- came to the point
4    where it almost on a daily basis that I objected to
5    that. And I explained to him that this is a
6    professional setting, and this is not proper office
7    decorum --
8    Q    Almost on a daily basis you were objecting
9    to what?
10   A    It was on a daily basis that I was
11   objecting to his discussing homosexual activity. And
12   this happened daily.
13   Q    Okay. Now, please try to --
14   A    -- answer the questions.
15   Q    -- answer the question. Because --
16   A    I apologize.
17   Q    -- now you have really moved into a
18   whole -- because you said that he mentioned something
19   having to do with lipstick lesbian on maybe it dozen
20   times. Now you've mentioned something else that
21   you're -- that I don't know what you're talking about
22   happened on a daily basis.
23   A    The discussion of homosexuality was on a
24   daily basis, whether --

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1        Q    What do you mean, "discussion of
 2   homosexuality"?
 3        A    He would discuss homosexual -- homosexuals
 4   with me.
 5        Q    What does that mean?  What would he say?
 6        A    He would talk about his friends in his
 7   condominium complex.  He would talk about --
 8        Q    What does that mean, "Talk about them" --
 9   say that they are friends who are homosexual?
10        A    "This one's really cute," and "This one,
11   we're going out -- oh, we're all going out for
12   dinner."  And things about -- and he would refer
13   to -- first I didn't know what he was talking about.
14   He would refer to these people as "she."  And it
15   came -- I later came to realize that they were not
16   shes, they were -- they were hes, they were
17   homosexuals.
18             And he spoke about one particular
19   person who was a client there, a client at Edward
20   Jones, and that he was married and had had a child,
21   and he divorced, and now, you know, he was out of the
22   closet and enjoying homosexual activity.  And he
23   would try to discuss these things with me.  He was a
24   neighbor of his.  And he would refer to -- he would
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1     talk about the fact that this gentleman would come
2     over to his house all the time and would sort of
3     complain about this, that and other thing. And he
4     discussed these things. And it's like, I was, like,
5     you know, very -- trying to be very -- how would you
6     say -- diplomatic and say, you know, "This really
7     doesn't concern me and, you know, I really do need to
8     go back and do my work." He was constantly
9     interrupting me from doing my modules.
10         Q    Okay. So when you say that he was talking
11    about homosexual activity, what I've understood you,
12    then, to say is that he would make comments about
13    that another man was cute or that another man had
14    been married, he's now not married --
15        A    That was the same man.
16        Q    Okay. All the same man. And --
17        A    He would make comments about clients that
18    came in who were heterosexuals. A police officer in
19    particular, who would come in in uniform and, you
20    know, he would make comments to me about him being
21    cute. And he made comments to me a lot about my
22    boyfriend, Michael, and I had asked him many times
23    please not to discuss Michael.
24        Q    So he said Michael was cute or Michael was

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1    attractive?
 2         A    Michael was, you know, a hot babe.
 3         Q    Okay.  Anything else that he would say that
 4    you would consider touching on homosexuality?
 5         A    Asked me about my children, asked me if I
 6    thought one of my children might be gay.
 7         Q    Okay.  He asked you that once.  What else?
 8         A    He often times had conversations with his
 9    friends over the telephone, as I repeat -- as I said
10    to you earlier in our conversation earlier in the
11    deposition.
12         Q    But those were not comments to you?
13         A    No.  They were comments over the telephone.
14         Q    Where you overheard him talking to --
15         A    Well, the door was open.  He made -- he
16    told me that --  it was one day when I was out of the
17    office, and it was either for -- I think it was for a
18    Jewish holiday.  And somebody had come into the
19    office, one of the clients, and was sitting in the
20    outer area.  But Mr. Mahoney was on the phone with
21    one of his friends, one of his gay friends, and he
22    mentioned that he had -- not mentioned, but he told
23    me that he had spoken to this person and -- you know,
24    in a very feminine voice, and called him "Darling"
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1      and just was very -- he said he was very flamboyant
 2      that particular day on the phone.  And this client
 3      heard him in the outer office, and he said he was
 4      incredibly embarrassed by his behavior.
 5           Q    Mahoney said that he, Mahoney, was
 6      embarrassed?
 7           A    Yes.
 8           Q    Okay.  All right.
 9           A    And at that point I said to him, you know,
10      I said, "Michael, I don't think anybody needs to know
11      what your sexual preference are -- preferences
12      are" -- pardon me -- "that, you know, what you do
13      outside this office doesn't concern me and it doesn't
14      concern the clients either.
15           Q    Um-hum.  All right.  Was there anything
16      else that Mr. Mahoney said during your employment
17      that had any sexual overtones to it?
18           A    Yes.
19           Q    You mentioned, I think -- have you covered
20      everything at this point that you indicated touched
21      on homosexuality?  Anything else that you haven't
22      covered that --
23           A    Oh, I'm sure there's a lot more.  I just
24      cannot recall at this particular time.  There were
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1    just lots of things.  As I said to you, had I written
 2    it all in this letter, it would have been a volume,
 3    it would have been a volume.  There were just many
 4    things and things that I just blocked out of my mind.
 5         Q    All right.  What else is it that you
 6    objected to then?
 7              THE WITNESS:  Did you --
 8              MR. SPITZER:  Excuse me.  I think that
 9    she was finishing her answer.
10    BY MR. RICKS:
11         Q    I'm sorry.  I thought you had finished.
12         A    Yeah, no.  I just -- there were -- I mean
13    he made reference to my -- my physical being also.
14    And --
15         Q    Like what?
16         A    Like he told me a few times that I had a
17    nice rack.
18         Q    Okay.  So the few times he said you had a
19    nice rack, what did you understand that to mean?
20         A    I understood it to mean that I had nice
21    breasts.
22              MR. SPITZER:  Be careful.
23              Go ahead.
24
```