DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1   BY MR. RICKS:
2        Q    So he said that a couple of times.
3   Anything else?
4        A    My response to that?
5        Q    Yeah.
6        A    Was, "I thought you were gay. I didn't
7   think that you would -- I didn't think that you would
8   say anything like that to me."
9        Q    Okay. Anything else that he said that was
10  -- touched somehow on sexuality?
11       A    He told me that he was -- he discussed
12  whether he, you know, sometimes whether he was a top
13  or a bottom.
14       Q    How many times did that occur?
15       A    A few times. May be two, three times.
16       Q    You never told that to anybody at Edward
17  Jones, though, while you were employed there, did
18  you?
19       A    Whether he was a top or a bottom?
20       Q    Right.
21       A    No. I was very embarrassed by it all. I
22  don't recall saying that. I may have mentioned
23  something to Kristin Commander about that. But I
24  don't recall for sure so I can't recall say that. I

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1  don't really remember for sure.  But I remember -- I
2  remember --
3      Q    Did you tell, when you spoke with John
4  Sullivan the first time that you -- he was the first
5  person you talked to, right?
6      A    Yes.
7      Q    Did you tell, give any of these details at
8  all to Mr. Sullivan when you spoke with him?
9      A    I don't -- I didn't tell -- I just told him
10 he was very abusive, he was very -- what is -- the
11 words are right here:  That he was intrusive, that he
12 was inappropriate.  The office -- I told her that --
13 told him that his conduct in the office was totally
14 inappropriate.  I mean, this is what I was referring
15 to.
16     Q    Okay.
17     A    But -- and I said this is -- you know, that
18 it this is harassment.
19     Q    And that's when Mr. Sullivan then asked you
20 to write a letter telling what your complaint was?
21     A    Um-hum.
22     Q    Okay.  Is there anything else that you told
23 Mr. Sullivan?
24     A    I don't recall.  He quickly got off the

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1    phone and said to me, "I know" -- well, first of all,
 2    he said to me, "I know about this." So he knew about
 3    this from Shannon. "I know about this." He said,
 4    "This is what you have to do: You have to write a
 5    letter explaining to Mr. --
 6        Q    Rarick.
 7        A    -- Rarick that what -- you know, what
 8    happened. Tell him specifically what happened, you
 9    know, today," and then, you know, whatever else, you
10    know, I happened to add in there. And, you know, he
11    said to me, "Make it short and sweet."
12                 This is what I did making it short and
13    sweet. This is like a three-and-a-half page letter,
14    three-and-a-quarter page letter. And I faxed it
15    over. Now, I waited -- I said -- I asked
16    Mr. Sullivan, "Will I get a response today?" He
17    said, "Absolutely." So I waited and I waited and I
18    waited at home. And I re-faxed the letter thinking
19    that perhaps the fax didn't go through. Because I
20    hadn't gotten a response, you know. And I knew that
21    they were going to -- you know, they were going to
22    close. Of course, they were three hours -- there was
23    a three-hour time difference. So what's it -- no.
24    There's an hour time difference to St. Louis. Am I
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1    correct in assuming it's an hour?
2              And so they were an hour earlier, and,
3    here it was approaching six o'clock our time, five
4    o'clock your time in St. Louis, and I wasn't get a
5    response.  And so I was, like, getting a little bit,
6    like, "What's going on here?" and then feeling at
7    that point, "You see what happens when you report
8    people?  You know, they just -- they don't care; they
9    just don't care."
10             So I waited for the next day.  And do
11   you have a calendar in front of you?  Do we know what
12   day of the week this was?
13        Q    I don't have a calendar with me for 2001.
14        A    I believe this was a Friday.  I believe it
15   was a Friday.
16        Q    All right.
17        A    I had to wait the whole weekend to wonder
18   what was going on.  And I was nervous.
19        Q    So --
20        A    And -- wait I'm not --
21        Q    -- the next business day would have been
22   the 12th, and that's when --
23        A    The next business day would have been that
24   Monday.  I still didn't get contacted.  And the

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1   following day I got a call from him late in the
2   afternoon, which, at that point I said, "Something's
3   wrong here."
4       Q   Have you told me, then, everything about
5   your telephone call with John Sullivan at this point?
6       A   At the -- to the best of my recollection.
7       Q   Okay.  And this would have been on the 9th,
8   right?
9       A   Correct.
10          MR. RICKS:  Would you mark that,
11  please?
12          (Whereupon, a document headed
13  "November 28, 2001" was marked Defendant's Exhibit
14  No. 16 for identification.)
15  BY MR. RICKS:
16      Q   I've handed you what's been previously
17  marked as Exhibit 16.
18      A   Um-hum.
19      Q   On the third page, there is an entry that
20  is marked "November 12th."  It says, "BOA Issues,
21  S. Rarick."  And in the second paragraph below that
22  there's an entry that says, on November 12th, "I
23  called and talked to Debbie Miller."  Do you see
24  that?

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1   A   Um-hum.

2   Q   So did you tell Rarick that --

3   A   That's what Mr. Mahoney said, yeah.

4   Q   That's what Mr. Mahoney said.

5       Okay.  "She" -- meaning you -- "said
6   that Mike is a homosexual and one time he asked her
7   about the sexual orientation of her sons."

8   A   Correct.

9   Q   Is that what you told him?

10  A   Yes.

11  Q   Next says, "She said that Mike would wrap
12  himself in one of her scarves and, quote, prance
13  around the office, end quote."

14  A   Um-hum.

15  Q   You told him that?

16  A   I did.

17  Q   Mr. Rarick next writes, "She said that he
18  upset her one time when he told her that she would
19  make a good lipsticks lesbian."

20  A   Um-hum.

21  Q   Did you tell him that?

22  A   Yes.

23  Q   Next says, "She said that Mike's comments
24  and his actions made her feel uncomfortable."

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1  A   Yes.

2  Q   Did you say that?

3  A   Yes.

4  Q   Next it says, "She said that one time she
5  was very uneasy when Mike told her that he wanted to,
6  quote, meet her little boy, unquote."

7  A   Correct.

8  Q   Did you tell him that?

9  A   Yes.

10 Q   Next says, "I asked her what he meant by
11 that, and she said she did not have any idea."

12 A   I don't want to agree with that.

13 Q   What is it you disagree with?

14 A   Here it says, (as read) "I asked her what
15 she meant by that and she said 'I don't have any
16 idea.'"
17     I did have an idea.

18 Q   Okay.  Did you say --

19 A   "I have no idea"?

20 Q   Did you say to Mr. Rarick on this occasion
21 that you did not have any idea?

22 A   No.

23 Q   What is it you think you said to
24 Mr. Rarick?

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1    A    When he said I told -- when he says, "She
2    said that -- that one time she was very uneasy when
3    Mike told her that he wanted meet her little boy."
4    And I -- at that point I said "I don't want" -- I
5    told him, "I don't want to discuss my children with
6    you."  That's what I told Mr. Rarick.
7    Q    Okay.  So that's all that you said to
8    Mr. Rarick about that?
9    A    Yes.  That's what I told Mr. Mahoney:  "I
10   don't want to discuss my children with you."
11   Q    All right.  Next says that "I" -- meaning
12   Steve Rarick -- "told Debbie that a lot of this
13   information was new to me.  It had not been included
14   on the faxed information, that I was going to have to
15   look into her allegations and get back to her."
16        Did he tell you that?
17   A    No, that's not the way he phrased it.
18   Q    How did he phrase it?
19   A    He phrased it as, one of the three -- well,
20   no.  He said he would have to -- you're right.  He
21   said he would have to get back to me, correct.
22   Q    Okay.  Then, finally, in that paragraph it
23   says, in a last sentence, "I told her that in the
24   meantime I would leave her on the payroll until the

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1      issue was resolved," right?
 2          A    Correct.
 3          Q    So he told you that you would be on a paid
 4      administrative leave while he investigated, right?
 5          A    Correct.
 6          Q    So is this a -- sounds like you agree this
 7      is an accurate --
 8          A    Not all of it.
 9          Q    -- summary of your conversation with
10      Mr. Rarick.
11          A    Not all of it.  The point -- the place
12      where I told Debbie that it -- wait a minute.
13               (Reading) "Wanted to meet her little
14      boy.  I asked what she meant by that."  Right here, I
15      did not say, "I have no idea."  I said, "I do not
16      want to discuss it."
17          Q    You already corrected that.
18          A    I also correct the date on that.  It was
19      not on November 12.  It was a Tuesday.  Because I
20      remember having a conversation with my mom that
21      Monday, and she actually asked me, "Did they call you
22      today," and I said, "No.  I can't believe this."
23               So I have to say that the date was
24      inaccurate.
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1      and I would replace them for that particular day.
 2      And I said to him -- let me finish, please.
 3          Q    I haven't said anything.
 4          A    You're about to.  Just let me finish.
 5               He said to me that if you -- I said
 6      you're -- "Are you saying that you're taking me off
 7      salary at this point?"  And he said, "Yes.  We'll use
 8      you as an as-needed -- on an as-needed basis."  And I
 9      said, "I don't like what I'm hearing here.  Because
10      you're putting -- you're making it sound that I'm at
11      fault here, and you're taking me off salary and, in
12      essence, what you're doing, you're terminating me.
13      And after everything that's happened to me and -- at
14      that office," and I said, "and you were privy to this
15      information -- you have files on him; you have
16      psychological profiles on him; you have all these
17      things on him -- and you are taking my reputation and
18      smearing it and you're just letting me go."  I
19      said -- and at this point, I said to him, "I don't
20      like what you're saying."  I said, "I'm going to
21      excuse myself from this conversation."
22               And at that point, he gave me every
23      reason to believe that I needed to contact an
24      attorney.  Mr. Rarick gave me the idea about
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1    contacting the attorney.  I was never wanting to
 2    leave that firm, but Mr. Rarick -- because of his
 3    lapse in time between the times that he called me and
 4    the lies that he told me -- gave me every reason to
 5    believe that I was going to be terminated, that I was
 6    going to be on salary for a short period of time.
 7    There were two months where Mr. Rarick did not pay my
 8    salary.  He finished -- he completed paying my salary
 9    the end of December.  I was not paid for January --
10        Q    Okay.  Mr. Miller, let me just stop you for
11    a second.  So --
12        A    -- so these were, you know, the events that
13    followed that.  But it was certainly not my intention
14    to file suit against Edward Jones.  It was Edward
15    Jones that gave me -- it was their -- this company
16    that gave me the idea that, "Perhaps, you know, I
17    should do something about this."  And that's how this
18    all came about.
19        Q    So you were on a paid leave of absence --
20        A    Um-hum.
21        Q    -- from November 9th, 2001 through December
22    31, 2001, correct?
23        A    That's correct.
24        Q    And you told Mr. Rarick that you would not
```

POST REPORTING SERVICE
Hamden, Connecticut   (800)262-4102

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1   return to work at the branch office in Stamford,
2   Connecticut, right?
3       A    That's not what I said.
4       Q    What's incorrect about that?
5       A    I would not return to work for Mr. Mahoney.
6   He indicated to me -- Mr. Rarick indicated to me that
7   they were going to get a new investment
8   representative there.  And I said I would be glad to
9   go back to work if there was a new investment
10  representative there.  I would not feel threatened by
11  somebody else.
12           He indicated to the me that they were
13  going to terminate him and that there was going to be
14  a new IR there, which was fine with me.
15      Q    And had you given Mr. Rarick the names of
16  people to contact as witnesses?
17      A    I don't recall.  I don't recall.
18      Q    I thought you talked about Sharon Mugman
19  and Lynn Vassal.
20      A    I don't recall if I gave them to him or I
21  gave it to Mr. Spitzer.  I just don't recall.
22      Q    All right.  Have you previously seen this
23  Exhibit No. 17?
24      A    Which one -- 17?

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1   would indicate to you that you were discriminated
2   against on the basis of your age?
3       A    Just by virtue of the fact that he would --
4   that he told me that I'm too old.
5       Q    Too old for what?
6       A    To work there.  That he would -- he was
7   twelve years younger than I was and that he was
8   faster than I was.  And I flat out asked him, "Are
9   you making a comment about my age?"  And he said,
10  "Yes."  If the --
11      Q    When did this occur?
12      A    This occurred about halfway through my
13  employment.  And his response was, "If the foo shits,
14  wear it."  In other words, if the shoe fits, you
15  know.  "If the foo shits, wear it"; that's what he
16  said to me.
17      Q    Why is it that you never mentioned that
18  earlier in your deposition today?
19      A    Well, it just -- what do you mean?
20      Q    Any -- this comment about age?
21      A    It was mentioned.  It was mentioned to the
22  judge.
23      Q    To what judge?
24      A    To the --

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1                  (Pause.)
 2                  I know what it was.  He was sitting at
 3     my desk, and he said to me, "I could run circles
 4     around you.  You're too old for this job.  I'd make a
 5     better BOA then you are."  Those were the words.
 6          Q    When was that?
 7          A    About halfway through my employment.  And
 8     he was just all over my desk, back and forth, and
 9     back and forth, just doing stuff at my desk.
10          Q    I don't understand what that means, "back
11     and forth, and back and forth, and doing stuff at my
12     desk."
13          A    Well, do you want me to demonstrate?  I
14     mean --
15          Q    No.  Just explain
16          A    -- I'd be glad to do that.
17          Q    Explain what you mean.
18          A    He was sitting at my desk.  My desk was an
19     L shape desk.  He had -- he was on a chair with
20     wheels, and he was -- he was wheeling his chair this
21     way, and he was wheeling his chair -- my chair to the
22     left and to the right, and behind, and then he was
23     doing 360-degree, you know, circles and saying, you
24     know, "I would make a better BOA than you are.  You
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1   Mr. Mahoney, I would not do that.
2       Q   Okay.
3       A   I would not work with Mr. Mahoney.
4       Q   Now, but Mr. Mahoney, he had never --
5   you've already said he never struck you, he never hit
6   you, right?
7       A   He never struck me with his hands.
8       Q   And he never --
9       A   And he --
10      Q   And he never threatened you physically, did
11  he?
12          MR. SPITZER:  Objection.  That's not
13  what she said.  You're mischaracterizing her
14  testimony.
15  BY MR. RICKS:
16      Q   He never threatened you physically, did he?
17      A   Yes, he did threaten me by his -- by his
18  hollering in my face, yes.
19      Q   That was verbal.
20      A   That's very threatening to me.
21      Q   Okay.  But my question was:  He never
22  threatened you physically, did he?
23      A   He threw things at me.  He threw paper.
24      Q   He threw paper.  You testified he crumpled