247

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1   up a piece of paper and threw it at you.

2      A    Yes.  Not that way.  It happened on more
3   than one occasion.

4      Q    All right.  But he never threatened you
5   physically in any other way, did he?

6      A    No.  No.

7      Q    Was that "No"?

8           Okay.  Some of your main claims in
9   this case for damages are for emotional distress
10  claims, right?

11     A    Correct.

12     Q    Okay.  What was the name of the company
13  employee at Smith Barney named Ralph with whom you
14  had a relationship?

15     A    His name was Ralph.

16     Q    What's his last name?

17     A    Marzulla.

18     Q    Would you please spell "Marzulla"?

19     A    M-a-r-z-u-l-l-a.

20     Q    V-o-l-l-a?

21     A    Z-u-l-l-a.

22     Q    Where does Mr. Marzulla live?

23     A    In Greenwich, Connecticut.

24     Q    What was his position with Smith Barney?

POST REPORTING SERVICE
Hamden, Connecticut   (800)262-4102

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1        A    He was a sales assistant.
 2        Q    Was that the same position that you held?
 3        A    Correct.
 4        Q    Was he the person who was the partner on
 5   your team?
 6        A    No.
 7        Q    Okay.  Now, did you have -- describe your
 8   relationship with Mr. Marzulla?
 9        A    He trained me.  He was like a senior sales
10   assistant, and he trained me in their operations.
11        Q    Did you have a relationship with him
12   outside of business?
13        A    Yes, we did.
14        Q    What was that relationship?
15        A    It was a heterosexual relationship.
16        Q    So --
17        A    Two people going out, dating.
18        Q    Okay.  And it was a sexual relationship as
19   well?
20        A    Yes.
21        Q    And how long did that relationship with
22   Mr. Mazulla continue?
23        A    Marzulla.
24        Q    Marzulla continue?
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1    A    It lasted for about seven months.
2    Q    When did it start and when did it end?
3    A    Started maybe in the fall of 1999.
4    Q    That was before you even were working
5    for --
6    A    No.  I was working for Smith Barney.
7         No.  Maybe it was -- it was 2000.  In
8    the fall of 2000.
9    Q    Fall of 2000?
10   A    Yeah.  I was working there for awhile and
11   then -- a few months and then we started a
12   relationship.
13   Q    Now, you started work at Edward Jones in
14   July of 2000.
15   A    Then it was 1999.  I don't know.  Let's
16   look at my resume and we can determine that, you
17   know, because those dates are accurate.  I'm a little
18   tired.
19        MR. SPITZER:  I don't think the resume
20   is there.
21   BY MR. RICKS:
22   Q    Were you still seeing Mr. Marzulla when you
23   working for Edward Jones?
24   A    When I first went to work for Edward Jones

POST REPORTING SERVICE
Hamden, Connecticut   (800)262-4102

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1   I was not seeing Mr. Marzulla. Then we had sort of a
2   little bit of a reconciliation just as friends.
3        Q    There was some point when he had -- as I
4   understand it, that he had been abusive towards you.
5        A    That was the last time I had seen him, yes.
6        Q    When was that?
7        A    I don't recall the exact time.
8        Q    Was it during your employment at Edward
9   Jones or after your employment at Edward Jones?
10       A    After my employment at Edward Jones.
11       Q    And what happened with Mr. Marzulla that
12  was abusive?
13       A    What do you mean? What specifically are
14  you asking me?
15       Q    Was he physically abusive toward you?
16       A    On one occasion.
17       Q    What happened?
18       A    He struck me.
19       Q    With a fist? with a -- what?
20       A    With his hand, open hand. He slapped me
21  across the face.
22       Q    Repeatedly or just once?
23       A    Twice.
24       Q    What was that about?

251

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1    A    He had come over. We had decided to go to
2    the movies, and he had come over early. At this
3    point we were just friends. And he got there a
4    little bit early, and I had left -- I had not had
5    time -- any time to get ready to go out. And I was
6    wanting to take a shower. So I had asked him to go
7    downstairs to my family room to watch TV and give me
8    a few minutes to get ready to go out. And, instead,
9    what he did was go into -- come upstairs and go into
10   my office, which is right next -- which was where my
11   computer was. It was my old office from my business.
12   It was a bedroom that I used as an office in my home.
13             And I had left my computer on because
14   I was looking for the movie schedule. And while I
15   was in the shower, he went in there, and I was still
16   online. And, unbeknownst to me, somebody whom I had
17   went out with a few times Instant Messaged me, which
18   meant that he had written me -- I don't know if
19   anybody knows -- do you know what that means:
20   "Instant Messaged me on AOL"?
21             And he was just joking around and made
22   a lewd remark about when we used to go out, and made
23   reference to his physical manlihood. And when I got
24   out of the shower and went into my office and

POST REPORTING SERVICE
Hamden, Connecticut   (800)262-4102

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1  discovered Ralph in the office, I asked him what he
2  was doing. And he ripped the mouse out of my
3  computer, he threw my computer down, and he began to
4  become violent with me. He slapped me across the
5  face. He told me that I was a whore, and a slut, and
6  a cheater. And, you know, I, of course, told him to
7  stop. And he threw me down and pounced on me with
8  his shoe. And I kept, you know, pleading with him to
9  stop. And I said, "You know, you and I are not going
10 out anymore. We're just friends." And he just went,
11 basically, berserk.
12             I got away from -- I was able to get
13 away from him and I locked myself in my bedroom. And
14 there's a telephone in my bedroom and I called the
15 police.
16     Q    What happened?
17     A    The police came.
18     Q    Was he still there?
19     A    He was still there. He was ranting and
20 raving throughout the house, throwing things into
21 walls and just lost total control of himself.
22     Q    Did he try to rape you?
23     A    I was afraid of that. I had a towel around
24 me because I discovered him in my office, which is on

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1     the same floor as where the bathroom was.  I was
 2     terrified that he was going to rape me.
 3         Q    Sounds very frightening.
 4         A    It was very threatening.  He ripped the
 5     towel off of me.
 6         Q    Did the police arrest him?
 7         A    Yes.
 8         Q    Was he prosecuted?
 9         A    I don't understand what that -- what does
10     it mean when you're prosecuted?
11              MR. SPITZER:  Charged.
12         A    Was he charged?
13         Q    Right.  Were any criminal charges filed
14     against him?
15         A    He was charged with a couple of things.  I
16     don't remember what they were.
17         Q    Did you ever have to testify against him in
18     court or anything?
19         A    Yes.
20         Q    When was that?
21              MR. SPITZER:  Do you remember when it
22     was?
23     BY MR. RICKS:
24         Q    Do you remember, just approximately?
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1       A    Oh, yes.  It was before my son's Bar
2   Mitzvah.
3            MR. SPITZER:  Give him a year, if you
4   know.
5       A    It was in March of 2002.
6       Q    So approximately March 2002?
7       A    Yeah.
8       Q    Do you know, was he convicted?
9       A    Yes.
10      Q    What was he convicted of?
11      A    He had to go -- to an anger management
12  course.
13      Q    And he --
14      A    And he was issued -- I was given an order
15  of protection.
16      Q    Okay.  You had been hospitalized at one
17  time for -- relating to a suicide attempt, right?
18      A    Overdose of pills.
19      Q    That was in -- when was that -- December --
20      A    December.
21      Q    -- of 2002?
22      A    Correct.
23      Q    What had led up to that?
24      A    I had been on -- I had been taking an

Page 264

1           UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF CONNECTICUT
2

3                                               COPY

4

5   MARIAN DEBORAH MILLER,            )
            Plaintiff,                )
6                                     )       Civil Action No.
    VS                                )       3:03CV0193-DJS
7                                     )
    EDWARD D. JONES & CO, L.P.,       )
8   MICHAEL MAHONEY, MICHAEL          )       Volume 2
    CUMMINS, BARBARA MOSCA, and       )
9   STEVEN RARICK,                    )
            Defendants.               )
10                                    )

11

12

13

14

            DEPOSITION OF: MARIAN DEBORAH MILLER
15
            DATE:         MARCH 11, 2004
16
            HELD AT:      PULLMAN & COMLEY
17                        850 MAIN STREET
                          BRIDGEPORT, CONNECTICUT
18

19

20

21

22

23    Reporter:  JAMES A. SCALLY, RPR, CRR, LSR #80
            BRANDON SMITH REPORTING SERVICE
24                44 Capitol Avenue
            Hartford, Connecticut 06106
25                (860) 549-1850

Miller v. Edward Jones

3/11/2004                                                    Marian Deborah Miller

Page 274

```
1        Q    Not that you know of, okay.
2             Have you had an opportunity to go back and
3    review your deposition, the first installment that was
4    taken some months ago?
5        A    No.
6        Q    You've not gone back and read it?
7        A    No.
8        Q    Okay.  At your deposition, I had -- I think I
9    had gone through and asked you if there -- if everybody
10   that you had contacted and reported at Edward Jones
11   problems with concerning Mr. Mahoney in your
12   employment.  Other than what we already talked about
13   last time, was there anybody else at Edward Jones that
14   you contacted in reporting problems with regard to Mr.
15   Mahoney?
16            MR. SPITZER:  Object to form.  If you're
17   referring to the deposition that you took last time,
18   I'm not sure even I understand your question because
19   it's not before us, and I don't know what part of the
20   deposition you're referring to.  Now, if she
21   understands it, that's perfectly fine.
22       A    I have absolutely no idea what you're talking
23   about.
24       Q    Okay.  Tell me every person at Edward Jones
25   that you remember reporting problems to about Mr.
```

Brandon Smith Reporting

aae8f5da-c0e7-45c3-9174-f0fe9a59fa57

Page 275

1  Mahoney.
2      A    Kristen Commander, Lynn Vasil, Mike Cummins,
3  Barbara Mosca, Shannon Bogus, Amy, and I don't know her
4  last name.
5      Q    Is that a person --
6      A    In human -- I believe she's in the human
7  relations department.  Michael Mahoney.  Mr. Sullivan,
8  John Sullivan, I believe his name was, Steve Rarick.
9  There was another Lynn, I cannot remember her last
10 name, who worked at another office.  Besides Lynn
11 Vasil, there was a Lynn Comida, something like that.  I
12 don't recall.  It was an unusual name.
13     Q    Is that another person who was branch
14 office --
15     A    Lynn Comida.
16     Q    Was she a branch office administrator?
17     A    Yes.
18     Q    But you don't recall which branch?
19     A    I don't recall where.  It was in upper state
20 Connecticut.
21     Q    Okay.
22     A    And her -- her investment representative was
23 somebody named Mike, cannot recall his last name
24 either.  He was aware of the problems also.  I don't
25 recall his -- I'm sure it's in my -- in your notes

```
1    somewhere because I remember -- don't remember his last
2    name.
3        Q    In whose notes?
4        A    In my attorney's notes.
5        Q    When you say that this IR named Mike who
6    worked with Lynn Comida --
7        A    Comida.
8        Q    Comida. I'm sorry. That he was aware of, I
9    think your words were "the problems," is that what you
10   said?
11       A    Yes.
12       Q    What makes you -- what problems was he aware
13   of?
14       A    Of Mr. Mahoney's behavior.
15       Q    What behavior was he aware of?
16       A    That he had had problems with previous branch
17   office administrators, that his behavior was
18   unacceptable, very brash; it was just something that
19   one would not expect in an office situation. And these
20   were -- this was information that when I called to
21   complain, they seemed to be well aware of this fact.
22       Q    Other than you're saying Mr. Mahoney's
23   behavior was brash, what else do you think that this
24   investment representative named Mike knew?
25       A    I haven't the slightest idea. I don't know.
```

Page 282

1  that you had told Ms. Commander, and I don't want you
2  to repeat what we spent a long time doing last time.
3          I'm asking now is there anything else that
4  you reported to Ms. Commander that you had -- that we
5  did not discuss last time?
6          MR. SPITZER:  Yes or no.
7     A    No.
8     Q    Okay.  And the same for Lynn Vasil.  Last
9  time you had indicated that you had contacted her and
10 reported some problems with Mr. Mahoney.  I don't want
11 you to repeat what we already said, but are you aware
12 of anything else that you had -- any other contact, any
13 other instance where you had contacted her and reported
14 problems with Mr. Mahoney other than what you've
15 already said?
16    A    I don't recall anything else other than what
17 I stated in my deposition.
18    Q    And today you mentioned Michael Cummins
19 again.  Is there anything, any other instance that you
20 remember contacting Mr. Mahoney -- excuse me -- Mr.
21 Cummins and reporting problems about Mr. Mahoney?
22    A    Can you repeat that question, please?
23          (Question read.)
24          MR. SPITZER:  Object to form.  Any other
25 instance other than last time?

Miller v. Edward Jones

3/11/2004                                                          Marian Deborah Miller

Page 283

```
 1      Q    Other than what you already told us about the
 2  last time we were taking your deposition.
 3      A    I do recall Mr. Cummins calling the office.
 4  I don't recall as to whether or not that was discussed
 5  in the last deposition.  And I do recall Mr. Cummins
 6  calling the office, wanting to speak to Mr. Mahoney,
 7  and saying to me, "I understand that he's not behaving
 8  himself."  And I don't recall as to whether or not we
 9  discussed that in our last deposition.
10      Q    When was this conversation?
11      A    I don't recall the exact date.
12      Q    What did you say?
13      A    "No."
14      Q    What did Mr. Cummins respond?
15      A    I explained to Mr. Cummins exactly what I
16  explained to Ms. Commander and Ms. Vasil, that it was a
17  very difficult situation in the office.
18      Q    No.  What are the words that you remember
19  saying?
20           MR. SPITZER:  No, no.
21      A    I'm telling you that, Mr. Ricks.
22      Q    Okay.
23      A    "This is a very difficult situation."
24      Q    So you said, "It's a difficult situation."
25  Did you say anything else to Mr. Cummins?
```

Brandon Smith Reporting

Page 284

1   A    Mr. Cummins at that point stated to me that
2   these problems had existed prior to my employment with
3   Mr. -- with Edward Jones.  However, I was already aware
4   of that from Ms. Commander, because Ms. Commander and
5   my predecessor, Shannon Bogus, were friends.
6   Q    Okay.  Anything else -- how long did this
7   conversation that you had with Mr. Cummins when he
8   called on the telephone --
9   A    Could you speak up, please?  I'm just a
10  little stuffy from allergies today, so I just need you
11  to raise your voice a little bit more.
12  Q    You said that this was a telephone
13  conversation between -- when Mr. Cummins called your
14  branch office to ask for Mr. Mahoney, correct?
15  A    Correct.
16  Q    And how long did this conversation between
17  you and Mr. Cummins last?
18  A    Not more than two minutes.
19  Q    Is there anything else that you recall saying
20  to him other than what you've already told me?
21  A    Nothing that I can recall at this time.
22  Q    You referred to Shannon Bogus and said that
23  you had reported something to Shannon Bogus, correct?
24  A    I reported -- didn't report something to
25  Shannon Bogus.