Page 298

```
1    A    Nothing, sir.
2    Q    You were saying something.
3    A    Nothing, sir.
4    Q    I'm asking you what were you going to ask me
5    to understand?
6    A    I don't recall.
7    Q    Are you saying that Mr. Mahoney's treatment
8    of you while you were employed with Edward Jones was
9    because of your gender?
10   A    Not exclusively.
11   Q    Are you saying that Mr. Mahoney did something
12   that discriminated against you based on your gender,
13   that you're female?
14        THE WITNESS:  I don't quite understand
15   what he's saying to me.  Do you understand what he's
16   saying?
17        MR. SPITZER:  Tell him that you don't
18   understand.
19   A    I don't understand.
20   Q    Okay.  I think that in your lawsuit, as I
21   understand it, you've said that Mr. Mahoney and/or
22   Edward Jones discriminated against you based on your
23   gender, on your sex, right?
24   A    No.
25   Q    Oh, you're not claiming that?
```

Page 299

1  A   It was based on my sexual orientation.

2  Q   All right. So you're not saying that Edward
3  Jones or Mr. Mahoney discriminated against you based on
4  your sex, but, rather, on your sexual orientation; is
5  that -- have I understood that correctly?

6  A   Can you repeat that, please?

7          (Question read.)

8  A   Mr. Mahoney discriminated against me for my
9  sexual -- I can't remember the word -- for my -- I
10 don't know how to phrase this. Edward Jones was made
11 aware of it.

12         MR. RICKS: Would you read back my
13 question?

14         (Question read.)

15 A   Mr. Mahoney discriminated against me for my
16 sexual orientation.

17 Q   In other words, am I understanding you
18 correctly that you're saying he discriminated against
19 you because you are heterosexual?

20 A   That's correct.

21 Q   And Mr. Mahoney was homosexual?

22 A   That is correct.

23 Q   And that he -- Mr. Mahoney was discriminating
24 against you because of your heterosexual orientation?

25 A   That was one reason.

Page 300

```
 1      Q    Okay.  How was he discriminating against you
 2  based on your heterosexual orientation?
 3      A    He discussed lesbianism with me.  He asked me
 4  to do a number of objectionable things.
 5      Q    What did he ask you to do that was
 6  objectionable?
 7      A    He had a number of lesbian clients.  He asked
 8  me to entertain them, take them out for dinner.
 9      Q    Anything else that he asked you to do?
10      A    He asked me to go to a bar in New York City,
11  a lesbian -- lipstick lesbian bar.
12      Q    What -- what did he -- how did that come
13  about?  How did he ask you to go to this -- this bar in
14  New York City?
15      A    I was in his office.
16      Q    What did he say?
17      A    We were discussing the business of the day
18  and the following day, and it was out of the blue.
19      Q    What did he say?
20      A    "You would make a wonderful -- you would make
21  a good lipstick lesbian.  You should go to this bar in
22  New York," and he gave me the name, and reiterated,
23  "You really should go there.  I'd like you to see what
24  I mean in that respect."
25      Q    Okay.  You found that to be discriminatory?
```

Miller v. Edward Jones

3/11/2004                                                    Marian Deborah Miller

Page 301

```
 1      A    Yes.
 2      Q    Okay.
 3      A    I did.
 4      Q    All right.  Other than that comment, was
 5   there any other -- anything else that Mr. Mahoney did
 6   while you were employed at Edward Jones that you
 7   thought discriminated against you based on your sexual
 8   orientation?
 9      A    He asked about my children.
10      Q    Okay.  What does that have to do with your
11   sexual orientation?
12           MR. SPITZER:  Objection.  Mr. Ricks,
13   you're asking her about legal theories.  So she's not a
14   lawyer, but she's free to answer what her understanding
15   is.  Perhaps if you showed her the complaint, she might
16   tell you what the basis of her other discrimination
17   counts are too.  But go ahead.
18           MR. RICKS:  Mr. Spitzer, I'd ask that
19   you please stop with the speaking, argumentative
20   objections and keep your objections short and concise,
21   as is required under the Federal Rules.
22           MR. SPITZER:  Okay.  What's the pending
23   question?
24           (Question read.)
25      A    What does what have to do with my sexual
```

Brandon Smith Reporting

aae8f5da-c0e7-45c3-9174-f0fe9a59fa57

Page 302

1    orientation?

2    Q    What you had just answered before about --

3         MR. RICKS:  Read back her prior answer,

4    about something about her sons' sexuality.

5         (Record read.)

6    A    That has nothing to do with my sexual

7    orientation.

8    Q    Okay.  What does that have to do with

9    discrimination against you based on sexual orientation?

10   A    I just answered the question, sir.  That has

11   nothing to do with my sexual orientation.

12   Q    Okay.  Is there any other way in which Mr.

13   Mahoney you think discriminated against you based on

14   your sexual orientation?

15   A    Yes.

16   Q    How?

17        THE WITNESS:  Do I really have to talk

18   about this?

19        MR. SPITZER:  Sure.  You have to answer

20   his question.

21   A    Mr. Mahoney mentioned on a number of

22   occasions that it was too bad that I wasn't gay.

23   Q    Okay.  So he -- anything else that Mr.

24   Mahoney said?

25   A    Not only what Mr. Mahoney said, but what Mr.

Page 303

1    Mahoney did. Mr. Mahoney would put on my garments and
2    parade around the office, and that was objectionable to
3    me.
4        Q    Let's be specific about the garments. In
5    your last deposition, you said that he put on one of
6    your scarves.
7        A    That's correct.
8        Q    Around his neck, correct?
9        A    That's correct.
10       Q    And that he also put on one of your, was it a
11   coat --
12       A    Coat.
13       Q    -- a coat you would wear in the winter or
14   fall to keep warm, right?
15       A    That's correct.
16       Q    Okay. So when you referred to putting on
17   your garments, that's what you're talking about, right?
18       A    Correct.
19       Q    Did Mr. Mahoney ever put on any of your other
20   garments?
21            MR. SPITZER: When you say "other,"
22   other than what she testified to, I assume, right?
23            MR. RICKS: Of course.
24       A    Not to my knowledge.
25       Q    Okay.

Miller v. Edward Jones

3/11/2004                                                  Marian Deborah Miller

Page 304

1          MR. RICKS: Mr. Spitzer, it's my
2   observation that you're now passing notes to the
3   witness during the course of the deposition.
4          MR. SPITZER: No, I'm not. I'm just
5   writing a note to myself.
6          MR. RICKS: All right. But you're then
7   writing the note, and you're passing it to her and
8   she's reading it.
9          THE WITNESS: No, I'm not reading it.
10         MR. RICKS: So I would ask that you
11  please stop that.
12         MR. SPITZER: Okay.
13         THE WITNESS: Mr. Ricks, I'm not reading
14  anything.
15     Q   Is there any other -- anything else that
16  happened during your employment at Edward Jones that
17  you thought constituted discrimination against you
18  based on your sexual orientation other than what you've
19  already said?
20     A   The behavior towards -- his behavior towards
21  me. Mr. Mahoney stated that he had somebody who was
22  gay who worked for him and that he liked that a lot.
23  At that point he said, "It's too bad you're not gay."
24  And went on to say, you know, that he would like me to
25  be a lesbian; he would like me to entertain some of his

Brandon Smith Reporting

Miller v. Edward Jones

3/11/2004

Marian Deborah Miller

Page 305

1  clients.  He had some clients that were female, who
2  were gay females, and that had a lot of equity that
3  they invested with him, one in particular, and he
4  wanted me to entertain this woman.
5       My objection to doing such a thing changed
6  his mood.  It changed his demeanor, and it changed his
7  behavior towards me.  Therefore, I realized that he is
8  discriminating against me as a heterosexual female, but
9  not only as a heterosexual female, but as a
10 heterosexual Jewish female at the age of 48.
11     Q   Do you have any disabilities?
12     A   No.  Not that I'm aware of.  Disabilities in
13 which way, Mr. Ricks?
14     Q   Never mind.
15     A   Would you care to expound on that?
16     Q   No.  I just thought maybe --
17     A   Was that one of your jokes that you
18 oftentimes throw at me?
19         MR. GILLESPIE:  Objection.  There's no
20 pending question.
21     A   I don't find any humor in that, Mr. Ricks.
22     Q   Isn't it true that Mr. Mahoney never asked
23 you to have any sexual relationship with any client,
24 did he?
25     A   He inferred that.

Page 306

1    Q    I'm not asking what he inferred.  I'm asking
2    he never asked you to have a sexual relationship with
3    any of his clients, did he?
4    A    No.
5    Q    And if I've understood you correctly, are you
6    saying that he asked -- he did suggest that it would
7    be -- what is it that he said?  He said go out with
8    a -- something about dinner or something.  What did he
9    say?
10   A    Mr. Ricks, I've already answered that
11   question.
12              MR. SPITZER:  Wait.  Object to form.  Go
13   ahead.
14   Q    What did he say?
15   A    I've already answered that question, Mr.
16   Ricks, and I believe I'm being badgered again, and I
17   will not accept your badgering here as I did not
18   ultimately accept the behavior of Mr. Mahoney and the
19   firm that I worked for, and I cannot sit here with
20   sound mind and know I do not have any disabilities.
21              I take issue with that, especially since I
22   have two children with disabilities, and I find you to
23   be totally out of line in your line of questioning and
24   the way I'm being treated in here, and I cannot go on
25   this way with you in your demeanor, in the way you're

Page 312

```
1      Q    On how many occasions did this happen?
2      A    Dozens.
3      Q    Are you saying that -- first of all, you said
4   that there are a number of occasions where he
5   complimented you on your appearance or clothing,
6   correct?
7      A    Correct.
8      Q    And you've said that there were also some
9   occasions where he -- he asked could he borrow
10  something from you?
11     A    Correct.
12     Q    How many times did he ask to borrow something
13  from you?
14     A    Don't recall.
15     Q    What's your best estimate?  Is it --
16     A    I don't recall.
17     Q    -- once?
18     A    More than once.
19     Q    Was it -- based on your best recollection,
20  was it may be three times?
21     A    I don't recall, Mr. Ricks.  I was there to
22  work.  I don't recall.  I cannot give you an answer
23  that I don't have.
24     Q    So you don't know how many times?
25     A    That is correct.
```

Page 313

1   Q   You mentioned a little while ago religious
2   discrimination, that you thought you were being
3   discriminated against because you were Jewish, I think
4   you said; is that correct?
5   A   I am Jewish.
6   Q   And I thought I understood you a moment ago
7   to say that you thought you were -- Mr. Mahoney
8   discriminated against you because of your religion, is
9   that true?
10  A   That is correct.
11  Q   How did you think Mr. Mahoney discriminated
12  against you based on your religion?
13  A   When I was working for Mr. Mahoney at Edward
14  Jones, and it was prior to a Jewish holiday, he poked
15  fun at the holiday. He changed the words of the
16  holiday, of what the holiday is called, called it
17  something else.
18  Q   Was this Rosh Hashanah that you're talking
19  about?
20  A   Yes, sir.
21  Q   And what did he say?
22  A   He called it rush-a-home-a.
23  Q   Anything else that Mr. Mahoney did that you
24  thought showed religious discrimination?
25          THE WITNESS: We already discussed this,

Page 314

1  you know.
2           MR. SPITZER: Answer his question.
3       A   Yes, sir.
4       Q   What?
5       A   When it was before another Jewish holiday,
6  which is a fast day, a day of 25 hours of fasting --
7       Q   Which holiday is this?
8       A   Yom Kippur. I asked Michael Mahoney if I
9  could leave at perhaps half an hour earlier because I
10 had to heat up a meal for my family.
11      Q   Yes.
12      A   And he kept me half an hour later.
13      Q   Okay. But then you left?
14      A   I left when he allowed me to leave, yes.
15      Q   And did you take off both on Rosh Hashanah
16 and Yom Kippur?
17      A   Yes.
18      Q   Is there anything else that happened that you
19 thought showed religious discrimination by Mr. Mahoney?
20      A   Yes.
21      Q   What?
22      A   I asked if I could have a couple of days off
23 for another Jewish holiday which follows Yom Kippur.
24      Q   What happened?
25      A   He said no.

Page 315

1   Q   What were the holidays?

2   A   Succoth.

3   Q   Both of them were Succoth?

4   A   Yes, sir.

5   Q   Okay. So did you take those days off?

6   A   No.

7   Q   Is there any other way that you think that
8   you were treated differently because of your religion?

9   A   Other than the jokes that he made about Jews
10  in the office, no, sir.

11  Q   What does that mean?

12  A   Exactly what I said. Other than the jokes
13  that he made about Jews in the office.

14  Q   And I'm asking what does that mean?

15  A   Mr. Mahoney made jokes in the office
16  regarding Jews.

17  Q   What jokes did he make?

18  A   That Jews had a lot of money, that he wanted
19  more Jewish clients, that he would make fun of their
20  names, their last names being Jewish.

21  Q   How would me -- what does that mean, he would
22  make fun of their names? Can you give me some specific
23  examples?

24  A   If -- Jews tend to have recognizable last
25  names as -- for instance, Stein, Steinberg,

Page 316

```
 1   Steinberger, Weinstein.
 2       Q    All right.
 3       A    So you get the picture.
 4       Q    So what's the joke that Mr. Mahoney would
 5   make?
 6       A    He would mispronounce their names and laugh.
 7       Q    What's an example of how he would
 8   mispronounce a name?
 9       A    He would add, perhaps, on syllables, or if
10   somebody's name was Weinberg, he would call them
11   Weinberg -- Weinbergerwitz, he would change the last
12   syllable and laugh.  Could have been a very --
13   unknowingly he could have mispronounced somebody's
14   name, but he made a joke about it.
15       Q    How many times did this occur?
16       A    I would say any time a Jewish client called
17   the office, which probably was, at my best estimation,
18   once a day.
19       Q    Okay.  And how did this demonstrate religious
20   discrimination against you?
21       A    It does discriminate, religious
22   discrimination, against me as a Jew when he makes fun
23   of other people who are Jewish.
24       Q    Is there any other way that you think you
25   were treated -- well, first of all, let me ask you, do
```

Page 321

```
 1    Q    Excuse me, I didn't understand the last --
 2    A    I was very uneasy in the morning when the
 3  phone would ring because Mr. Mahoney would call me at
 4  home.  Mr. Mahoney even called me on Jewish holidays
 5  when I didn't even pick up the phone because we're not
 6  as Jews permitted to answer the telephone as religious
 7  Jews on Yom Kippur or Rosh Hashanah.  I believe that
 8  would add to your questions about how he discriminated
 9  against me religiously.  For my religion, he called me
10  on the two holiest of holy holidays.  He actually
11  called me on the telephone.
12    Q    But you did not answer, right?
13    A    I did not answer, no.
14    Q    How did you know it was he who called?
15    A    I have caller ID.
16    Q    Okay.  So you found it distressing simply
17  that he called you although you never answered the
18  phone?
19    A    Not only was it distressing, it was
20  absolutely humiliating as a Jew to receive phone calls
21  from anybody on that day.
22    Q    Was there any other way that you experienced
23  emotional distress during the time that you were
24  employed with Edward Jones?
25    A    Not to my recollection.
```