3/11/2004                                                    Marian Deborah Miller

Page 360

```
 1      A    I arrived at approximately 8:45.  I went to
 2  sit down at my desk.  Mr. Mahoney came out of his
 3  office and said, "You're late."
 4           I said, "I know.  I wasn't feeling well.  I
 5  apologize."
 6           He said, "If you're late, don't come to
 7  work."
 8           Then he started screaming and yelling that I
 9  was late and I shouldn't come to work, and he expounded
10  on that for a few minutes.  Then he went back into his
11  office, and then he told me that there was a message
12  for me on the voice mail.
13           I listened to the message, and it was not for
14  me; it was for Mr. Mahoney.  And it was Dana saying
15  that she had two checks that she tried to deposit into
16  her account and they both bounced.  Then he started --
17  he came out of his office -- I said, "This message
18  isn't for me.  This is for you."
19           He then came out of his office and started
20  screaming, "You stupid idiot.  You idiot.  These -- you
21  bounced her checks."
22           I explained to him, "I don't have the
23  capacity to bounce a check, nor would the firm bounce a
24  check if it were a check with available funds."
25           So he came over and started screaming and
```

Page 361

1    yelling at me, and I believe that day he said to me,

2    "Nobody F's with me" -- he said the word -- "and gets

3    away with it."

4              I took his behavior as a threat, and I

5    gathered my belongings and I left.

6         Q    Okay.  What time did you leave?  Having

7    arrived at 8:45, about what time did you leave?

8         A    I don't recall.  I was pretty scared.  I do

9    not remember.  I did not look at my watch.  I was

10   shaking, so I don't recall.

11        Q    Do you have any sense of the duration of this

12   episode on the morning of November 9?

13        A    I don't recall.

14        Q    So you have absolutely no recollection of the

15   time you left or the duration of this incident?

16        A    I don't know.  I really don't know.

17        Q    Do you recall any of Mr. Mahoney's specific

18   words in addition to "idiot," "stupid," and "stupid

19   idiot"?

20        A    No.

21        Q    So you don't recall the time, and other than

22   those three phrases, you don't recall his specific

23   words?

24        A    Specifically, I recall him calling me an

25   idiot, "You stupid idiot."

Page 368

```
 1    had asked to try on a suit, I think you said, of yours?
 2         A    No, not to try it on, no.
 3         Q    To borrow it?
 4         A    Yes, sir.
 5         Q    What was he going to do with it?
 6         A    I suppose he was going to wear it for
 7    Halloween.
 8         Q    That would have been quite a picture,
 9    wouldn't it?
10         A    Well, are you asking me a question, sir?
11         Q    Let me withdraw it.  It was actually a
12    question for you.
13         A    Yes, I believe so.
14         Q    What is your -- is this a pants suit that
15    we're talking about or some other form of suit?
16         A    It was not so much a suit but an outfit.
17         Q    What was the outfit?
18         A    A skirt.
19         Q    Blouse?
20         A    A skirt and a sweater.
21         Q    Okay.  I beg your pardon for prying, but what
22    size skirt do you wear?
23         A    This was "one size fits all" skirt.  It was
24    an elastic waist and a long, flowing skirt.
25         Q    And what size was the sweater?
```

Page 383

1   harm; is that correct so far?

2       A   That's correct.

3       Q   The individual does in fact return to the
4   office when you're there alone?

5       A   Correct.

6       Q   And it frightens you?

7       A   Correct.

8       Q   And you didn't insist that something be done?

9       A   No.

10      Q   You didn't -- you personally didn't report it
11  to anyone other than Mahoney after he failed to act?

12          MR. SPITZER: Objection. That's what he
13  testified to, Pete.

14          MR. GILLESPIE: She can answer it again.

15      A   No.

16      Q   Okay. You've described the -- the series of
17  things, perhaps even the many things, that you recall
18  Mr. Mahoney -- Maloney -- Mahoney doing to you. Did
19  Mr. Cummins discriminate against you so far as you're
20  aware?

21      A   No.

22      Q   And regardless of what else they may or may
23  not have done, did Ms. Vasil discriminate against you?
24  Did she undertake something to discriminate against
25  you?

Miller v. Edward Jones

3/11/2004                                                      Marian Deborah Miller

Page 396

```
 1      A    At that time, yes.
 2      Q    Now, in fact, wasn't it their policy that
 3   they didn't want to pay overtime and therefore it
 4   should not be assigned?  Wasn't that the policy?
 5      A    I didn't hear what you said, sir.  I
 6   apologize.
 7      Q    It's okay.  In fact, wasn't it their policy
 8   that they didn't want to pay for overtime and therefore
 9   it should not be assigned?  Wasn't that the policy?
10      A    I don't know.
11      Q    You don't know?
12      A    I don't know what is in their head when they
13   assign policies.
14      Q    Do you recall what they wrote down in black
15   and white?
16      A    No, sir.
17      Q    Okay.
18      A    I believe it is in a file, though.  I can
19   recover it for you.
20           MR. GILLESPIE:  Mr. Spitzer, would you
21   be willing to retrieve that and produce it for me?
22           MR. SPITZER:  Of course.
23           MR. GILLESPIE:  Thank you.
24      Q    Kristen Commander came to visit at the
25   Stamford office on two occasions; is that right?
```

Brandon Smith Reporting

Page 397

1      A     Uh-huh.

2      Q     She took the train down from Bridgeport to
3   Stamford?

4      A     Yes, sir.

5      Q     How did she get from the Stamford station to
6   the Edward Jones office?

7      A     One time Mr. Mahoney picked her up and
8   another time I picked her up.

9      Q     Okay. I think you testified that when you
10  were involved in the flower business, the flower shop,
11  someone with whom you had a working -- working
12  relationship or a business interest had forged your
13  signature on checks.

14     A     Correct.

15     Q     When you were involved with it, the flower
16  shop operated how many days a week, six or seven?

17     A     Six.

18     Q     And you worked five days a week?

19     A     That's correct.

20     Q     Isn't it a fact that it was your practice to
21  pre-sign checks before you left in case they would be
22  needed?

23     A     When I was present in the state of
24  Connecticut, yes, but not when I was out of town.

25     Q     I'm sorry, when you were going out of town,

Marian Debbie Miller
320 Strawberry Hill Ave.
Unit 29
Stamford, CT 06902
203-324-9449



Barbara Mosca
Edward Jones Investments

December 5, 2001

Dear Barbara:

Thank you for recommending Steve Prado to me for my Edward Jones accounts. I understand your reservations about taking the accounts yourself. I have already spoken to Mr. Prado today and he will move the accounts to his branch as per our phone conversation.

Wishing you much health and success in the coming year.

Sincerely,

Marian D. Miller

Marian Debbie Miller
320 Strawberry Hill Ave
Unit 29
Stamford, CT 06902



Barbara Mosca
Eward Jones Investments

December 5, 2001

Dear Barbara:

Please be advised that at this time I wish to move my accounts to your office from the Stamford, CT branch. This letter is to be considered a letter of Authorization to move all accounts to your branch. Please act on this as soon as possible since I will need to do some transactions in the near future. I am still an employee of Edward Jones and accounts need to remain in that capacity.

The following are the accounts which need to be moved to you:
580-91182-1-8 for Marian D. Miller
580-06791-1-9 for Marian D. Miller
580-06831-1 for Marian Corndorf Miller Cust for Alexander N. Miller Under CT UTMA
580-06832-1 for Marian Corndorf Miller Cust for Steven J. Miller Under CT UTMA

Please contact me if you have any questions concerning the above:
phone: 203-324-9449
fax: 203-324-9445

Thanking you in advance.

Sincerely,

Marian Deborah Miller