UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
MARIAN DEBORAH MILLER,

          Plaintiff,

  -against-                                 CIV NO.
                                               3:03CV 0193 (MRK)
EDWARD D. JONES & CO., L.P.,
MICHAEL MAHONEY, MICHAEL
CUMMINS, BARBARA MOSCA, and
STEVEN RARICK,

          Defendants.                  MAY 10, 2004
---------------------------------------------------------------X

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

      Pursuant to Federal Rules of Civil Procedure Rule 6(b), the Plaintiff Marian Deborah Miller ("Miller"), hereby respectfully requests an enlargement of time up to thirty (30) days to respond to Defendants Edward D. Jones & Co., L.P. ("Edward Jones"), Michael Cummins ("Cummins"), Barbara Mosca ("Mosca"), and Steven Rarick ("Rarick") (these defendants referred to collectively as the "Edward Jones Defendants") respective motions for summary judgment dated April 29, 2004 and Defendant Michael Mahoney's motion for summary judgment dated April 30, 2004.  As each defendant has filed a motion for summary judgment, Plaintiff has to research and respond to five (5) motions.  Due to the complexity of the motions and the numerous arguments advanced therein, Plaintiff respectfully requests that the Plaintiff's time to respond to the respective motions be enlarged by thirty (30) days whereby Plaintiff's response will be filed and served on or by June 20, 2004.

In support of this motion, counsel for Plaintiff has contacted Edward Jones Defendants' counsel, Fred Ricks, Esq. and Defendant Mahoney's counsel Peter Gillespie, who stated that they had no objection to the requested enlargement of time.

Respectfully Submitted,

MARIAN DEBORAH MILLER
PLAINTIFF

By:_____
      Vlad G. Spitzer ct 14260
      Spitzer & Brey L.L.C.
      239 Main Street
      Westport, CT  06880
      (203) 226-3266
      facsimile (203) 226-3262
      email: vgspitzer@spitzerbrey.com

## **CERTIFICATION**

      I hereby certify that pursuant to section 5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing was mailed, postage prepaid to:

Fred A. Ricks, Jr. Esq.
Harris Dowell Fisher & Harris, L.C.
15400 South Outer Forty – Suite 202
St. Louis, Missouri 63017-2063

Michael N. LaVelle, Esq.
Pullman & Comley, LLC
850 Mail Street, P.O. Box 7006
Bridgeport, CT 06601-7006

Peter E. Gillespie, Esq.
46 Riverside Avenue
Westport, CT 06880

_____

Huma Khan, Esq.