UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIAN DEBORAH MILLER, | : |
| Plaintiff, | : |
| v. | : No.   3:03cv193 (MRK) |
| EDWARD D. JONES & CO., L.P. MICHAEL MAHONEY, MICHAEL CUMMMINS, BARBARA MOSCA, and STEVEN RARICK, | : |
| Defendants. | : |

## ORDER

The Plaintiff's Motion For Enlargement Of Time [doc. # 69], dated May 10, 2004, is hereby GRANTED. Plaintiff shall respond to all pending Motions For Summary Judgment in this case on or before **June 20, 2004**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: May 25, 2004.