UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------X
MARIAN DEBORAH MILLER,

          Plaintiff,

  -against-                              CIV NO.
                                          3:03CV 0193 (MRK)
EDWARD D. JONES & CO., L.P.,
MICHAEL MAHONEY, MICHAEL
CUMMINS, BARBARA MOSCA, and
STEVEN RARICK,

          Defendants.               JUNE 20, 2004
-----------------------------------------------------------------X

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

      Pursuant to Federal Rules of Civil Procedure Rule 6(b), the Plaintiff Marian Deborah Miller ("Miller"), hereby respectfully requests an enlargement of time until June 25, 2004 to respond to Defendants Edward D. Jones & Co., L.P. ("Edward Jones"), Michael Cummins ("Cummins"), Barbara Mosca ("Mosca"), and Steven Rarick ("Rarick") (these defendants referred to collectively as the "Edward Jones Defendants") respective motions for summary judgment dated April 29, 2004 and Defendant Michael Mahoney's motion for summary judgment dated April 30, 2004.  Previously, the court had granted Plaintiff an enlargement of time to respond by June 20, 2004.  Unfortunately, Plaintiff's counsel, Vlad G. Spitzer, Esq. suffered a death in the family and has been out of the office.  Plaintiff, respectfully requests the additional four days of time to file her responses, to June 25, 2004.

      In support of this motion, counsel for Plaintiff has contacted Edward Jones Defendants' counsel, Fred Ricks, Esq. and Defendant Mahoney's counsel Peter Gillespie, who stated that they had no objection to the requested enlargement of time.

Respectfully Submitted,

MARIAN DEBORAH MILLER
PLAINTIFF


By:_____
       Vlad G. Spitzer ct 14260
       Spitzer & Brey L.L.C.
       239 Main Street
       Westport, CT  06880
       (203) 226-3266
       facsimile (203) 226-3262
       email: vgspitzer@spitzerbrey.com

# **CERTIFICATION**

I hereby certify that pursuant to section 5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing was mailed, postage prepaid to:


Fred A. Ricks, Jr. Esq.
Harris Dowell Fisher & Harris, L.C.
15400 South Outer Forty – Suite 202
St. Louis, Missouri  63017-2063

Michael N. LaVelle, Esq.
Pullman & Comley, LLC
850 Mail Street, P.O. Box 7006
Bridgeport, CT 06601-7006

Peter E. Gillespie, Esq.
46 Riverside Avenue
Westport, CT  06880



_____
Vlad G. Spitzer, Esq.