## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIAN DEBORAH MILLER, | : | |
| Plaintiff, | : | |
| v. | : | No.    3:03cv193 (MRK) |
| EDWARD D. JONES & CO., L.P. MICHAEL MAHONEY, MICHAEL CUMMMINS, BARBARA MOSCA, and STEVEN RARICK, | : | |
| Defendants. | : | |

## **ORDER**

The Plaintiff's Motion For Enlargement Of Time [doc. # 71], dated June 20, 2004, is hereby GRANTED *nunc pro tunc*. Plaintiff shall respond to all pending Motions For Summary Judgment in this case on or before **June 25, 2004**.

IT IS SO ORDERED.

/s/          Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: June 28, 2004.