UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------X
MARIAN DEBORAH MILLER,

                Plaintiff,

-against-                            CIV NO.
                                          3:03CV 0193 (MRK)
EDWARD D. JONES & CO., L.P.,
MICHAEL MAHONEY, MICHAEL
CUMMINS, BARBARA MOSCA, and
STEVEN RARICK,

                Defendants.               June 25, 2004
-------------------------------------------------------X

## LOCAL RULE 56(a)2 STATEMENT IN OPPOSITION TO DEFENDANT MICHAEL CUMMINS MOTION FOR SUMMARY JUDGMENT

1.     Admits the allegations in paragraph 1

2.     Admits the allegations in paragraph 2

3.     Admits the allegations in paragraph 3

4.     Admits the allegations in paragraph 4

5.     Admits the allegations in paragraph 5 in so far as it relates to the testimony given by Cummins but denies that this was Plaintiff's understanding. Plaintiff testified that it was her understanding that Cummins was a regional leader that did oversee other investment representatives in his region. (Miller Depo. 57- 59)

6.     Admits the allegations in paragraph 6 but denies again that this was Plaintiff's understanding.

7.     Admits the allegations in paragraph 7

8. Admits the allegations in paragraph 8

9. Admits the allegations in paragraph 9

10. Admits the allegations in paragraph 10

11. Admits the allegations in paragraph 11

12. Admits the allegations in paragraph 12

13. Admits the allegations in paragraph 13

14. Admits the allegations in  paragraph 14

15. Admits the allegations in paragraph 15

### DISPUTED ISSUES OF FACT

1. Plaintiff respectfully refers the court to the disputed statements along with the admitted statements submitted in response to the other defendants in order to avoid duplicity.

The Plaintiff,
MARIAN DEBORAH MILLER,

_____
Vlad G. Spitzer, Esq.
Federal Bar No. ct14260
Spitzer & Brey, LLC.
239 Main Street
Westport, CT  06880
(203) 316-8422

## **CERTIFICATION**

I hereby certify that pursuant to section 5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing was mailed on June 25, 2004, postage prepaid to:

Fred A. Ricks, Jr. Esq.
Harris Dowell Fisher & Harris, L.C.
15400 South Outer Forty – Suite 202
St. Louis, Missouri 63017-2063

Michael N. LaVelle, Esq.
Pullman & Comley, LLC
850 Mail Street, P.O. Box 7006
Bridgeport, CT 06601-7006

Peter E. Gillespie, Esq.
46 Riverside Avenue
Westport, CT 06880

_____
Lewis D. Brey