UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------X
MARIAN DEBORAH MILLER,

                Plaintiff,

    -against-                              CIV NO.
                                              3:03CV 0193 (MRK)
EDWARD D. JONES & CO., L.P.,
MICHAEL MAHONEY, MICHAEL
CUMMINS, BARBARA MOSCA, and
STEVEN RARICK,

                Defendants.                June 28, 2004
------------------------------------------------------------X

## LIST OF EXHIBITS REFERRED TO IN OPPOSTION TO MOTIONS OF THE DEFENDANTS FOR SUMMARY JUDGMENT

Plaintiff respectfully refers the court to the following exhibits submitted by the Defendant Edward Jones and incorporates them by reference in her opposition to the motions for summary judgment of all defendants:

1.     Affidavit of Steven Rarick

2.     Deposition of Marian Deborah Miller

3.     Deposition of Barbara Mosca

4.     Deposition of Michael P. Mahoney

5.     Deposition of Michael William Cummins

6.     Deposition of Kristin Commander.

The Plaintiff,
MARIAN DEBORAH MILLER,

_____
Lewis D. Brey, Esq. (ct16519)
Federal Bar No. ct14260
Spitzer & Brey, LLC.
239 Main Street
Westport, CT 06880
(203) 316-8422

## **CERTIFICATION**

I hereby certify that pursuant to section 5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing was mailed on June 28, 2004, postage prepaid to:

Fred A. Ricks, Jr. Esq.
Harris Dowell Fisher & Harris, L.C.
15400 South Outer Forty – Suite 202
St. Louis, Missouri 63017-2063

Michael N. LaVelle, Esq.
Pullman & Comley, LLC
850 Mail Street, P.O. Box 7006
Bridgeport, CT 06601-7006

Peter E. Gillespie, Esq.
46 Riverside Avenue
Westport, CT 06880

_____
Lewis D. Brey