UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X

MARIAN DEBORAH MILLER,

          Plaintiff,

-against-

EDWARD D. JONES & CO., L.P.,
MICHAEL MAHONEY, MICHAEL
CUMMINS, BARBARA MOSCA, and
STEVEN RARICK,

          Defendants.

CIV NO.
3:03CV 0193 (MRK)

June 28, 2004

-----------------------------------------------------------X

## LOCAL RULE 56(a)2 STATEMENT IN OPPOSITION TO DEFENDANT STEVEN RARICK'S MOTION FOR SUMMARY JUDGMENT

Plaintiff hereby incorporates her responses and statement of disputed issues of materials fact contained in her Local Rule 56 Statement with regard to the Motion for Summary Judgment filed by Defendant Edward Jones.

          The Plaintiff,
          MARIAN DEBORAH MILLER,

          Lewis D. Brey, Esq.
          Federal Bar No. ct16519
          Spitzer & Brey, LLC
          239 Main Street
          Westport, CT 06880
          (203) 316-8422

## CERTIFICATION

I hereby certify that pursuant to section 5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing was mailed on June 28, 2004, postage prepaid to:

Fred A. Ricks, Jr. Esq.
Harris Dowell Fisher & Harris, L.C.
15400 South Outer Forty – Suite 202
St. Louis, Missouri  63017-2063

Michael N. LaVelle, Esq.
Pullman & Comley, LLC
850 Mail Street, P.O. Box 7006
Bridgeport, CT 06601-7006

Peter E. Gillespie, Esq.
46 Riverside Avenue
Westport, CT 06880

_____
Lewis D. Brey