UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------X
MARIAN DEBORAH MILLER,

             Plaintiff,

   -against-                            CIV NO.
                                           3:03CV 0193 (MRK)

EDWARD D. JONES & CO., L.P.,
MICHAEL MAHONEY, MICHAEL
CUMMINS, BARBARA MOSCA, and
STEVEN RARICK,

             Defendants.              June 25, 2004
------------------------------------------------------X

## LOCAL RULE 56(a)2 STATEMENT IN OPPOSITION TO DEFENDANT BARBARA MOSCA MOTION FOR SUMMARY JUDGMENT

1. Admits the allegations contained in paragraph 1.

2. Admits the allegations contained in paragraph 2 but denies that Plaintiff understood that Mosca was not Mahoney's supervisor.

3. Admits the allegations in paragraph 3

4. Admits the allegations in paragraph 4

5. Admits the allegations in paragraph 5

6. Admits the allegations in paragraph 6

7. Admits the allegations in paragraph 7

8. Admits the allegations in paragraph 8

9. Admits the allegations in paragraph 9

10. Admits the allegations in paragraph 10

11. Admits the allegations in paragraph 11

12. Admits the allegations in paragraph 12

13. Admits the allegations in paragraph 13 insofar as Planitiff didn't use the words "sexual discrimination" or other "discrimination" issues and further states that Mosca made no inquiry of plaintiff as to what the nature of her allegations were.

14. Admits the allegations contained in paragraph 14

15. Admits the allegations contained in paragraph 15

## DISPUTED ISSUES OF MATERIAL FACT

1. Plaintiff incorporates by reference all the disputed material facts of the other defendants, as well as all the admitted undisputed facts and respectfully refers to those in order to avoid unnecessary duplicity.

The Plaintiff,
MARIAN DEBORAH MILLER,

Vlad G. Spitzer, Esq.
Federal Bar No. ct14260
Spitzer & Brey, LLC.
239 Main Street
Westport, CT 06880
(203) 316-8422

## **CERTIFICATION**

I hereby certify that pursuant to section 5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing was mailed on June 25, 2004, postage prepaid to:

Fred A. Ricks, Jr. Esq.
Harris Dowell Fisher & Harris, L.C.
15400 South Outer Forty – Suite 202
St. Louis, Missouri  63017-2063

Michael N. LaVelle, Esq.
Pullman & Comley, LLC
850 Mail Street, P.O. Box 7006
Bridgeport, CT 06601-7006

Peter E. Gillespie, Esq.
46 Riverside Avenue
Westport, CT 06880

_____
Lewis D. Brey