UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X
MARIAN DEBORAH MILLER,

              Plaintiff,

    -against-                                CIV NO.
                                              3:03CV 0193 (MRK)

EDWARD D. JONES & CO., L.P.,
MICHAEL MAHONEY, MICHAEL
CUMMINS, BARBARA MOSCA, and
STEVEN RARICK,

              Defendants.                JUNE 25, 2004
-----------------------------------------------------------X

### PLAINTIFF'S OPPOSITION TO DEFENDANT BARBARA MOSCA'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56 of the Local Rules of Civil Procedure, Plaintiff Marian Deborah Miller (hereinafter referred to as "Plaintiff" or "Miller") files this opposition to Defendant Barbara Mosca ("Mosca"), Motion for Summary Judgment in the above-captioned action, in that Plaintiff respectfully request that this Court rule that Defendant's motion for summary judgment be denied. Annexed is Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment.

                                                Respectfully Submitted,

                                                MARIAN DEBORAH MILLER
                                                PLAINTIFF

                                  By:_____
                                      Vlad G. Spitzer ct14260
                                      Spitzer & Brey L.L.C.
                                      239 Main Street
                                      Westport, CT 06880
                                      (203) 226-3266 telephone
                                      (203) 226-3262 telecopier
                                      email: vgspitzer@spitzerbrey.com

## **CERTIFICATION**

I hereby certify that pursuant to section 5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing was mailed on June 25, 2004, postage prepaid to:

Fred A. Ricks, Jr. Esq.
Harris Dowell Fisher & Harris, L.C.
15400 South Outer Forty – Suite 202
St. Louis, Missouri 63017-2063

Michael N. LaVelle, Esq.
Pullman & Comley, LLC
850 Mail Street, P.O. Box 7006
Bridgeport, CT 06601-7006

Peter E. Gillespie, Esq.
46 Riverside Avenue
Westport, CT 06880

_____
Lewis D. Brey