UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARIAN DEBORAH MILLER,

          Plaintiff,

vs.

EDWARD D. JONES & CO., L.P.,
MICHAEL MAHONEY, MICHAEL
CUMMINS, BARBARA MOSCA, and
STEVEN RARICK,

          Defendants.

CIV NO.
3:03CV 0193 (MRK)

July 9, 2004

### DEFENDANTS' UNOPPOSED MOTION
### FOR ENLARGEMENT OF TIME

COME NOW Defendants, Edward D. Jones & Co., L.P., Michael Cummins, Barbara Mosca, and Steven Rarick (hereinafter collectively "Defendants"), pursuant to Rule 26 of the Federal Rules of Civil Procedure, and Local Rule 7(d), and, for the reasons outlined below, move for an Order extending Defendants' date for filing their reply briefs in support of their motions for summary judgment by seven (7) calendar days from Monday, July 12, 2004 to Monday, July 19, 2004;

This unopposed motion is with consent of opposing counsel, Mr. Vlad Spitzer, and does not change or effect any other date on the Scheduling Order.

These four Defendants each filed Motions for Summary Judgment on April 30, 2004. Plaintiff requested and received extensions of time up to June 25, 2004 within which to file Plaintiff's Opposition to Defendants' Motions for Summary. Under Local Rule 7(d), Defendants' reply briefs are due Monday, July 12, 2004. Because of the

1

number of separate motions, four, and the length of Plaintiff's briefs in opposition to the four motions for summary judgment, Defendants respectfully request a one (1) week extension of time up to and including Monday July 19, 2004 within which to file their reply briefs in support of their motions for summary judgment. Defendants anticipate that their reply briefs will assist the Court by clarifying and narrowing the focus of the motions and legal issues.

For the Court's convenience, the Defendants have attached a proposed Order regarding their Motion for Enlargement.

WHEREFORE, Defendants move the Court for an Order modifying the Scheduling Order as set forth above.

Respectfully submitted,

THE DEFENDANTS: Edward Jones, Michael Cummins, Barbara Mosca and Steven Rarick

By: _____
Michael N. LaVelle, Esq.
Federal Bar No. 06170
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
(203) 330-2000

By: _____
Fred A. Ricks, Jr., Esq.
Federal Bar No.: ct25435
Harris Dowell Fisher & Harris, L.C.
15400 South Outer Forty, Suite 202
St. Louis, Missouri 63017
(636) 532-0300

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed this 9th day of July, 2004, postage prepaid by U.S. Mail to the following persons:

Peter E. Gillespie, Esq.
Attorney at Law
46 Riverside Avenue
Westport, CT 06880
(203) 227-7000

Vlad Spitzer and Huma Khan, Esq.
Spitzer & Brey, LLC
239 Main Street, 2nd Floor
Westport, CT 06880
(203) 226-3266 Ext. 14

Case 3:03-cv-00193-MRK    Document 88    Filed 07/12/2004    Page 3 of 4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARIAN DEBORAH MILLER,

    Plaintiff,

vs.

EDWARD D. JONES & CO., L.P.,
MICHAEL MAHONEY, MICHAEL
CUMMINS, BARBARA MOSCA, and
STEVEN RARICK,

    Defendants.

CIV NO.
3:03CV 0193 (MRK)

## ORDER

The Defendants' Motion For Enlargement of Time dated July 9, 2004 is hereby GRANTED. Defendants shall file their Reply briefs in support of their Motions For Summary Judgment in this case on or before Monday, July 19, 2004.

        IT IS SO ORDERED

        _____
        Mark R. Kravitz
        United States District Judge

Dated at New Haven, Connecticut:_____