UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*****************************************

MARIAN DEBORAH MILLER,       *

                Plaintiff,       *       Civil No. 3:03CV 0193(MRK)

          v.                  *

                        *

EDWARD D. JONES & CO., L.P.,      JULY 9, 2004
ET AL.                                         *

                Defendants.   *
*****************************************

## DEFENDANT MICHAEL MAHONEY'S REQUEST FOR ARGUMENT IN LIEU OF FILING A REPLY BRIEF

       By motion dated April 30, 2004 Defendant Michael Mahoney sought

summary judgment in the above-pending matter.  By papers dated  June 25,

2004 Plaintiff opposed Defendant Mahoney's motion.

       Having reviewed Plaintiff's opposition, Defendant Mahoney respectfully

requests that the matter of his motion for summary judgment be set down for

oral argument before the Court.  Defendant Mahoney makes this request in

lieu of filing a reply brief.

Respectfully submitted,

THE DEFENDANT
MICHAEL MAHONEY


By:_____
Peter E. Gillespie     (ct06554)
46 Riverside Avenue
P. O. Box 3416
Westport, CT 06880
Tel: (203) 227-7000
Fax: (203) 454-5508
E-mail: petelaw@attglobal.net

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was

served this 9th day of July, 2004 by U. S. Post, postage pre-paid upon

the following:


Vlad Spitzer, Esq.                         Michael N. LaVelle, Esq.
Spitzer & Brey                             Pullman & Comley, LLC
239 Main Street  - 2d Floor                850 Main Street
Westport, CT 06880                         Bridgeport, CT 06604


Fred A. Ricks, Jr., Esq.
Harris, Dowell, Fisher & Harris, L.C.
15400 South Outer Forty, Suite 202
St. Louis, MO 63017


                                        _____
                                        Peter E. Gillespie