## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

MARIAN DEBORAH MILLER,

    Plaintiff,

vs.

EDWARD D. JONES & CO., L.P.,
MICHAEL MAHONEY, MICHAEL
CUMMINS, BARBARA MOSCA, and
STEVEN RARICK,

    Defendants.

CIV NO.
3:03CV 0193 (MRK)

July 13, 2004

### UNOPPOSED MOTION OF DEFENDANTS EDWARD D. JONES & CO., L.P., MICHAEL CUMMINS, BARBARA MOSCA, AND STEVEN RARICK FOR LEAVE TO FILE CONSOLIDATED REPLY BRIEF

COME NOW Defendants Edward D. Jones & Co., L.P. ("Edward Jones"), Michael Cummins ("Cummins"), Barbara Mosca ("Mosca"), and Steven Rarick ("Rarick"), by undersigned counsel, and respectfully move for leave to file one consolidated Reply totaling over 10 pages in length rather than four (4) separate briefs, stating:

    1.    The separate motions for summary judgment filed by Defendants Edward Jones, Cummins, Mosca, and Rarick, and accompanying fact statements and memoranda in support, raised numerous and complex issues.

    2.    In total, Defendants Edward Jones, Cummins, Mosca, and Rarick moved for summary judgment on 14 separate Counts of the Complaint.

    3.    Plaintiff has responded to these motions with extensive filings, including a 40-page opposition to Edward Jones' motion, a 21-page opposition to Cummins' motion, a 20-page opposition to Mosca's motion, and a 20-page opposition to Rarick's motion.

    4.    Pursuant to Local Rule 7(d), Defendants Edward Jones, Cummins, Mosca, and Rarick would each be entitled to file a 10-page reply, submissions totaling 40 pages.

5. There is enough overlap between the issues pertinent to each motion, and Plaintiff's responses to each motion, that combining the four replies of these Defendants into a single reply would allow for a clearer and more concise presentation of the issues.

6. Defendants Edward Jones, Cummins, Mosca, and Rarick anticipate that such a consolidated Reply would require considerably less than the total of 40 pages allotted amongst them.

7. Defendants consulted with Plaintiff's attorney, Vlad Spitzer, regarding this matter. Plaintiff does not oppose and consents to this motion to file one consolidated reply brief for all four Defendants.

WHEREFORE, separate Defendants Edward Jones, Cummins, Mosca and Rarick respectfully request that the court grant them leave to file one consolidated reply brief more than ten (10) but less than forty (40) pages in length.

Respectfully submitted,

DEFENDANTS Edward Jones & Co., L.P., Michael Cummins, Barbara Mosca, and Steven Rarick

By: _____
Michael N. LaVelle, Esq. 06170
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
(203) 330-2000
(203) 330-2288 (Facsimile)

Fred A. Ricks, Jr., Esq.
Harris Dowell Fisher & Harris, L.C.
15400 South Outer Forty, Suite 202
St. Louis, Missouri 63017
(636) 532-0300
(636) 532-0246 (Facsimile)

2

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, to the following parties:

Peter E. Gillespie, Esq.
Attorney at Law
46 Riverside Avenue
Westport, CT 06880
(203) 227-7000

Vlad Spitzer, Esq.
Spitzer & Brey, LLC
239 Main Street, 2nd Floor
Westport, CT 06880
(203) 226-3266 Ext. 14

_Michael Will_