## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIAN DEBORAH MILLER,         : | |
| :                              | |
| Plaintiff,                   : | |
| :                              | |
| v.                             : | No.    3:03cv193 (MRK) |
| :                              | |
| EDWARD D. JONES & CO., L.P.    : | |
| MICHAEL MAHONEY, MICHAEL CUMMMINS,: | |
| BARBARA MOSCA, and STEVEN RARICK, : | |
| :                              | |
| Defendants.                  : | |

### ORDER

Defendants' Unopposed Motion For Enlargement Of Time [doc. # 88], dated July 9, 2004, is hereby GRANTED. Defendants Edward D. Jones & Co., L.P., Michael Cummins, Barbara Mosca and Steven Rarick shall file their reply briefs to Plaintiff's Opposition to Defendants' Motions For Summary Judgment on or before **July 19, 2004**.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: July 15, 2004.