207

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1    Q   Did you tell him that?

2    A   Yes.

3    Q   "She said that on another occasion, Mike
4 called her at home in the morning and told her to
5 bring him breakfast."

6    A   Well, it was more than one occasion, but
7 yes.

8    Q   Okay. So the only thing that's inaccurate
9 about that is that --

10   A   It was more than once.

11   Q   More than once?

12   A   Yeah.

13   Q   Okay. The next sentence says, "She said
14 that Mike also had her doing all of the office
15 cleaning."

16   A   That's correct.

17   Q   You told him that?

18   A   Yes.

19   Q   Next it says, "I asked her if she ever
20 talked to anyone about her concerns."

21   A   Um-hum.

22   Q   "Debbie said that she spoke to Kristin" --
23 that would be Kristin Commander, I think, right?

24   A   Um-hum.

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1    Q    -- "and Lynn" -- that would be Lynn Vassal?
2    A    Yes.
3    Q    -- "at Mike's Cummins office?"
4    A    Um-hum.
5    Q    So you did tell Mr. Rarick that?
6    A    I did.
7    Q    Okay.  She said that Mike was the regional
8    leader at the time, but now the regional leader was
9    Barbara Mosca?
10   A    Um-hum.
11   Q    Did you say that?
12   A    Yes.
13   Q    "She said that Mike did not like Mike
14   Cummins" -- and that means Mike Mahoney did not Mike
15   Cummins, right?
16   A    Right.
17   Q    "And would frequently complain about
18   Jones."
19        Did you tell Mr. Rarick that?
20   A    That he -- yes, I did.
21   Q    Okay.  The next sentence says, "She said
22   that he would say things like he had a friend at the
23   bank where he could go to work, 'I'll say anything I
24   want' and 'nobody fucks with me.'"

230

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1  Q  Yeah.

2  A  Yes.

3      THE WITNESS: Didn't you show that to

4  me?

5      MR. SPITZER: Yeah.

6  A  Yeah, it's Mr. Spitzer's letter to --

7  Q  Isn't it true that this was the first time

8  that you ever made any complaint through your

9  attorney -- and it was through your attorney here --

10  of any comments about of a religious nature?

11  A  Pardon me? Did I ever --

12  Q  This is the first complaint that you -- the

13  first time you raised any complaint about religious

14  discrimination, in the bottom paragraph there?

15  A  No. I told Mr. Rarick that he had -- or

16  Mr. Rarick and Amy that he had forced me to work on

17  two holidays, two Jewish holidays. May not be in

18  their notes, but I told them.

19  Q  It's certainly not in your letter, is it?

20  A  I'm not certainly sure about that, but I'll

21  look at the letter again and we can look at that

22  again and see.

23  Q  It's not in your letter --

24  A  As I said to you, Mr. Ricks, if I had -- if

POST REPORTING SERVICE
Hamden, Connecticut  (800)262-4102

140

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1      A     For Mr. Mahoney.

2      Q     Okay.

3      A     And he was discharged.

4      Q     This is a person who was working as a BOA?

5      A     Um-hum.

6      Q     A male BOA?

7            Okay.

8      A     I know that his mother worked for him for a
9  short period of time and walked out on him.

10     Q     Would you please refer back to Exhibit 11?
11  About in the middle of the page there, do you see a
12  paragraph that starts off, "Allegations of
13  discrimination"?  Do you see that paragraph?

14     A     I see it.

15     Q     Do you see where it says:

16           (Reading) "Allegations of
17  discrimination will be fully investigated
18  and may result in corrective disciplinary
19  action up to and including termination of
20  employment.  Edward Jones will not tolerate
21  retaliation or reprisal actions taken
22  against any associate who uses this
23  procedure."

24     A     Um-hum.  I see it, yeah.

POST REPORTING SERVICE
Hamden, Connecticut   (800)262-4102

141

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1      Q    Okay. You had signed that, right?

2      A    I signed it, yeah. There's my signature

3 right there at the bottom (indicating).

4      Q    So, in fact, you knew, from having signed

5 this and read it, that you were protected from

6 retaliation or reprisal, right?

7      A    Um-hum. Did I know it was protected? No.

8 Do I believe what I was reading here? No.

9      Q    So you read it, but didn't believe it?

10     A    That's correct.

11     Q    Okay. And on --

12            MR. GILLESPIE: Excuse me. The record

13 should reflect that the witness just made two --

14            THE WITNESS: Parentheses.

15            MR. GILLESPIE: -- elliptical or

16 parenthetical lines around that paragraph.

17            MR. RICKS: Sort of brackets around

18 the paragraph.

19            MR. GILLESPIE: Right.

20 BY MR. RICKS:

21     Q    And in the Sexual Harassment Policy,

22 Exhibit 12 -- do you have that?

23            MR. SPITZER: Yes, yes.

24            THE WITNESS: One second. I need a

POST REPORTING SERVICE
Hamden, Connecticut   (800)262-4102

142

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1    second.
 2              (Witness making notes.)
 3    BY MR. RICKS:
 4         Q    Would you read to me what you just wrote on
 5    the pad.
 6         A    It's something for future reference.
 7         Q    Okay.  Would you read it for me?
 8         A    Yes, of course.  When I did call Associate
 9    Relations and reported what was going on in the
10    office and what happened in the very last day of
11    termination, it took Mr. Rarick four days to get back
12    to me.
13         Q    That's what you wrote?
14         A    Yes.
15         Q    Okay.
16         A    And there's more, but you --
17         Q    All right.  On Exhibit 12, would you turn
18    to the second page?
19         A    I'm sorry?
20         Q    Would you turn to the second page of
21    Exhibit 12?
22         A    Of No. 12.
23         Q    Do you see the second paragraph there that
24    says that, (reading) "Sexual harassment allegations
```

Case 3:03-cv-00193-MRK    Document 93-3    Filed 07/19/2004    Page 7 of 14

143

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
1    will be fully investigated," and then the last
2    sentence in that paragraph says, "Edward Jones will
3    not tolerate retaliation or reprisal actions against
4    any associate who uses this procedure"?
5         A    Um-hum.
6         Q    Again, you signed this document as well,
7    right?
8         A    (Witness nods.)
9         Q    But as with No. 11, the Nondiscrimination
10   Policy, you just didn't believe it?
11        A    No.
12        Q    Okay.  So we --
13             (Pause for Attorneys Ricks and
14   Gillespie to confer.)
15   BY MR. RICKS:
16        Q    Are you saying that -- what -- when you
17   say, "no," what are you saying -- no, that you just
18   did not believe what the policy said, that you
19   thought you still would be subject to discharge or
20   discipline?
21        A    Yes, I believe that I would be subject to
22   discharge or -- discharge.
23        Q    Just for contacting the Associate Relations
24   Department and complaining about Mr. Mahoney?
```

POST REPORTING SERVICE
Hamden, Connecticut   (800)262-4102

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1    about other things, about how things were going over
 2    there.
 3         Q    But that was --
 4         A    At one point, it was probably around maybe
 5    the twelfth phone call that I had with Ms. Commander
 6    that she urged me, along with Ms. Vassal, to call
 7    Human Relations.  And I indicated -- I said to them,
 8    "If I call Human Relations and talk to them about it,
 9    I'll lose my job.  They'll fire me."
10         Q    When was it they urged you to call the
11    Associate Relations or Human Relations Department in
12    St. Louis?
13         A    I said it was probably around, you know,
14    the twelfth phone call.  It was probably somewhere
15    beginning of October maybe.
16         Q    Why did you -- and you said you wouldn't do
17    that because you thought you would lose your
18    employment?
19         A    Yes.
20         Q    And why did you say that?
21         A    Because when you report to Human Relations
22    to any place, you lose your employment.
23         Q    What's your basis for saying that?
24         A    I know -- I know it's happened to a number
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
1    of my -- people that I know.
2         Q    You don't know of anybody that that's
3    happened to at Edward Jones, do you?
4         A    I know of another person who was placed in
5    another position there, another office.  She lost
6    her --
7         Q    Do you know of someone who contacted
8    Associate Relations and was then --
9         A    And then was transferred to another office.
10        Q    --and then received a transfer to another
11   office?
12        A    Yes, yes.
13        Q    Who was that?
14        A    Shannon Bogus.
15        Q    Okay.  And she's -- she still worked for
16   Edward Jones, though, right?
17        A    Right.
18        Q    Okay.  She did not lose her employment, did
19   she?
20        A    No.
21        Q    Okay.
22        A    Okay.  But then I --
23        Q    This Shannon Bogus is --
24        A    -- I also --
```

132

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1   Q   Shannon Bogus is a -- was a branch office
2   administrator in Mike Mahoney's office, right?
3   A   Yes.
4   Q   Okay. So she didn't -- you say she
5   contacted Associate Relations, but she didn't lose
6   her employment, right?
7   A   That's correct.
8   Q   So what was your basis, then, for saying
9   that you would lose your employment if you contacted
10  Associate Relations?
11  A   Because I -- one day I had -- I had a
12  conversation with somebody named Amy in Associate
13  Relations. Is it Associate Relations or Human
14  Relations? I don't know what -- I don't recall what
15  they call it.
16  Q   And what happened during that conversation?
17  A   Conversation went like this: Mr. Mahoney
18  was out of the office, and he was going to a district
19  meeting for brokers, district -- you know, a regional
20  meeting for brokers at the Wilton office. While he
21  was on his way there I received a phone call from my
22  son in Atlanta, where he is attending college, where
23  he was attending college at the time, and said he had
24  gotten hit by a car.

133

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

```
 1        Q    This was about October 17th, 2001, wasn't
 2   it?
 3        A    I don't recall the exact date, but if
 4   that's what -- I mean, I'm assuming that you know the
 5   date.  I contacted -- he -- and then Mr. Mahoney
 6   called in, and I said, "Look, my son" -- he had
 7   called in for directions.  He had forgotten the
 8   directions in the office.  I had given him -- I had
 9   printed out directions for him.
10             And I said, "My son just got hit by a
11   car in Atlanta.  I think I better leave.  I may have
12   to go down there."  And he said, "Well, you can't
13   leave the office."  And I said, "Well, my -- I have
14   to."  So he said, "Well, you can't leave the office
15   unattended."  And I said, "Well, I'm going to have
16   to."
17             And at that point I called up Edward
18   Jones and asked to be connected to whatever place I
19   had to be connected to indicate to them that I needed
20   to leave.  And I spoke to somebody -- I think her
21   name was Amy -- and said that my son had gotten hit
22   by a car in Atlanta -- he was a pedestrian -- and
23   that I needed to leave the office and that
24   Mr. Mahoney was not allowing me to do so.
```

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

1   Q   Okay. So what happened?
2   A   She gave me permission to leave.
3   Q   Okay. All right. So you --
4   A   And at that point, I said to her --
5   Q   So you knew, then, if you had any problem, that you could call Associate Relations and talk with them?
8   A   No. No.
9   Q   Why did you call Associate Relations?
10  A   All right. Let's back -- can we just back up a little but. Because I really, you know -- I mean, you're not listening to the whole thing. So let me just finish what I needed to say and then we will be able to go on.
15  Q   Okay. Finish.
16  A   I spoke with my son. My son had to go to the hospital. He had hurt -- you know, he hurt his arm. It was like a -- just sprained and black and blue. Told me that I did not need to come down there.

However, I was very very upset. And, that night, she called me at home from Associate Relations, and I said, "You know, I may need to go down there tomorrow because he had just gotten hit.

DEPOSITION OF MARIAN DEBORAH MILLER
November 20, 2003

| | |
|---|---|
| 1 | You know, he says he doesn't need me, but I just may |
| 2 | go anyway." She said, "Well, you need to let your |
| 3 | boss know." And I said, "If I let my boss know, he's |
| 4 | just going to fire me." And she said, "Well, what do |
| 5 | you mean?" I said, "Because he is very very tough on |
| 6 | me." And I said at that point, I asked for a |
| 7 | transfer. |
| 8 | Q   Okay. So you said, "He's tough on me and |
| 9 | I'd like a transfer"? |
| 10 | A   Very tough on me, very difficult to work |
| 11 | for. I said -- and I said to her, "I think you're |
| 12 | well aware of these facts," and I said, "I would like |
| 13 | to be transferred to another office." |
| 14 | Q   Um-hum. |
| 15 | A   She said there were no other openings. So |
| 16 | my assumption is, well, if I make any more -- if I |
| 17 | have any other complaints or anything about -- to |
| 18 | them, I'm just going to -- just going to get fired. |
| 19 | Now, also, at Smith Barney, if you |
| 20 | made a complaint about anything to anybody, you know, |
| 21 | they would just let you go. |
| 22 | Q   Okay. But Edward Jones is not Smith |
| 23 | Barney, right? |
| 24 | A   There are other corporations where friends |

POST REPORTING SERVICE
Hamden, Connecticut   (800)262-4102

Page 316

1     Steinberger, Weinstein.

2        Q    All right.

3        A    So you get the picture.

4        Q    So what's the joke that Mr. Mahoney would

5     make?

6        A    He would mispronounce their names and laugh.

7        Q    What's an example of how he would

8     mispronounce a name?

9        A    He would add, perhaps, on syllables, or if

10    somebody's name was Weinberg, he would call them

11    Weinberg -- Weinbergerwitz, he would change the last

12    syllable and laugh.  Could have been a very --

13    unknowingly he could have mispronounced somebody's

14    name, but he made a joke about it.

15       Q    How many times did this occur?

16       A    I would say any time a Jewish client called

17    the office, which probably was, at my best estimation,

18    once a day.

19       Q    Okay.  And how did this demonstrate religious

20    discrimination against you?

21       A    It does discriminate, religious

22    discrimination, against me as a Jew when he makes fun

23    of other people who are Jewish.

24       Q    Is there any other way that you think you

25    were treated -- well, first of all, let me ask you, do