## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIAN DEBORAH MILLER, | : |
| Plaintiff, | : |
| v. | : No.   3:03cv193 (MRK) |
| EDWARD D. JONES & CO., L.P.<br>MICHAEL MAHONEY, MICHAEL CUMMMINS,<br>BARBARA MOSCA, and STEVEN RARICK, | : |
| Defendants. | : |

### ORDER

The Unopposed Motion Of Defendants Edward D. Jones & Co., L.P., Michael Cummins, Barbara Mosca, And Steven Rarick For Leave To File Consoldiated Reply Brief [doc. # 90], dated July 13, 2004, is hereby GRANTED.  Defendants Edward D. Jones & Co., L.P., Michael Cummins, Barbara Mosca and Steven Rarick shall file one consolidated reply brief more than ten (10) but less than forty (40) pages in length.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: July 19, 2004.