UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIAN DEBORAH MILLER,   :  <br>   :  <br>   Plaintiff,   :  <br>   :  <br>v.   : <br>   :  <br>EDWARD D. JONES & CO., L.P., ET AL.,   :  <br>   :  <br>   Defendants.   :   | Civil No. 3:03cv193 (MRK) |

### ORDER

The Court having scheduled oral argument for **August 26, 2004** at 1:30 P.M. in the above-captioned matter, Defendant Michael Mahoney's Request for Argument in Lieu of Filing a Reply Brief [doc. # 89] is DENIED as moot.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: August 16, 2004.