UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT     NEW HAVEN

Oct. 18, 2004
Kevin F. Rowe, Clerk

By: Kenneth R. Ghulack
Deputy Clerk

MARIAN DEBORAH MILLER,

Plaintiff,

vs.

EDWARD D. JONES & CO., L.P.,
MICHAEL MAHONEY, MICHAEL
CUMMINS, BARBARA MOSCA, and
STEVEN RARICK,

Defendants.

CIV NO.
3:03CV 0193 (MRK)

October 18, 2004

## STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO SEPARATE DEFENDANTS MICHAEL CUMMINS, BARBARA MOSCA AND STEVEN RARICK

The Parties hereby stipulate as provided in Rule 41(a)(ii) F.R.C.P. that Plaintiff dismisses her Complaint against the individual Defendants Michael Cummins, Barbara Mosca and Steven Rarick WITH PREJUDICE each party to bear his or her own attorneys' fees and costs.

_____
Marion Deborah Miller, Plaintiff

Date: _____

_____
VLAD SPITZER, ESQ.
Spitzer & Brey, LLC
239 Main Street, 2nd Floor
Westport, CT 06880
(203) 226-3266 Ext. 14
Attorney for Plaintiff

Date: 10/15/04

_____
FRED A. RICKS, ESQ.
Harris Dowell Fisher & Harris, L.C.
15400 South Outer Forty, Suite 202
Chesterfield, MO 63017-2063
(636) 532-0300
Attorney for Defendant
Edward D. Jones & Co., L.P., Michael
Cummins, Barbara Mosca and Steven
Rarick

Date: 10/18/04

1

_____
PETER E. GILLESPIE, ESQ.
Attorney at Law
46 Riverside Avenue
Westport, CT 06880
(203) 227-7000
Attorney for Defendant Michael Mahoney

Date: 10/18/04

_____
MICHAEL N. LAVELLE, ESQ. 06170
Pullman & Comley, LLC
850 Main Street, P.O. Box 700
Bridgeport, CT 06601-7006
(203) 330-2000
(203) 330-2288 (Facsimile)
Attorney for Defendant
Edward D. Jones & Co., L.P., Michael Cummins, Barbara Mosca and Steven Rarick

Date: 10/18/04