UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARIAN DEBORAH MILLER,

    Plaintiff,

vs.                                      CIV NO. 3:03CV 0193 (MRK)
EDWARD D. JONES & CO., L.P.,
And MICHAEL MAHONEY,              February 3, 2005

    Defendants.

### JOINT MOTION OF ALL PARTIES
### TO SET DATE FOR FILING JOINT TRIAL MEMORANDUM

COMES NOW Plaintiff Marian Deborah Miller and Defendants, Edward D. Jones & Co., L.P. and Michael Mahoney, (hereinafter collectively "Defendants") and, for the reasons outlined below, move for an Order setting the due date for the Joint Trial Memorandum as Friday, March 25, 2005:

1.    The Court previously issued a Scheduling Order providing that if dispositive motions were filed, the Joint Trial Memorandum is due 30 days after the Court's decision on the dispositive motions. The Defendants filed Motions For Summary Judgment.

2.    By Order dated January 25, 2005 the Court issued a Memorandum Of Decision ruling on Defendants' Motions For Summary Judgment. The Order did not dispose of all the issues in the case. Therefore, the Joint Trial Memorandum as to the remaining claims would be due on February 24, 2005.

3.    Because of prior scheduling commitments in other matters and because of previously scheduled vacations, the Parties jointly move the Court for a 29 day extension

1

of the date for filing the Joint Trial Memorandum. The Parties jointly request that the Court set Friday, March 25, 2005 as the date for filing the Joint Trial Memorandum.

3. This Joint Motion is filed with consent and by agreement of all counsel for all Parties. By agreement of the Parties, only Michael LaVelle is signing this Joint Motion. This is simply because of the logistical problems of obtaining the signatures of all counsel.

4. This is the first request to extend the time for filing the Joint Trial Memorandum.

WHEREFORE, the Parties jointly move the Court for an Order modifying the Scheduling Order to set the due date for the Joint Trial Memorandum as Friday, March 25, 2005.

Respectfully submitted,

THE DEFENDANT: EDWARD D. JONES & CO., L.P., and MICHAEL MALONEY

By: _____
Michael N. LaVelle, Esq.  06170
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
(203) 330-2000

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed this 3rd day of February, 2005, postage prepaid by U.S. Mail to the following persons:

Peter E. Gillespie, Esq.
Attorney at Law
46 Riverside Avenue
Westport, CT 06880
(203) 227-7000
Attorney for Plaintiff

Vlad Spitzer and Huma Khan, Esq.
Spitzer & Brey, LLC
239 Main Street, 2nd Floor
Westport, CT 06880
(203) 226-3266 Ext. 14
Attorney for separate Defendant M. Mahoney

Fred A. Ricks, Jr.
Harris Dowell Fisher & Harris, L.C.
15400 South Outer Forty, Suite 202
St. Louis, Missouri 63017
(636) 532-0300
Attorney for Defendant Edward D. Jones & Co., L.P.

_____
Michael N. LaVelle

BPRT/68809.1/MNL/547352v1