UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARIAN DEBORAH MILLER,

    Plaintiff,

vs.

EDWARD D. JONES & CO., L.P.,
And MICHAEL MAHONEY,

    Defendants.

CIV NO.
3:03CV 0193 (MRK)

March 22, 2005

### JOINT MOTION OF ALL PARTIES FOR SEVEN DAY EXTENSION FOR FILING JOINT TRIAL MEMORANDUM

COME NOW Plaintiff Marian Deborah Miller and Defendants, Edward D. Jones & Co., L.P. and Michael Mahoney, (hereinafter collectively "Defendants") and, for the reasons outlined below, move that the Court extend the due date for the Joint Trial Memorandum by seven (7) days to Monday, April 11, 2005:

1. On February 22, 2005, the Court issued a Scheduling Order setting Monday, April 4, 2004 as the date for filing the Parties' Joint Trial Memorandum. The Court's Order set this case for trial on May 24, 2005. The pre-trial conference is set for Monday, April 18, 2005.

2. The Parties jointly request that the date for filing the Joint Trial Memorandum be extended by one week to Monday, April 11, 2005. No party will be prejudiced by this extension and the extension will not change the date for either the pre-trial conference or the trial date.

1

3. The Parties jointly request this one week extension because of scheduling conflicts and commitments in other matters and because of previously scheduled vacations. The Parties jointly request that the Court extend the date for filing the Joint Trial Memorandum from April 4, 2005 to Monday, April 11, 2005.

4. This Joint Motion is filed with consent and by agreement of all counsel for all Parties. By agreement of the Parties, only Michael LaVelle is signing this Joint Motion. This is simply because of the logistical problems of obtaining the signatures of all counsel.

WHEREFORE, the Parties jointly move the Court for an Order modifying the Scheduling Order to extend the due date for filing the Joint Trial Memorandum by one week to Monday, April 11, 2005.

Respectfully submitted,

THE DEFENDANT: Edward Jones

By: *(signature)*
Michael N. LaVelle, Esq. 06170
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
(203) 330-2000
Attorney for Defendant Edward D. Jones & Co., L.P.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed this 22nd day of March, 2005, postage prepaid by U.S. Mail to the following persons:

Peter E. Gillespie, Esq.
Attorney at Law
46 Riverside Avenue
Westport, CT  06880
(203) 227-7000
Attorney for separate Defendant M. Mahoney

Vlad Spitzer and Huma Khan, Esq.
Spitzer & Brey, LLC
239 Main Street, 2nd Floor
Westport, CT  06880
(203) 226-3266 Ext. 14
Attorneys for Plaintiff

Fred A. Ricks, Jr.
Harris Dowell Fisher & Harris, L.C.
15400 South Outer Forty, Suite 202
St. Louis, Missouri 63017
(636) 532-0300
Attorney for Defendant Edward D. Jones & Co., L.P.

_____
Michael N. LaVelle