UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
*************************************************
                                            *
MARIAN DEBORAH MILLER,
                    Plaintiff,             *       CIVIL ACTION NO. 3:03-CV-193
                                                   (MRK)

            v.                              *

EDWARD D. JONES & Co.,                      *       APRIL 11, 2005
Et Al.,
                    Defendants.             *
*************************************************
```

### DEFENDANT MAHONEY'S OBJECTIONS
### TO PLAINTIFF'S PROPOSED JURY INSTRUCTIONS

Pursuant to the Joint Trial Memorandum Order in this matter, Defendant Michael Mahoney respectfully submits the following Objections to Plaintiff's Proposed Jury Instructions concerning the issues of Assault, Intentional Infliction of Emotional Distress and Invasion of Privacy.

With respect to each of these three instructions submitted by Plaintiff, she has included additional instructional material concerning damages.  Defendant Mahoney submits that it is more appropriate togive a single damage instruction to the jury rather than the repetitious charges proposed by Plaintiff.  Using a single charge for this subjuect is a more efficient way to offer information to the jury.  Further, Mr. Mahoney

is concerned that the repeated reference to damages will serve to focus the jury's attention unfairly on that issue, making it seem that some damage award is presumptively correct and inevitable.

Further, these instructions as proposed by Plaintiff appear, to Defendant Mahoney's ear, to exceed merely instructional material and to approach matters of controversy and argument.  Mr. Mahoney has prepared and submitted special interrogatories for the jury which address, *inter alia*, the issue of damages.  We believe that is a more appropriate was to deal with this issue

Finally, with respect to the substance of the charges relating to the elements of each claim, Plaintiff seems to have supported her proposed charges with a sort of imprecise citation.

For these reasons Defendant Mahoney respectfully objects to the proposed charges offered by Plaintiff.

                                                THE DEFENDANT
MICHAEL MAHONEY


By:_____
   Peter E. Gillespie ct06554
   46 Riverside Avenue
   Westport, CT 06880
   Tel: (203) 227-7000
   Fax: (203) 454-5508
   E-mail: petelaw@attglobal.net

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing motion was served this 11th day of April, 2005 by U. S. Post, postage pre-paid upon the following:

| | |
|---|---|
| Huma Kahn, Esq.<br>Spitzer & Brey<br>239 Main Street  - 2d Floor<br>Westport, CT 06880 | Michael N. LaVelle, Esq.<br>Pullman & Comley, LLC<br>850 Main Street<br>Bridgeport, CT 06604 |

Fred A. Ricks, Jr., Esq.
Harris, Dowell, Fisher & Harris, L.C.
15400 South Outer Forty, Suite 202
St. Louis, MO 63017

_____
Peter E. Gillespie