UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
*************************************************
                                    *
MARIAN DEBORAH MILLER,
                    Plaintiff,     *     CIVIL ACTION NO. 3:03-CV-193(MRK)

        v.                          *

EDWARD D. JONES & Co.,              *     APRIL 11, 2005
Et Al.,
                    Defendants.     *
*************************************************
```

## **DEFENDANT MAHONEY'S PROPOSED VOIR DIRE**

Pursuant to the Joint Trial Memorandum Order in this matter, Defendant Michael Mahoney respectfully submits the following Proposed Voir Dire.

Defendant Mahoney respectfully adopts Items 1-5 of Plaintiff's Proposed Voir Dire.

Defendant Mahoney respectfully adopts Defendant Edward Jones Proposed Voir Dire.

Defendant Mahoney respectfully submits the following proposed voir dire.

1. Have you ever worked as a supervisory employee in a small office? If so, have you ever supervised members of the opposite sex?

2. Has anyone of the opposite sex ever complained about you in your workplace?

3.  If you have supervised others, has anyone ever complained about your "management style?"

4.  Have you, or has anyone your know, been accused of any of the following:

-threatening or imtimidating others;

-causing emotional hardship or distress for others;

-prying improperly into someone's private affairs?

5.  If you were in a workplace and someone did one of these things to you, what would you do ?

6.  Have you ever been in a workplace and observed one person being mean or cruel to another ?

7.  Do you think that bosses are mean or cruel to those who they supervise ?

8.  Do you think that people ever lie under oath ?

9.  Do you or any members of your family work with an individual who is gay ?

10.  Would you feel uncomfortable if you were asked to work with a gay man ?

11.  Are you friendly with any individual whose sexual orientation is different from yours ?

12.  Do you think that people who are gay can be trustworthy ?  In your experience are such individuals honest ?

13,  Do you harbor any resentment or distrust against homosexuals ?

14.  If some of the witnesses in this case are homosexuals, do you think that you can evaluate their testimony fairly and objectively ?

15. Have you ever been accused of bias ?

16. Do you watch television programs regularly ?  Are you familiar with a situation comedy called "Will and Grace?"  If so, what did you think of that show ?

17. Have you ever operated your own business ?

18. Have you ever tried to start up a new business ?  Has anyone in your family tried to start up a new business ?

19. If, after you hear all of the evidence in this case, were you of the opinion that the Defendants were not at fault, would you hesitate to render a verdict in favor of the Defendants ?

20. Would you be prejudiced against, of influenced in favor of, the defendant, Mr. Mahoney, if you learned during this trial that he is a gay man ?

    Respectfully submitted,

    THE DEFENDANT
    MICHAEL MAHONEY


By:_____
   Peter E. Gillespie ct06554
   46 Riverside Avenue
   Westport, CT 06880
   Tel: (203) 227-7000
   Fax: (203) 454-5508
   E-mail: petelaw@attglobal.net

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing motion was served this 11th day of April, 2005 by U. S. Post, postage pre-paid upon the following:

Huma Kahn, Esq.
Spitzer & Brey
239 Main Street  - 2d Floor
Westport, CT 06880

Fred A. Ricks, Jr., Esq.
Harris, Dowell, Fisher & Harris, L.C.
15400 South Outer Forty, Suite 202
St. Louis, MO 63017

Michael N. LaVelle, Esq.
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06604

_____
Peter E. Gillespie