UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------X
MARIAN DEBORAH MILLER,

                Plaintiff,

   -against-                                    CIV NO.
                                                   3:03CV 0193 (MRK)

EDWARD D. JONES & CO., L.P.,
MICHAEL MAHONEY, MICHAEL
CUMMINS, BARBARA MOSCA, and
STEVEN RARICK,

                Defendants.             APRIL 11, 2005
-----------------------------------------------------------------X

### PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

Pursuant to the Joint Trial Memorandum Order of Mark Kravitz, U.S.D.J., the Form 26(f) Report of Parties' Planning Meeting and the Local Rules of Civil Procedure, Plaintiff, Marian Deborah Miller, (hereinafter referred to as "Miller" or "Plaintiff"), submits her Proposed Voir Dire Questions to the Joint Trial Memorandum.

Plaintiff requests that each of the prospective jurors identify themselves, their telephone number, their name(s), their current address, their occupation, and occupation of their spouses. The plaintiff requests that the said prospective jurors should be asked the following questions:

1. Do any of you feel, for any reason, that you could not fairly decide this case?

2. Have you or any member of your family ever served as a juror in any case? If so, where, when and what type of case (civil or criminal)?

3. Are you or any members of your family related to any of the parties to this action or the lawyers representing them?

4. Do you know any of the lawyers in this action: Vlad Spitzer, Lewis Brey, Fred Ricks, Michael LaVelle, Peter Gillespie?

5. The plaintiff in this case is Marian Deborah Miller of Stamford, Connecticut. To the best of your knowledge, are you or any member of your family acquainted with the plaintiff in any way?

6. The defendants in this case are Edward D. Jones & Co. L.P. in Stamford, Connecticut and Michael Mahoney of Bridgeport, Connecticut. To the best of your knowledge, are you or any member of your family acquainted with any of the defendants?

7. Do you know any of the witnesses that are going to testify in this case: Michael Mahoney, Michael Cummins, Barbara Mosca, Kristin Commander, Steven Rarick, Lynn Vasil, Shannon Bogus, Judy Peregini, Lynn Kornidia, Karen Mugmon, Gene Rostov, Amy Draper, John Sullivan, Cyndi Catalano, Mark Stecher, Price Woodward, Dr. Catherine Troy, Dr. Harvey Riback, Dr. Jeffery Cohen, Dr. Justin Schecter?

8. Do you have any particular feelings concerning people who bring lawsuits or pursue claims because of discrimination or civil rights violations?

9. Do you have any particular feelings concerning people who bring lawsuits or pursue claims against their former employers?

10. Have any of you or anyone you know been discriminated against on the basis of gender?

11. Have any of you or anyone you know been subjected to a hostile working environment?

12. Have any of you or anyone you know been discriminated against on the basis of sexual orientation?

13. Have any of you or anyone you know been discriminated against on the basis of age?

14. Have any of you or anyone you know been discriminated against on the basis of religion?

15. Have you filed a lawsuit or brought a claim for money damages?  If so:

    (a) What was the nature of the lawsuit?

    (b) How was the lawsuit resolved?

16. Are you able to follow the judge's instruction on what you have to do or consider in deciding this case?

17. Do you feel that an employer and/or company cannot do something wrong?

18. Once the plaintiff proves her case, do you have any problem awarding her reasonable, fair, and just damages?

19. Do you consider yourself as a person who has common sense?

20. Would you be willing to apply your common sense in making this decision?

21. Is anyone here an attorney or married to an attorney? If so, what type of law do you or your spouse practice? Is anyone related to an attorney?

22. Does anyone here have any professional legal experience such as working for an attorney or law firm or the courts?

23. Do you, or anyone you know work within the insurance industry dealing with liability claims?

24. Do you, or anyone you know work in human resources department?

                                           THE PLAINTIFF
                                           MARIAN DEOBROAH MILLER


By:_____/S/_____
Vlad G. Spitzer
Fed. Bar #ct14260
Spitzer & Brey L.L.C.
239 Main Street
Westport, CT  06880
(203) 226-3266
Facsimile:  (203) 226-3262
Email:  vgspitzer@spitzerbrey.com

## **CERTIFICATION**

I hereby certify that pursuant to section 5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing was mailed on April 12, 2005, postage prepaid to:

Fred A. Ricks, Jr. Esq.
Harris Dowell Fisher & Harris, L.C.
15400 South Outer Forty – Suite 202
St. Louis, Missouri  63017-2063

Michael N. LaVelle, Esq.
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006

Peter E. Gillespie, Esq.
46 Riverside Avenue
Westport, CT  06880


_____/S/_____
Vlad G. Spitzer