UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------X
MARIAN DEBORAH MILLER,

              Plaintiff,

   -against-                                   CIV NO.
                                                  3:03CV 0193 (MRK)
EDWARD D. JONES & CO., L.P.,
MICHAEL MAHONEY, MICHAEL
CUMMINS, BARBARA MOSCA, and
STEVEN RARICK,

              Defendants.                APRIL 11, 2005
-----------------------------------------------------------------X

**PLAINTIFF'S PROPOSED VERDICT FORM**

Pursuant to the Joint Trial Memorandum Order of Mark Kravitz, U.S.D.J., the Form 26(f) Report of Parties' Planning Meeting and the Local Rules of Civil Procedure, Plaintiff, Marian Deborah Miller (hereinafter referred to as "Miller" or "Plaintiff"), submits her Verdict Form to the Joint Trial Memorandum.

## VERDICT IN MARIAN DEBORAH MILLER V. EDWARD JONES

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On the hostile environment based on sex/gender claim of plaintiff Marian Deborah Miller against Edward Jones, we find in favor of:

_____
  (Plaintiff Marian Deborah Miller)        or      (Defendant Edward Jones & Co. LP)

**Note:** Answer the next question only if the above finding is in favor of Marian Deborah Miller. If the above finding is in favor of Edward Jones, have your foreperson sign and date this form because you have completed your deliberations on this claim.

Has Edward Jones proved by the preponderance of the evidence their affirmative defense?

_____Yes        _____No
(Mark an "X" in the appropriate space)

**Note:** Complete the following paragraphs only if your answer to the preceding question is "no." If you answered "yes" to the preceding question, have your foreperson sign and date this form because you have completed your deliberations on this claim.

We find plaintiff's lost wages and benefits through the date of this verdict representing back pay to be:

$_____(stating the amount).

We find plaintiff's wages and benefits from the date of this verdict representing front pay to be:

$_____(stating the amount).

We find plaintiff's damages for emotional distress, including pain, humiliation, and mental anguish representing compensatory damages to be:

$_____(stating the amount).

We assess punitive damages against Defendant Edward Jones, as follows:

$_____(stating the amount).

_____
Foreperson

Dated: _____

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On the hostile environment based on sexual orientation claim of plaintiff Marian Deborah Miller against Edward Jones, we find in favor of:

_____
(Plaintiff Marian Deborah Miller)       or    (Defendant Edward Jones & Co. LP)

**Note:** Answer the next question only if the above finding is in favor of Marian Deborah Miller. If the above finding is in favor of Edward Jones, have your foreperson sign and date this form because you have completed your deliberations on this claim.

Has Edward Jones proved by the preponderance of the evidence their affirmative defense?

_____Yes          _____No
(Mark an "X" in the appropriate space)

**Note:** Complete the following paragraphs only if your answer to the preceding question is "no." If you answered "yes" to the preceding question, have your foreperson sign and date this form because you have completed your deliberations on this claim.

We find plaintiff's lost wages and benefits through the date of this verdict representing back pay to be:

$_____(stating the amount).

We find plaintiff's wages and benefits from the date of this verdict representing front pay to be:

$_____(stating the amount).

We find plaintiff's damages for emotional distress, including pain, humiliation, and mental anguish representing compensatory damages to be:

$_____(stating the amount).

We assess punitive damages against Defendant Edward Jones, as follows:

$_____(stating the amount).

_____
Foreperson

Dated: _____

**VERDICT IN MARIAN DEBORAH MILLER V. MICHAEL MAHONEY**

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On the invasion of privacy claim of plaintiff Marian Deborah Miller against Michael Mahoney, we find in favor of:

_____
    (Plaintiff Marian Deborah Miller)        or       (Defendant Michael Mahoney)

**Note:** Complete the following paragraphs only if the above finding is in favor of Marian Deborah Miller.

We find plaintiff's economic damages from Michael Mahoney's invasion of privacy representing special damages to be:

$_____(stating the amount).

We find plaintiff's damages for emotional distress, including pain, humiliation, and mental anguish from Michael Mahoney's invasion of privacy to be:

$_____(stating the amount).

We assess punitive damages against Defendant Michael Mahoney, as follows:

$_____(stating the amount).

_____
Foreperson

Dated: _____

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On the intentional infliction of emotional distress claim of plaintiff Marian Deborah Miller against Michael Mahoney, we find in favor of:

_____
    (Plaintiff Marian Deborah Miller)    or    (Defendant Michael Mahoney)

**Note:** Complete the following paragraphs only if the above finding is in favor of Marian Deborah Miller.

We find plaintiff's economic damages from Michael Mahoney's intentional infliction of emotional distress to be:

$_____(stating the amount).

We find plaintiff's damages for emotional distress, including pain, humiliation, and mental anguish from Michael Mahoney's intentional infliction of emotional distress to be:

$_____(stating the amount).

We assess punitive damages against Defendant Michael Mahoney, as follows:

$_____(stating the amount).

_____
Foreperson

Dated: _____

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On the assault claim of plaintiff Marian Deborah Miller against Michael Mahoney, we find in favor of:

_____
     (Plaintiff Marian Deborah Miller)     or     (Defendant Michael Mahoney)

**Note:** Complete the following paragraphs only if the above finding is in favor of Marian Deborah Miller.

We find plaintiff's economic damages from Michael Mahoney's assault to be:

$_____(stating the amount).

We find plaintiff's damages for emotional distress, including pain, humiliation, and mental anguish from Michael Mahoney's assault to be:

$_____(stating the amount).

We assess punitive damages against Defendant Michael Mahoney, as follows:

$_____(stating the amount).

_____
Foreperson

Dated: _____

THE PLAINTIFF
MARIAN DEOBROAH MILLER


By:_____/S/_____
Vlad G. Spitzer
Fed. Bar #ct14260
Spitzer & Brey L.L.C.
239 Main Street
Westport, CT  06880
(203) 226-3266
Facsimile:  (203) 226-3262
Email:  vgspitzer@spitzerbrey.com

# **CERTIFICATION**

I hereby certify that pursuant to section 5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing was mailed on April 12, 2005, postage prepaid to:


Fred A. Ricks, Jr. Esq.
Harris Dowell Fisher & Harris, L.C.
15400 South Outer Forty – Suite 202
St. Louis, Missouri  63017-2063

Michael N. LaVelle, Esq.
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006

Peter E. Gillespie, Esq.
46 Riverside Avenue
Westport, CT  06880


_____/S/_____
Vlad G. Spitzer