UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
MARIAN DEBORAH MILLER,

          Plaintiff,

  -against-                         CIV NO.
                                           3:03CV 0193 (MRK)
EDWARD D. JONES & CO., L.P.,
MICHAEL MAHONEY, MICHAEL
CUMMINS, BARBARA MOSCA, and
STEVEN RARICK,

          Defendants.              APRIL 11, 2005
---------------------------------------------------------------X

**PLAINTIFF'S MOTION IN LIMINE**

      Pursuant to the Joint Trial Memorandum Order of Mark R. Kravitz, U.S.D.J., the Form 26(f) Report of Parties' Planning Meeting and the Local Rules of Civil Procedure, the parties, Marian Deborah Miller (hereinafter referred to as "Miller" or "Plaintiff"), submits Motion in Limine exclude as inadmissible, evidence from Defendant Edward Jones' exhibits (Nos. 501 through 569), specifically documents from Solomon Smith Barney involving Plaintiff's former employment, Defendant Edward Jones' witnesses, specifically regarding Solomon Smith Barney, involving Plaintiff's former employment. Plaintiff also includes in this motion, general objections to Defendants Edward Jones and Michael Mahoney's proposed jury instructions and jury interrogatories. Plaintiff respectfully request that this Court rule that Plaintiff's motion in limine be granted.

      Annexed is Plaintiff's Memorandum of Law in support of Plaintiff's Motion in Limine.

By:_____/S/_____
        Vlad G. Spitzer
        Fed. Bar #ct14260
        Spitzer & Brey L.L.C.
        239 Main Street
        Westport, CT  06880
        (203) 226-3266
        Facsimile:  (203) 226-3262
        Email:  vgspitzer@spitzerbrey.com

## **CERTIFICATION**

I hereby certify that pursuant to section 5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing was mailed on April 12, 2005, postage prepaid to:

Fred A. Ricks, Jr. Esq.
Harris Dowell Fisher & Harris, L.C.
15400 South Outer Forty – Suite 202
St. Louis, Missouri  63017-2063

Michael N. LaVelle, Esq.
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006

Peter E. Gillespie, Esq.
46 Riverside Avenue
Westport, CT  06880


_____/S/_____
Vlad G. Spitzer

Case 3:03-cv-00193-MRK     Document 118     Filed 04/13/2005     Page 4 of 4