UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARION DEBORAH MILLER, | : |
| | : |
| Plaintiff, | : |
| | :   No.   3:03cv193 (MRK) |
| v. | : |
| | : |
| EDWARD D. JONES & CO., L.P. | : |
| MICHAEL MAHONEY, MICHAEL CUMMINS | : |
| BARBARA MOSCA, and STEVEN RARICK, | : |
| | : |
| Defendants. | : |

**TRIAL SCHEDULING ORDER**

The Court hereby sets the following modified trial schedule in this case:

1. Jury selection will take place on **August 2, 2005 at 9:30 a.m.** in Courtroom # 4. Trial will commence in this case at **9:00 a.m. on August 29, 2005**.

2. A motion hearing will be held on **July 8, 2005, at 1:30 p.m.** in Courtroom # 4.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: April 21, 2005.