UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------X
MARIAN DEBORAH MILLER,

           Plaintiff,

   v.                                    CIV NO. 3:03 CV 0193 (MRK)
EDWARD D. JONES & CO., L.P.,
Et Al.,

           Defendants.         JUNE 6, 2005
-------------------------------------------------------------X


## REQUEST FOR A REFERENCE TO MAGISTRATE JUDGE
## FOR SETTLEMENT PURPOSES

On behalf of all parties in this matter, the undersigned respectfully requests that this matter be referred to Magistrate Judge Garfinkle for the limited purpose of conducting settlement discussions. Should the Magistrate Judge have any availability prior to the next scheduled appearance before the Court on July 8, 2005, the parties determined that all of them are available for a settlement conference on the following dates: June 14, 15, 23, 24, 28, 29 and 30.

All parties in this matter have authorized the undersigned to make this request for

a reference.

        Respectfully submitted,

        THE DEFENDANT
        MICHAEL MAHONEY


        By:_____
        Peter E. Gillespie (ct06554)
        46 Riverside Avenue
        P. O. Box 3416
        Westport, CT 06880
        Tel: (203) 227-7000
        Fax: (203) 454-5508
        Email: petelaw@mac.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing has been sent this 7th day of June, 2005, via first class mail, to the following:

Fred A. Ricks, Jr., Esq.
Harris, Dowell, Fisher & Harris
15400 South Outer Forty, Suite 202
St. Louis, MO 63017

Michael N. LaVelle
Pullman & Comley
850 Main Street
P. O. Box 7006
Bridgeport, CT 06601-7006

Vlad G. Spitzer, Esq.
Spitzer & Brey
239 Main Street – 2d Floor
Westport, CT 06880

_____
Peter E. Gillespie