UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARION DEBORAH MILLER,<br><br>      Plaintiff,<br><br>v.<br><br>EDWARD D. JONES & CO., L.P.<br>MICHAEL MAHONEY, MICHAEL CUMMINS<br>BARBARA MOSCA, and STEVEN RARICK,<br><br>      Defendants. | :<br>:<br>:<br>:   No.   3:03cv193 (MRK)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

\_\_\_   All purposes except trial, unless the parties consent to trial before the magistrate judge

\_\_\_   A ruling on all pretrial motions except dispositive motions

\_\_\_   To supervise discovery and resolve discovery disputes

\_\_\_   A ruling on the following motions which are currently pending: Doc. #
_____

\_X\_   A settlement conference. **The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.**

\_\_\_   A conference to discuss the following:
_____

\_\_\_   Other:_____

SO ORDERED this 9th day of June, 2005 at New Haven, Connecticut.


                                /s/      Mark R. Kravitz
                                United States District Judge