UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARIAN DEBORAH MILLER,

    Plaintiff,

vs.

EDWARD D. JONES & CO., L.P.,
d/b/a Edward Jones, and
MICHAEL MAHONEY,

    Defendants.

CIV NO.
3:03CV 0193 (MRK)

July 18, 2005

## STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO SEPARATE DEFENDANTS EDWARD D. JONES & CO., L.P., AND MICHAEL MAHONEY

The Parties hereby stipulate, as provided in Rule 41(a)(ii) F.R.C.P., that Plaintiff dismisses her Complaint against Defendants Edward D. Jones & Co., L.P., d/b/a Edward Jones, and Michael Mahoney WITH PREJUDICE, each party to bear its, his, or her own attorneys' fees and costs.

_____
Marion Deborah Miller, Plaintiff

Date: August 2, 2005

_____
VLAD SPITZER, ESQ.
Spitzer & Brey, LLC
239 Main Street, 2nd Floor
Westport, CT 06880
(203) 226-3266 Ext. 14
Attorney for Plaintiff

Date: 8/3/05

_____
FRED A. RICKS, ESQ.
Harris Dowell Fisher & Harris, L.C.
15400 South Outer Forty, Suite 202
Chesterfield, MO 63017-2063
(636) 532-0300
Attorney for Defendant
Edward D. Jones & Co., L.P.

Date: 8/5/05

1

| | |
|---|---|
| /s/ Peter E. Gillespie | |
| PETER E. GILLESPIE, ESQ. | MICHAEL N. LAVELLE, ESQ. 06170 |
| Attorney at Law | Pullman & Comley, LLC |
| 46 Riverside Avenue | 850 Main Street, P.O. Box 700 |
| Westport, CT 06880 | Bridgeport, CT 06601-7006 |
| (203) 227-7000 | (203) 330-2000 |
| Attorney for Defendant Michael Mahoney | (203) 330-2288 (Facsimile) |
| | Attorney for Defendant |
| | Edward D. Jones & Co., L.P. |

Date: 7-29-05                          Date: _____